UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **In re Genesis Health Ventures, Inc. et al.**<br><br>**Debtors,**<br><br>---<br><br>**Richard Haskell et al.,**<br><br>**Appellants,**<br><br>v.<br><br>**Goldman, Sachs & Co. et al.,**<br><br>**Appellees.** | Case No. 00-2692 (JHW)<br><br>(Jointly Administered)<br><br><br><br>Adv. No. 04-53375 (JHW) |

**NOTICE OF APPEAL**

Richard Haskell et al., plaintiffs in the adversary proceeding styled *Richard Haskell, et al. v. Goldman, Sachs & Co.; Genesis Health Ventures, Inc.; Mellon Bank, N.A.; Highland Capital Management, L.P.; and George V. Hager* (Adv. No. 04-53375 (JHW)), in bankruptcy Case No. 00-2692, appeal under 28 U.S.C. §158(a) from the Order and Judgment of Dismissal of the action entered by the Honorable Judith H. Wizmur, U.S. Bankruptcy Judge, on May 10, 2005. The Bankruptcy Court's amended opinion granting defendants' joint motion to dismiss was issued on or about May 4, 2005.

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

Plaintiffs-Appellants Richard Haskell et al.

R. Bruce McNew
Taylor & McNew LLP
3711 Kennett Pike, Suite 210
Greenville, Delaware 19807
(302) 655-9200 (Telephone)
(302) 655-9361 (Facsimile)

Stanley M. Grossman
H. Adam Prussin
Pomerantz Haudek Block
 Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, New York 10017
(212) 661-1100 (Telephone)
(212) 661-8665 (Facsimile)

Defendants-Appellees

Steven K. Kortanek, Esq.
KLEHR, HARRISON, HARVEY,
 BRANZBURG & ELLERS LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19809-3062
(302) 426-1189 (Telephone)
(302) 426-9193 (Facsimile)
*Counsel for Goldman, Sachs & Co.*

Barry Sher, Esq.
FRIED, FRANK, HARRIS,
 SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
(212) 859-8000 (Telephone)
(212) 859-4000 (Facsimile)
*Counsel for Goldman, Sachs & Co.*

Russell C. Silberglied, Esq.
RICHARDS, LAYTON & FINGER, P.A.
P.O. Box 551, One Rodney Square
Wilmington, Delaware 19899
(302) 651-7700 (Telephone)
(302) 651-7701 (Facsimile)
*Counsel for Genesis Health Ventures, Inc.*
(n/k/a *NeighborCare, Inc.*)

Michael F. Walsh, Esq.
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000 (Telephone)
(212) 310-8007 (Facsimile)
*Counsel for Genesis Health Ventures, Inc.*
(n/k/a *NeighborCare, Inc.*)

Richard S. Toder, Esq.
Menacham O. Zelmanovitz, Esq.
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000 (Telephone)
(212) 3099-6001 (Facsimile)
*Attorneys for Mellon Bank, N.A.*

Daniel K. Hogan, Esq.
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, Delaware 19806
(302) 656-7540 (Telephone)
(302) 656-7599 (Facsimile)
*Counsel for Highland Capital Management, L.P.*

Robert S. Brady, Esq.
YOUNG, CONAWAY, STARGATT
 & TAYLOR LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600 (Telephone)
(302) 571-1253 (Facsimile)
*Counsel for George V. Hager*

<u>Neighborcare Creditors Committee</u>

Laura Davis Jones, Esq.
Pachuslki Stang Ziehl Young Jones & Weintraub P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 778-6401 (Telephone)
(302) 652-4400 (Facsimile)

Lisa G. Beckerman, Esq.
Akin, Gump, Strauss, Haver & Feld, LLP
590 Madison Avenue
New York, N.Y. 10022
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

Dated: May 10, 2005

By: _____
R. Bruce McNew (ID No. # 967)
TAYLOR & McNEW LLP
3711 Kennett Pike, Suite 210
Greenville, Delaware 19807
(302) 655-9200

Stanley M. Grossman
H. Adam Prussin
POMERANTZ HAUDEK BLOCK
    GROSSMAN & GROSS LLP
100 Park Avenue, 26th Floor
New York, New York 10017
(212) 661-1100

*Attorneys for Appellants*