IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Genesis Health Ventures, Inc. et al.,<br><br>Debtors, | Case No. 00-2692 (JHW)<br><br>(Jointly Administered)<br>Re: Docket No. 2285 |
| Richard Haskell et al.,<br><br>Plaintiffs,<br><br>v.<br>Goldman, Sachs & Co. et al.,<br><br>Defendants. | Adv. No. 04-53375 (JHW)<br><br><br>Re: Docket No. 37, 36, 35 |

### ORDER DISMISSING PLAINTIFFS' COMPLAINT

Upon consideration of Neighborcare Inc. (one of the Reorganized Debtors, sued as "Genesis Health Ventures, Inc.," its former corporate name), Goldman, Sachs & Co., Mellon Bank, N.A., Highland Capital Management, L.P., and George V. Hager's (collectively "Defendants") Joint Motion to Dismiss Plaintiffs' Complaint, the Opposition filed thereto, the Defendants' Joint Reply to the Opposition, and the hearing held on July 16, 2004, and in accordance with the Court's April 27, 2005 Opinion on Joint Motion to Dismiss (amended on May 3, 2005), it is hereby

**ORDERED**, that the Motion is granted and Plaintiffs' Complaint against Defendants is hereby DISMISSED in its entirety, with prejudice.

Signed this 10th day of May, 2005.

The Honorable Judith H. Wizmur
United States Bankruptcy Judge