UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of Court                                                         824 Market Street
David D. Bird                                                    Wilmington, DE 19801


Date: 6/23/05

To:     Peter Dalleo, Clerk
        U.S. District Court
        U.S. Courthouse
        Wilmington, DE 19801

Re:     Haskell, et al. v. Goldman Sachs & Co., et al.

Bankruptcy Case No:          00-2692

Adversary Case No.:          04-53375

Attached is the bankruptcy record on appeal #05-33 including all designations received by the
parties and the order that is being appealed.

Sincerely,

David Bird, Clerk

By: /s/Lori Coster
        Deputy Clerk

TRANSMITTAL SHEET FOR NOTICE OF APPEAL TO THE U.S. DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

Adversary Case#:       04-53375
Related Bankruptcy Case#: 00-2692

Deputy Clerk Transferring Case:      Lori M. Coster

Case Type:                           Adversary

Nature of Suit:                      498

Cause of Transmittal:                Notice of Appeal

Parties:                             Haskell, et al. v. Goldman Sachs & Co., et al.

Parties and Counsel:

1. **Richard Haskell**             represented by  **R. Bruce McNew**
                                                   Taylor & McNew LLP
                                                   3711 Kennett Pike, Suite 210
                                                   Greenville, DE 19807
                                                   302 655-9200
                                                   Email: mcnew@taylormcnew.com
                                                   *LEAD ATTORNEY*

**James W. Baker IRA, By James W.**   represented by  **R. Bruce McNew**
**Baker**                                              (See above for address)
                                                       *LEAD ATTORNEY*

**John A. Robinson**               represented by  **R. Bruce McNew**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*

**Patrick T. Rooney Family L.L.C.**   represented by  **R. Bruce McNew**
**Corp., by 1st Nat. Bank of OK**                      (See above for address)
                                                       *LEAD ATTORNEY*

**M & M LP 1st Tenn, by 1st Tenn Bank FL 3**

represented by **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Charles M. Alberto, Jr.**

represented by **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Richard D. Almeroth**

represented by **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Constance L. Almeroth**

represented by **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Donna Kaye Alvey**

represented by **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Donna K. Alvey IRA, by Donna K. Alvey**

represented by **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Madison Arnold**

represented by **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Lijun Wang**                          represented by   **R. Bruce McNew**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*


**Joseph S. Aucello**                   represented by   **R. Bruce McNew**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*


**Carolyn L. Aucello**                  represented by   **R. Bruce McNew**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*


**Scott A. Baker Roth IRA, by Scott     represented by   **R. Bruce McNew**
A. Baker**                                               (See above for address)
                                                         *LEAD ATTORNEY*


**James W. Baker III Roth IRA, by       represented by   **R. Bruce McNew**
James W. Baker Jr.**                                     (See above for address)
                                                         *LEAD ATTORNEY*


**James W. Baker**                      represented by   **R. Bruce McNew**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*


**Scott Arthur Baker UGMA GA, by        represented by   **R. Bruce McNew**
James W. Baker Jr.**                                     (See above for address)
                                                         *LEAD ATTORNEY*


**Robert M. Baker MD P.S.P., by         represented by   **R. Bruce McNew**
Robert M. Baker MD**                                     (See above for address)

*LEAD ATTORNEY*

**Wiley P. Ballard**                    represented by    **R. Bruce McNew**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Stuart A. Barbour, Jr.**             represented by    **R. Bruce McNew**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Bargain Books&Music**                represented by    **R. Bruce McNew**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Richard L. Barone**                  represented by    **R. Bruce McNew**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Alice L. Barone**                    represented by    **R. Bruce McNew**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Lindsey H. Barron**                  represented by    **R. Bruce McNew**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**David M. Batchelor**                 represented by    **R. Bruce McNew**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Natalie J. Batchelor**                represented by     **R. Bruce McNew**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*


**Sherry Lynn Bengtson**                represented by     **R. Bruce McNew**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*


**Judith Bernhang**                     represented by     **R. Bruce McNew**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*


**John Berwecky, by Francis**           represented by     **R. Bruce McNew**
**Berwecky**                                              (See above for address)
                                                          *LEAD ATTORNEY*


**George Birnbaum**                     represented by     **R. Bruce McNew**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*


**Susan Birnbaum**                      represented by     **R. Bruce McNew**
                                                          (See above for address)


**John C. Bishop**                      represented by     **R. Bruce McNew**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*


**Elizabeth L. Bishop**                 represented by     **R. Bruce McNew**

(See above for address)
*LEAD ATTORNEY*

**Richard K. Blum**                    represented by    **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Ruth M. Blum**                       represented by    **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Leo Boekman & Associates LP, by**    represented by    **R. Bruce McNew**
**Leo Boekman**                                          (See above for address)
*LEAD ATTORNEY*

**Edlyne B Boyer**                     represented by    **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Edlyne B. Boyer IRA. by Edlyne B.**  represented by    **R. Bruce McNew**
**Boyer**                                                (See above for address)
*LEAD ATTORNEY*

**Michael Boyer IRA, by Michael F.**   represented by    **R. Bruce McNew**
**Boyer**                                                (See above for address)
*LEAD ATTORNEY*

**Lyman C. Brand**                     represented by    **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Alan Bresler**                              represented by    **R. Bruce McNew**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*


**Ann Noble Brown**                           represented by    **R. Bruce McNew**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*


**David Brown**                               represented by    **R. Bruce McNew**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*


**Brush & Co.**                               represented by    **R. Bruce McNew**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*


**Wiliam J. Burnside**                        represented by    **R. Bruce McNew**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*


**Kellie Len Burnside IRR Trust, by**         represented by    **R. Bruce McNew**
**William J. Burnside**                                         (See above for address)
                                                                *LEAD ATTORNEY*


**Helen C. Burnside IRR Trust, by**           represented by    **R. Bruce McNew**
**William J. Burnside**                                         (See above for address)
                                                                *LEAD ATTORNEY*

**Antonio Capone IRA, by Antonio Capone**      represented by      **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Donna Cash**      represented by      **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**John D. Cesare**      represented by      **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Elma Cesare**      represented by      **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Raymond F. Chaney**      represented by      **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Stan Charlse**      represented by      **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Lillian H. Cheney**      represented by      **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Diane Clemente**      represented by      **R. Bruce McNew**
(See above for address)

*LEAD ATTORNEY*

**Allen W. Close**                    represented by   **R. Bruce McNew**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*

**Thomas Collentine**                 represented by   **R. Bruce McNew**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*

**Judith Collentine**                 represented by   **R. Bruce McNew**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*

**Dorothy A. Connelly**               represented by   **R. Bruce McNew**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*

**James B Connelly IRA, by James**    represented by   **R. Bruce McNew**
**B. Connelly**                                       (See above for address)
                                                      *LEAD ATTORNEY*

**Robert L. Council**                 represented by   **R. Bruce McNew**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*

**Theo C. Council**                   represented by   **R. Bruce McNew**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*

**Kathryn G. Cravero TR, by**    represented by   **R. Bruce McNew**
**Kathryn G. Cravero**    (See above for address)
*LEAD ATTORNEY*

**Wiley M. Crittenden**    represented by   **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Oliver H. Dale**    represented by   **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Parks H. Dalton**    represented by   **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**James Davies**    represented by   **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Phillip H. Davis**    represented by   **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Brian J. Davis Ugtmaga, by Phillip**    represented by   **R. Bruce McNew**
**H. Davis**    (See above for address)
*LEAD ATTORNEY*

**Mary G. Davis, by Phillip H. Davis**          represented by   **R. Bruce McNew**
(See above for address)

**Phillip H. Davis III Trust, by Phillip
H. Davis**          represented by   **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Ray Davis**          represented by   **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Dorothy Davis**          represented by   **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Paul Deputy**          represented by   **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Richard S. Daimond**          represented by   **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Merle Dinkins Trust, by Merle
Dinkins**          represented by   **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Charles Doggett**          represented by   **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Frank Donnelly**                    represented by  **R. Bruce McNew**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*


**Mildred Donnelly**                  represented by  **R. Bruce McNew**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*


**Timothy J. Donahue**                represented by  **R. Bruce McNew**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*


**Julie M. Donahue**                  represented by  **R. Bruce McNew**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*


**Lawrence W. Drinkard**              represented by  **R. Bruce McNew**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*


**Shyam Dube**                        represented by  **R. Bruce McNew**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*


**Marshall C. Duke**                  represented by  **R. Bruce McNew**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*

**Emily B. Dunagin Trust, by Emily B. Dunagin**            represented by   **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**James L. Dunagin Jr. Trust by Emily B. Dunagin**        represented by   **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Amy Margaret Dunagin Uokutma by Emily B. Dunagin**   represented by   **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Beatrice Radin**            represented by   **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Ethel Raffelock**            represented by   **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Nancy Rea**            represented by   **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Joan G. Reader**            represented by   **R. Bruce McNew**
(See above for address)

**Malcom C. Reader**            represented by   **R. Bruce McNew**
(See above for address)
*LEAD ATTORNEY*

**Ronald Reed**                                    represented by   **R. Bruce McNew**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*


**Janet Leigh Dunagin Uokutma by**                 represented by   **R. Bruce McNew**
**Emily B. Dunagin**                                                (See above for address)
                                                                    *LEAD ATTORNEY*


**Patricia Reed**                                  represented by   **R. Bruce McNew**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*


**Brandon A. Reynolds**                            represented by   **R. Bruce McNew**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*


**Emily B. Dunagin IRA, by Emily B.**              represented by   **R. Bruce McNew**
**Dunagin**                                                         (See above for address)
                                                                    *LEAD ATTORNEY*


**Susan L. Altman**                                represented by   **R. Bruce McNew**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*


**E. Leland Reynolds**                             represented by   **R. Bruce McNew**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*

**James L. Dunagin Jr. IRA, by**            represented by    **R. Bruce McNew**
**James L. Dunagin Jr.**                                      (See above for address)
                                                             *LEAD ATTORNEY*


**Jeffrey Reynolds**                        represented by    **R. Bruce McNew**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*


**Rebecca Reynolds**                        represented by    **R. Bruce McNew**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*


**Elizabeth F. Egan IRA, by**               represented by    **R. Bruce McNew**
**Elizabeth F. Egan**                                        (See above for address)


**Mary G. Richardson**                      represented by    **R. Bruce McNew**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*


**Joe F. Riley**                            represented by    **R. Bruce McNew**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*


**Francis C. Egan**                         represented by    **R. Bruce McNew**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*


**David M. Robinson IRA, by David**         represented by    **R. Bruce McNew**
**M. Robinson**                                             (See above for address)
                                                             *LEAD ATTORNEY*

**Elizabeth F. Egan**                    represented by  **R. Bruce McNew**
                                                        (See above for address)


**Nancy Ennis**                          represented by  **R. Bruce McNew**
                                                        (See above for address)


**John S. Schwarzschild Trust, by**      represented by  **R. Bruce McNew**
**Exec Consultants Inc. plaintiff**                     (See above for address)


**Beverly S. Clark Trust, by Exec**      represented by  **R. Bruce McNew**
**Consultants Inc.**                                    (See above for address)


**Robert B. Faber**                      represented by  **R. Bruce McNew**
                                                        (See above for address)


**Charles R. Faires**                    represented by  **R. Bruce McNew**
                                                        (See above for address)


**Sandra J. Faires**                     represented by  **R. Bruce McNew**
                                                        (See above for address)


**Victor Faleck**                        represented by  **R. Bruce McNew**
                                                        (See above for address)


**Gail Faleck**                          represented by  **R. Bruce McNew**

(See above for address)

**Alfred J. Fantani**                    represented by   **R. Bruce McNew**
                                                          (See above for address)

**Mary A. Fantini**                     represented by   **R. Bruce McNew**
                                                          (See above for address)

**Martin Farbenblum**                   represented by   **R. Bruce McNew**
                                                          (See above for address)

**Dale R. Feeney**                      represented by   **R. Bruce McNew**
                                                          (See above for address)

**Irving Feldbaum**                     represented by   **R. Bruce McNew**
                                                          (See above for address)

**Kildonan Partners, by John A.**        represented by   **R. Bruce McNew**
**Robinson**                                              (See above for address)

**Barbara Feldman**                     represented by   **R. Bruce McNew**
                                                          (See above for address)

**Richard Feldman**                     represented by   **R. Bruce McNew**
                                                          (See above for address)

**Melvin Feldman IRA, by Melvin Feldman**     represented by     **R. Bruce McNew**
(See above for address)

**Thomas T. Folger**     represented by     **R. Bruce McNew**
(See above for address)

**James H. Foster**     represented by     **R. Bruce McNew**
(See above for address)

**Lauren Fouros**     represented by     **R. Bruce McNew**
(See above for address)

**Samuel Friedland Trust, by Samuel E. Friedland**     represented by     **R. Bruce McNew**
(See above for address)

**Barr H. Gardner C/FB Gardner, by Barr H. Gardner**     represented by     **R. Bruce McNew**
(See above for address)

**Barr H. Gardner, III**     represented by     **R. Bruce McNew**
(See above for address)

**Robert D. Gasaway, III**     represented by     **R. Bruce McNew**
(See above for address)

**Flora B. Giffuni Trust, by Flora Giffuni**     represented by     **R. Bruce McNew**
(See above for address)

**Harold L. Gilbert**                    represented by   **R. Bruce McNew**
                                                          (See above for address)


**Art Gittelman**                        represented by   **R. Bruce McNew**
                                                          (See above for address)


**Marcia J. Pearl**                      represented by   **R. Bruce McNew**
                                                          (See above for address)


**Raymond J. Glass**                     represented by   **R. Bruce McNew**
                                                          (See above for address)


**John Glouse IRA, by John Glouse**      represented by   **R. Bruce McNew**
                                                          (See above for address)


**GMS Group LLC Atlanta Trading          represented by   **R. Bruce McNew**
Acct, by GMS Group LLC**                                  (See above for address)


**Robinson Eye Profit Share, by          represented by   **R. Bruce McNew**
John A. Robinson**                                        (See above for address)


**Patricia R. Robinson IRA, by           represented by   **R. Bruce McNew**
Patricia R. Robinson**                                    (See above for address)


**Rock Revocable Trust, by Reinhart      represented by   **R. Bruce McNew**
F. Rock**                                                 (See above for address)

**Goldman Family Trust, by Harold S. Goldman**                    represented by    **R. Bruce McNew**
(See above for address)

**Rosenberg Trust, by Ludwig Rosenberg**                    represented by    **R. Bruce McNew**
(See above for address)

**Bonnie Ruben**                    represented by    **R. Bruce McNew**
(See above for address)

**Judith Goodman Rev TR, by Judith H. Goodman**                    represented by    **R. Bruce McNew**
(See above for address)

**Ramada Plaza Hotel, by Bonnie Ruben**                    represented by    **R. Bruce McNew**
(See above for address)

**Rudolph P. Russo**                    represented by    **R. Bruce McNew**
(See above for address)

**Jean M. Russo**                    represented by    **R. Bruce McNew**
(See above for address)

**Samuel Gorenstein**                    represented by    **R. Bruce McNew**
(See above for address)

**Frank S. Russo**                    represented by    **R. Bruce McNew**
(See above for address)

**A Gottscho Ret Plan, by Eva Gottscho**          represented by   **R. Bruce McNew**
(See above for address)

**Alesi IRA, by Frank S. Russo - Alsesi**          represented by   **R. Bruce McNew**
(See above for address)

**Catherine C. Gardner, by Jamie G. Rutan**          represented by   **R. Bruce McNew**
(See above for address)

**Accursio Graffeo**          represented by   **R. Bruce McNew**
(See above for address)

**Alfred Saks**          represented by   **R. Bruce McNew**
(See above for address)

**Lana Graffeo**          represented by   **R. Bruce McNew**
(See above for address)

**Wanda J. Schaffner**          represented by   **R. Bruce McNew**
(See above for address)

**Charles Livingston Grimes**          represented by   **R. Bruce McNew**
(See above for address)

**Kelly Haskell**          represented by   **R. Bruce McNew**
(See above for address)

**Wanda J. Schaffner IRA, by**
**Wanda J. Schaffner**

represented by **R. Bruce McNew**
(See above for address)


**Susan Haskell**

represented by **R. Bruce McNew**
(See above for address)


**George Schneider**

represented by **R. Bruce McNew**
(See above for address)


**Hilton Schwartz**

represented by **R. Bruce McNew**
(See above for address)


**Joremi Enterprises Inc PSP, by**
**Hilton Schwartz**

represented by **R. Bruce McNew**
(See above for address)


**Stuart Schwarzchild**

represented by **R. Bruce McNew**
(See above for address)


**Katherine Rae Clark UGTMA, by**
**Stuart Schwarzschild**

represented by **R. Bruce McNew**
(See above for address)


**Jean B. Sherrod**

represented by **R. Bruce McNew**
(See above for address)


**Margaret W. Shuttleworth Rev TR,**
**by Margaret W. Shuttleworth**

represented by **R. Bruce McNew**
(See above for address)

**Stanley Sommer Rev Living Trust,**
**by Stanley Sommer**

represented by **R. Bruce McNew**
(See above for address)


**Fred Soussa**

represented by **R. Bruce McNew**
(See above for address)


**Julia A. Gasaway**

represented by **R. Bruce McNew**
(See above for address)


**Alexander C. Speyer, Jr.**

represented by **R. Bruce McNew**
(See above for address)


**Marc Spurr**

represented by **R. Bruce McNew**
(See above for address)


**Susan Spurr**

represented by **R. Bruce McNew**
(See above for address)


**Murray Stadtmauer**

represented by **R. Bruce McNew**
(See above for address)


**Michael Steets**

represented by **R. Bruce McNew**
(See above for address)


**Millicent Streets**

represented by **R. Bruce McNew**
(See above for address)

**Paul Streets**                                    represented by   **R. Bruce McNew**
                                                                     (See above for address)


**Sara Kavanaugh**                                  represented by   **R. Bruce McNew**
                                                                     (See above for address)


**Eileen Streets Quann**                            represented by   **R. Bruce McNew**
                                                                     (See above for address)


**Allan H. Stephens**                               represented by   **R. Bruce McNew**
                                                                     (See above for address)


**Susan H. Stephens**                               represented by   **R. Bruce McNew**
                                                                     (See above for address)


**Arthur F. Stolkey Trust, by Arthur**              represented by   **R. Bruce McNew**
**F. Stolkey**                                                       (See above for address)


**Arthur F. Stolkey**                               represented by   **R. Bruce McNew**
                                                                     (See above for address)


**Thomas Stolkey**                                  represented by   **R. Bruce McNew**
                                                                     (See above for address)


**Stryk Family Investments LTD, by**                represented by   **R. Bruce McNew**
**Stryk Mgmt. Inc.**                                                 (See above for address)

**Christine Stucker**                  represented by  **R. Bruce McNew**
                                                       (See above for address)


**David Stucker**                      represented by  **R. Bruce McNew**
                                                       (See above for address)


**Mary Rose Stucker**                  represented by  **R. Bruce McNew**
                                                       (See above for address)


**William H. Swan**                    represented by  **R. Bruce McNew**
                                                       (See above for address)


**Larry Waddington**                   represented by  **R. Bruce McNew**
                                                       (See above for address)


**John W. Walden**                     represented by  **R. Bruce McNew**
                                                       (See above for address)


**John W. Walden IRA, by John A.       represented by  **R. Bruce McNew**
Walden**                                               (See above for address)


**David C. Watkins**                   represented by  **R. Bruce McNew**
                                                       (See above for address)


**Byran J. Weinstein, by Caren        represented by  **R. Bruce McNew**
Weinstein**                                            (See above for address)

**Irving Welsted**                          represented by    **R. Bruce McNew**
                                                              (See above for address)


**Virginia Welsted**                        represented by    **R. Bruce McNew**
                                                              (See above for address)


**Douglas J. Whitaker**                     represented by    **R. Bruce McNew**
                                                              (See above for address)


**Mary M. Whitaker**                        represented by    **R. Bruce McNew**
                                                              (See above for address)


**Rodney L. White Trust, by Rodney**        represented by    **R. Bruce McNew**
**White**                                                     (See above for address)


**Spencer Lee Lisenby**                     represented by    **R. Bruce McNew**
                                                              (See above for address)


**Stephen Alan Lisenby**                    represented by    **R. Bruce McNew**
                                                              (See above for address)


**Patricia J. Lisenby**                     represented by    **R. Bruce McNew**
                                                              (See above for address)


**Steve A. Lisenby, by Steve A.**           represented by    **R. Bruce McNew**
**Lisenby**                                                   (See above for address)

**Richard C. Haskell, Jr**        represented by   **R. Bruce McNew**
(See above for address)

**Amy K. Haskell**        represented by   **R. Bruce McNew**
(See above for address)

**YSY,LTD, by Logberg Associates**        represented by   **R. Bruce McNew**
(See above for address)

**Louise I G Ireland Trust, by Charles L. Grimes**        represented by   **R. Bruce McNew**
(See above for address)

**Hartley Lord**        represented by   **R. Bruce McNew**
(See above for address)

**Gadfly Foundation, by Charles L. Grimes**        represented by   **R. Bruce McNew**
(See above for address)

**Teri L. Lott**        represented by   **R. Bruce McNew**
(See above for address)

**David F. Lott**        represented by   **R. Bruce McNew**
(See above for address)

**Ellen Lowe**        represented by   **R. Bruce McNew**
(See above for address)

**C. Yvonne Cooke, by Charles L. Grimes**     represented by     **R. Bruce McNew**
(See above for address)

**Jane G. Brown, Charles L. Grimes**     represented by     **R. Bruce McNew**
(See above for address)

**Richard Lowe**     represented by     **R. Bruce McNew**
(See above for address)

**Robert Lyons IRA, by Robert A. Lyons**     represented by     **R. Bruce McNew**
(See above for address)

**Serena R. Schwartz, by Charles L. Grimes**     represented by     **R. Bruce McNew**
(See above for address)

**Gordon W. Chaplin, by Charles L. Grimes**     represented by     **R. Bruce McNew**
(See above for address)

**David Thompson Macmillan**     represented by     **R. Bruce McNew**
(See above for address)

**David P. Makris**     represented by     **R. Bruce McNew**
(See above for address)

**Michael Groskin**     represented by     **R. Bruce McNew**
(See above for address)

**Morton Gurrentz**                    represented by   **R. Bruce McNew**
                                                        (See above for address)


**H.G. Reynolds Co., Inc.**            represented by   **R. Bruce McNew**
                                                        (See above for address)


**Kathleen Markis**                    represented by   **R. Bruce McNew**
                                                        (See above for address)


**Charles Haase**                      represented by   **R. Bruce McNew**
                                                        (See above for address)


**Patricia Haase**                     represented by   **R. Bruce McNew**
                                                        (See above for address)


**Kenneth Marks IRA, by Kenneth        represented by   **R. Bruce McNew**
Marks**                                                 (See above for address)


**Patricia A. Haase**                  represented by   **R. Bruce McNew**
                                                        (See above for address)


**Frank N. Martino**                   represented by   **R. Bruce McNew**
                                                        (See above for address)


**Patricia Haase JT**                  represented by   **R. Bruce McNew**
                                                        (See above for address)

**Betty Martino**                          represented by  **R. Bruce McNew**
                                                           (See above for address)


**Alvin Matzer**                           represented by  **R. Bruce McNew**
                                                           (See above for address)


**Brianne Haase**                          represented by  **R. Bruce McNew**
                                                           (See above for address)


**Gloria Matzer**                          represented by  **R. Bruce McNew**
                                                           (See above for address)


**Myrtle E. Harker**                       represented by  **R. Bruce McNew**
                                                           (See above for address)


**Homer J. Harker**                        represented by  **R. Bruce McNew**
                                                           (See above for address)


**Mccormick Family Trust, by James**       represented by  **R. Bruce McNew**
**R. McCormick**                                           (See above for address)


**Frank McGann**                           represented by  **R. Bruce McNew**
                                                           (See above for address)


**M.L. Jarvis Inc., by Margaret**          represented by  **R. Bruce McNew**
**Hathaway**                                               (See above for address)

**Laura McGann IRA, by Laura McGann**                    represented by    **R. Bruce McNew**
                                                                          (See above for address)

**Richard S. Hathaway IRA, by Richard S. Hathaway**      represented by    **R. Bruce McNew**
                                                                          (See above for address)

**McGrath Family Trust, by William J. McGrath**          represented by    **R. Bruce McNew**
                                                                          (See above for address)

**Herman Meinders**                                      represented by    **R. Bruce McNew**
                                                                          (See above for address)

**Richard Sanford Hathaway**                             represented by    **R. Bruce McNew**
                                                                          (See above for address)

**Ascher Lawrence Mestel IRA, by Ascher L. Mestel**      represented by    **R. Bruce McNew**
                                                                          (See above for address)

**Graig W. Miller**                                      represented by    **R. Bruce McNew**
                                                                          (See above for address)

**Charles M. Henderson**                                 represented by    **R. Bruce McNew**
                                                                          (See above for address)

**John A Henderson, M.D.**                               represented by    **R. Bruce McNew**
                                                                          (See above for address)

**Graig W. Miller D.C. Plan, by Craig W. Miller**            represented by   **R. Bruce McNew**
(See above for address)


**Craig Miller DEF.PEN. PLAN, by Craig W. Miller**            represented by   **R. Bruce McNew**
(See above for address)


**Craig W. Miller IRA FBO, by Craig W. Miller**            represented by   **R. Bruce McNew**
(See above for address)


**HAH Ltd. Partnership, by Hyman Hershman**            represented by   **R. Bruce McNew**
(See above for address)


**Alvin Hertzberg Trust, by Nina Hertzberg**            represented by   **R. Bruce McNew**
(See above for address)


**J. David Higgins Jr. IRA by J. David Higgins Jr.**            represented by   **R. Bruce McNew**
(See above for address)


**Edith G. Hudgins R T, by Elwyn H. Hudgins**            represented by   **R. Bruce McNew**
(See above for address)


**Merriway Travel, by Kurt Huebner**            represented by   **R. Bruce McNew**
(See above for address)


**John M. Huston**            represented by   **R. Bruce McNew**
(See above for address)

**Eileen C, Huston**                                 represented by  **R. Bruce McNew**
                                                                    (See above for address)


**Thomas S. Iulo**                                   represented by  **R. Bruce McNew**
                                                                    (See above for address)


**Lori B. Iulo**                                     represented by  **R. Bruce McNew**
                                                                    (See above for address)


**Ivey Jackson IRA, by Ben Ivey
Jackson**                                            represented by  **R. Bruce McNew**
                                                                    (See above for address)


**Solomon Jacobs Trust, by Solomon
Jacobs**                                             represented by  **R. Bruce McNew**
                                                                    (See above for address)


**Charles H. Jesseph**                               represented by  **R. Bruce McNew**
                                                                    (See above for address)


**Murray L. Kaufman**                                represented by  **R. Bruce McNew**
                                                                    (See above for address)


**Craig W. Miller Roth IRA, by
Craig W. Miller**


**Linda B. Kaufman**

**Florence S. Mitchell**

**Masaji Kelley**

**Fleetwood Investments L P, by Morton Kent**

**Robert E. Montana**

**Walter S. Montgomery, Jr.**

**Motivational Assoc MP Plan, by Motivational Assoc. c/o GMS**

**Albert Nathanson**

**Sandra Nathanson**

**Joel L. Nesbitt**

**Joseph H. Koch Rev TR, by Joseph H. Koch Sr.**

**Leonard Ochs**

**Paul R. Konsig**

**Paul R. Konsig IRA, by Paul R. Konsig**

**Eric R. Korb**

**Coletta Ochs**

**David Korostoff**

**Edgar A. Kovner**

**G. Richard Kruger, by Glynn R. Kruger**

**Thomas L. Lally, Jr.**

**Jo Ann Lally**

**Robert Lande**

**Ronald E. Ostblom**

**Anita Lande**

**Ellen Boyer**

**Rodney Owens**

**Cathy S. Page**

**Serene Peng**

**Edwin H. Leipizig**

**Lindsey Perry**

**Jeffrey Lenzi**

**Mark Plotnik**

**Mark B. Levy IRA, by Mark B. Levy**

**John Lewis**

**John J. Quann**

**Linda Lewis**

**John JT Quann**

**Eillen S. Quann**

**Matthew J. Linsenby**

V.

**Defendant**
-----------------------

**Goldman Sachs & Co.**                  represented by  **Steven K. Kortanek**
                                                         Klehr Harrison Harvey Branzburg &
                                                         Ellers
                                                         919 Market St.,Suite 1000
                                                         Suite 1000
                                                         Wilmington, DE 19801
                                                         usa
                                                         302-552-5503
                                                         Fax : 302-426-9193
                                                         Email: skortane@klehr.com
                                                         *LEAD ATTORNEY*

**Mellon Bank NA**                    represented by  **Peter James Duhig**
                                                      Klett Rooney Lieber & Schorling
                                                      The Brandywine Building
                                                      1000 West Street
                                                      Suite 1410, P.O. Box 1397
                                                      Wilmington, DE 19899
                                                      302-552-4217
                                                      Fax : 302-552-4295
                                                      Email: duhig@klettrooney.com
                                                      *LEAD ATTORNEY*


**Highland Capital Management,**      represented by  **Daniel K. Hogan**
**L.P.**                                              The Hogan Firm
c/o Daniel K. Hogan, Esquire                          1311 Delaware Ave
1701 Shallcross Avenue, Suite C                       Wilmington, DE 19806
Wilmington, DE 19806                                  302 656-7540
U.S.A.                                                Fax : 302-656-7599
302-656-7540                                          Email: dkhogan@dkhogan.com


**Genesis Health Ventures, Inc. et al.**