management on a monthly basis, to assure that EBITDA data were matching the "target" of about $158 million, and that sufficient adjustments were being made to the budgeted EBITDA to bring about the same result. They offered enormous financial inducements to Genesis management to perpetrate this fraud, and they were the principal beneficiaries of the fraud. Goldman also took all the steps needed to freeze MC's cash and lines of credit so that it could not pay its obligations to Genesis, thus forcing Genesis to draw down almost $200 million from its DIP lending facility.

186.    Pursuant to §523(a)(2)(B) of the Bankruptcy Code, Genesis was not discharged from liability for its fraud by the Court's approval of the Plan, because this is a claim for money obtained by use of a statement in writing that was materially false, respecting Genesis' financial condition, on which plaintiffs reasonably relied and that Genesis caused to be made or published with intent to deceive.

187.    Moreover, the Plan release specifically excludes the release of any claims against officers or directors of Genesis based upon willful misconduct or gross negligence.

188.    At the time of the hearing before the Bankruptcy Court to consider approval of the Genesis bankruptcy plan, plaintiffs did not know, and could not have known, that (a) the actual and projected EBITDA figures that Genesis management had provided to Chilmark and Warburg, and to plaintiffs, had been fraudulently

83

manipulated as described above, and (b) Genesis had consistently provided material information to the senior creditors which it withheld from the junior creditors, including plaintiffs, such as information about actual insurance costs, the agreements with Manorcare, the APS letter of intent. Plaintiffs relied on the integrity of the Budgeted EBITDA data and the LTM EBITDA data. More importantly, the Bankruptcy Court relied on that information in approving the Plan and cramming it down on the debentureholders, despite their objections.

189.    Plaintiffs were injured by defendants' fraud. But for that fraud, plaintiffs would have received the full face value of their debentures, plus accrued interest.

## SECOND CAUSE OF ACTION: CONSPIRACY TO COMMIT FRAUD

190.    Plaintiffs incorporate by reference paragraphs 1-188.

191.    Goldman, Mellon and Highland were aware that the financial information being released by Genesis, and upon which the reorganization valuation of the Company would be determined, was false and misleading and had been designed to defraud the junior creditors of Genesis, and would be relied upon by the plaintiffs and the Court.

192.    Goldman, Mellon and Highland conspired with, orchestrated and rewarded Genesis and its management, and in particular defendant George Hager, for

84

perpetrating this fraud.

193.   Plaintiffs were injured by this conspiracy to commit fraud. But for that conspiracy, plaintiffs would have received the full face value of their debentures, plus accrued interest.

## THIRD CAUSE OF ACTION: GROSS NEGLIGENCE

194.   Plaintiffs incorporate by reference paragraphs 1-187 and 191.

195.   By virtue of their positions as debtor in a bankruptcy proceeding, as the chief financial officer of the debtor, as senior creditors of the debtor, and as proponents of a bankruptcy reorganization plan that would drastically affect the junior creditors, defendants owed the junior creditors of Genesis a duty of care, including the duty to provide fair, accurate and complete information.

196.   Defendants violated that duty of care by disseminating false and misleading financial information that misled the bankruptcy court and the plaintiffs concerning the true financial condition and prospects of Genesis. Defendants' conduct was such an extreme and severe departure from due care as to constitute gross negligence, and was therefore not released as a result of the Genesis bankruptcy.

197.   Plaintiffs were injured by defendants' gross negligence. But for that gross negligence, plaintiffs would have received the full face value of their debentures, plus accrued interest.

WHEREFORE, plaintiffs seek an award of damages against the defendants, jointly and severally, in an amount to be determined by the Court, but not less than $200 million, plus interest, costs and fees incurred in this action, together with such other and further relief as the Court deems just and proper.

Dated:     New York, New York
           January 27, 2004

                              POMERANTZ HAUDEK BLOCK
                              GROSSMAN & GROSS LLP

                              By
                                 Stanley M. Grossman
                                 H. Adam Prussin
                                 Ronen Sarraf
                                 100 Park Avenue, 26th Floor
                                 New York, N.Y. 10017-5516
                                 (212) 661-1100

                              Attorneys for Plaintiffs

# EXHIBIT 1

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| 1st Nat Bank of OK<br>PO Box 54829<br>Oklahoma City, OK 13154-1829 | Patrick T Rooney Family LLC Corp | 100,000<br>100,000 |
| 1st Tenn Bank FL3<br>701 Market Street<br>Chattanooga, TN 37402 | M & M LP 1st Tenn | 35,000<br>35,000 |
| Charles M Alberto Jr<br>15 Lockhern Dr.<br>Livingston, NJ 07039-6224 | Charles M. Alberto Jr. | 200,000<br>500,000<br>700,000 |
| Richard D Almeroth<br>5258 Brushy Mountain Rd<br>Moravian Falls, NC 28654-9623 | Richard D Almeroth JT<br>Constance L Almeroth JT | 200,000<br>250,000<br>350,000<br>800,000 |
| Donna K Alvey<br>481 NW 36th Ave<br>Deerfield Beach, FL 33442-8001 | Donna K Alvey | 10,000<br>10,000 |
| Donna Kaye Alvey<br>481 NW 36th Ave<br>Deerfield Beach, FL 33442-8001 | Donna K Alvey IRA | 10,000<br>10,000 |
| Madison Arnold<br>183 Sullivan St Apt. C-5<br>New York, NY 10012-2523 | Madison Arnold JT<br>Li Jun Wang JT | 95,000<br>95,000 |
| Joseph S Aucello<br>659 Elm Street<br>Monroe, CT 06468-1802 | Joseph S Aucello JT<br>Carolyn L Aucello JT | 20,000<br>20,000 |
| James W Baker<br>3020 Wellington Rd<br>Alpharetta, GA 30022-6275 | James W Baker IRA | 825,000<br>2,635,000<br>1,415,000<br>4,875,000 |
| Scott A Baker<br>3020 Wellington Rd<br>Alpharetta, GA 30022-6275 | Scott A Baker ROTH IRA | 10,000<br>10,000 |
| James W Baker III<br>3020 Wellington Rd<br>Alpharetta, GA 30022-6275 | James W Baker III ROTH IRA | 10,000<br>10,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| James W Baker Jr<br>3020 Wellington Rd<br>Alpharetta, GA 30022-6275 | James W Baker Jr | 207,000<br>1,200,000<br>6,230,000<br>7,637,000 |
| James W Baker Jr<br>3020 Wellington Rd<br>Alpharetta, GA 30022-6275 | James W Baker III UGMA GA | 55,000<br>25,000<br><br>80,000 |
| James W Baker Jr<br>3020 Wellington Rd<br>Alpharetta, GA 30022-6275 | Scott Arthur Baker UGMA GA | 20,000<br>25,000<br><br>45,000 |
| Robert M Baker MD<br>201 E Sample Rd<br>Pompano Beach, FL 33064 | Robert M Baker MD P.S.P. | 515,000<br>2,685,000<br>4,820,000<br>8,020,000 |
| Wiley P Ballard Jr<br>1775 The Exchange Suite 320<br>Atlanta, GA 30339-2016 | Wiley P Ballard Jr | 1,000,000<br><br>500,000<br>1,500,000 |
| Stuart A Barbour Jr<br>727 Riverland Rd<br>Roanoke, VA 24014-2517 | Stuart A Barbour Jr | 45,000<br><br><br>45,000 |
| Bargain Books/Music<br>PO Box 274<br>Monmouth Junction, NJ 08852 | Bargain Books & Music | 100,000<br><br><br>100,000 |
| Richard L Barone<br>10606 Cutting Horse Lane<br>Houston, TX 77064-7126 | Richard L Barone JT<br>Alice L Barone JT | 50,000<br><br><br>50,000 |
| Lindsey H Barron<br>100 Lindsey Barron Dr Apt W218<br>Newnan, GA 30263-6926 | Lindsey H Barron | <br><br>50,000<br>50,000 |
| David M Batchelor<br>5061 Hodgkins Place<br>Lilburn, GA 30047-7313 | David Batchelor | 200,000<br>600,000<br>1,680,000<br>2,480,000 |
| Natalie J Batchelor<br>5061 Hodgkins Place<br>Lilburn, GA 30047-7313 | Natalie Batchelor | 100,000<br>1,300,000<br>1,025,000<br>2,425,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| Sherry L Bengtson<br>21342 Ginger Lane<br>Frankfort, IL 60423-9426 | Sherry Lynn Bengtson | 10,000<br><br>10,000 |
| Judith Bernhang<br>297 Southdown Rd<br>Huntington, NY 11743-1021 | Judith Bernhang | 50,000<br><br>50,000 |
| Frances Berwecky<br>13 Fairfield Rd<br>Toms River, NJ 08757-6328 | John Berwecky | 100,000<br>100,000<br>200,000 |
| George Birnbaum<br>2900 S Main Street<br>Los Angeles, CA 90007-3336 | George Birnbaum JT<br>Susan Birnbaum JT | 135,000<br>135,000 |
| John C Bishop<br>5960 45th St<br>Vero Beach, FL 32967-7803 | John C Bishop<br>Elizabeth L Bishop | 80,000<br><br>80,000 |
| Richard K Blum<br>285 Audubon Blvd<br>New Orleans, LA 7-125-4123 | Richard K Blum<br>Ruth M Blum | 50,000<br>150,000<br>200,000 |
| Leo Boekman<br>35 Fredrick Lane<br>Scarsdale, NY 10583-6505 | Leo Boekman & Associates LP | 100,000<br><br>100,000 |
| Edlyne B Boyer<br>1200 McArthur Lane<br>McAlester, OK 74501-7150 | Edlyne B Boyer | 600,000<br>100,000<br>700,000 |
| Edlyne B Boyer<br>1200 McArthur Lane<br>McAlester, OK 74501-7150 | Edlyne B Boyer IRA | 40,000<br><br>40,000 |
| P065<br>Michael F Boyer<br>1200 McArthur Lane<br>McAlester, OK 74501-7150 | Michael F Boyer | 800,000<br>1,750,000<br>3,225,000<br>5,775,000 |
| Michael F Boyer<br>1200 McArthur Lane<br>McAlester, OK 74501-7150 | Michael Boyer IRA | 15,000<br><br>15,000 |

| Responsible Party Name Street City, State, Zip | Account Owner 1 Account Owner 2 | 05 Bonds 06 Bonds 09 Bonds Total Bonds |
|---|---|---|
| | | 100,000 |
| Lyman C Brand 721 Gum Creek Rd Oxford, GA 30054 | Lyman C Brand | 100,000 |
| | | 40,000 |
| Alan Bresler 6013 NW 23rd Ave Boca Raton, FL 33496-3504 | Alan Bresler | 40,000 |
| David R Brown 3501 NW 63rd Street Suite 206 Oklahoma City, OK 73116-2202 | David Brown JT Ann Noble Brown JT | 10,000 10,000 |
| | | 100,000 |
| Brush & Co PO Box 40 North Loup, NE 68859 | Brush & Co | 200,000 300,000 |
| | | 80,000 |
| William J Burnside 11812 Burchard Rd Soddy Daisy, TN 37379-7447 | William J Burnside | 300,000 1,100,000 1,480,000 |
| | | 40,000 |
| William J Burnside 11812 Burchard Rd Soddy Daisy, TN 37379 | Kellie Len Burnside IRR Trust | 350,000 390,000 |
| | | 40,000 |
| William J Burnside 11812 Burchard Rd Soddy Daisy, TN 37379 | Helen C Burnside IRR Trust | 350,000 390,000 |
| | | 100,000 |
| Antonio Capone 5908 Forest Grove Dr. Apt 3 Boynton Beach, FL 33437 | Antonio Capone IRA | 100,000 |
| Carlton Group 419 Park Ave So Suite 800 New York, NY 10016-8410 | Howard Michaels | 200,000 200,000 |
| Donna Cash 117 Chadwick Dr Charleston, SC 29407-7425 | Donna Cash | 95,000 95,000 |
| John D Cesare 25 Eugene Blvd South Amboy, NJ 08879 | John D Cesare JT Elma Cesare JT | 25,000 25,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| Raymond F Chaney<br>PO Box 2252<br>Blue Ridge, GA 30513-0039 | Raymond F Chaney | 15,000<br>50,000<br>65,000 |
| Stan Charlse<br>7045 Valencia Dr.<br>Boca Raton, FL 33433 | Stan Charlse | 50,000<br>50,000 |
| Lillian H Cheney<br>6800 SW 43rd St<br>Davie, FL 33314 | Lillian H Cheney | 110,000<br>110,000 |
| Diana Clemente<br>169 Bay 17th St<br>Brooklyn, NY 11214 | Diane Clemente | 100,000<br>100,000 |
| Allen W Close<br>3210 N Albermarle<br>Arlington, VA 22207 | Allen W Close | 25,000<br>25,000 |
| Thomas A Collentine MD<br>1841 Lakehurst Ct<br>Smyrna, GA 30080-3105 | Thomas Collentine JT<br>Judith Collentine JT | 214,000<br>220,000<br>366,000<br>800,000 |
| Dorothy A Connelly<br>410 Mill Street Suite 201<br>Mt Pleasant, SC 29464-4396 | Dorothy A Connelly | 225,000<br>465,000<br>690,000 |
| James B Connelly<br>410 Mill Street Suite 201<br>Mt Pleasant, SC 29464-4396 | James B Connelly IRA | 115,000<br>465,000<br>580,000 |
| James B Connelly<br>410 Mill Street Suite 201<br>Mt Pleasant, SC 29464-4396 | James B Connelly | 2,000,000<br>2,500,000<br>2,500,000<br>7,000,000 |
| Robert L Council<br>28 Colony Point Dr<br>Punta Gorda, FL 33950-5028 | Robt L Council JT<br>Theo C Council JT | 680,000<br>225,000<br>905,000 |
| Kathryn G Cravero<br>59 Purry Circle<br>Bluffton, SC 29909-4583 | Kathryn G Cravero TR | 265,000<br>265,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---:|
| Wiley M Crittenden Jr<br>224 Swann Rd<br>Washington, GA 30673-2703 | Wiley M Crittenden Jr | 450,000<br>300,000<br>750,000 |
| Oliver H Dale<br>4100 Cecil Ct<br>Nashville, Tn 37207 | Oliver H Dale | 50,000<br><br>50,000 |
| Parks H Dalton<br>3842 Abington Rd<br>Charlotte, NC 28211-3749 | Parks H Dalton | 1,585,000<br>165,000<br>1,750,000 |
| James Davies<br>215 Piedmont Ave Apt 1009<br>Atlanta, GA 30308-3335 | James Davies | 15,000<br><br>15,000 |
| Philip H Davis<br>5 Harris Glen<br>Atlanta, GA 30327-3842 | Philip H Davis | 300,000<br>300,000 |
| Philip H Davis<br>5 Harris Glen<br>Atlanta, GA 30327-3842 | Brian J Davis UGTMAGA | 100,000<br>100,000 |
| Philip H Davis<br>5 Harris Glen<br>Atlanta, GA 30327-3842 | Mary G Davis | 100,000<br>100,000 |
| Philip H Davis<br>5 Harris Glen<br>Atlanta, GA 30327-3842 | Philip H Davis III Trust | 100,000<br>100,000 |
| Raymond Davis<br>7805 Ohio Street<br>Little Rock, AR 72227-4040 | Ray Davis JT<br>Dorothy Davis JT | 300,000<br>100,000<br>400,000 |
| Paul M Deputy<br>7842 Highland Farms<br>Houston, TX 77095-4176 | Paul Deputy | 60,000<br>60,000 |
| Richard S Diamond<br>225 Millburn Ave Ste 208<br>Millburn, NJ 07041 | Richard S Diamond | 400,000<br><br>400,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| Merle Dinkins<br>PO Box 1851<br>Shawnee, OK 74802-1851 | Merle Dinkins Trust | 50,000<br><br>50,000 |
| Charles Doggett<br>9201 Chastain Rd<br>Atlanta, GA 30342-4188 | Charles Doggett | <br>150,000<br>150,000 |
| Frank Donnelly<br>8896 Escondido Way E<br>Boca Raton, FL 33433 | Frank Donnelly JT<br>Mildred Donnelly JT | 50,000<br><br>50,000 |
| Timothy J Donohue<br>75 Lawrence Dr<br>Berkeley Heights, NJ 07922-1254 | Timothy J Donohue JT<br>Julie M Donohue JT | 100,000<br>100,000<br><br>200,000 |
| Lawerence W Drinkard<br>6470 Zebulon Rd<br>Macon, GA 31220 | Lawerence W Drinkard | 100,000<br><br><br>100,000 |
| Shyam Dube<br>CAB/5115 PLNT SCI BLDG UM.<br>College Park, MD 20742-4450 | Shyam Dube | 500,000<br><br><br>500,000 |
| C Marshall Duke<br>1408 Creekview Dr.<br>Columbia, SC 29212 | C. Marshall Duke | 10,000<br><br><br>10,000 |
| Emily B Dunagin<br>220 N 6th Street<br>McAlester, OK 74501-4738 | Emily B Dunagin Trust | 400,000<br><br>610,000<br>1,010,000 |
| Emily B Dunagin<br>220 6th Street<br>McAlester, OK 74501-4738 | James L Dunagin Jr Trust | 575,000<br>275,000<br>380,000<br>1,230,000 |
| Emily B Dunagin<br>220 N 6th Street<br>McAlester, OK 74501-4738 | Amy Margaret Dunagin UOKUTMA | 100,000<br>200,000<br><br>300,000 |
| Emily B Dunagin<br>220 N 6th Street<br>McAlester, OK 74501-4738 | Jane Leigh Dunagin UOKUTMA | 100,000<br>200,000<br><br>300,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| Emily B Dunagin<br>220 N 6th Street<br>McAlester, OK 74501-4738 | Emily B Dunagin IRA | 100,000<br>435,000<br>415,000<br>950,000 |
| James L Dunagin Jr<br>220 N 6th Street<br>McAlester, OK 74501-4738 | James L Dunagin Jr IRA | 565,000<br>465,000<br>1,030,000 |
| Elizabeth F Egan<br>3900 Timberwood Terrace<br>Marietta, GA 30068-4078 | Elizabeth F Egan IRA | 10,000<br>10,000 |
| Francis C Egan<br>3900 Timberwood Terrace<br>Marietta, GA 30068-4078 | Francis C Egan JT<br>Elizabeth F Egan JT | 170,000<br>170,000 |
| Jeffrey I Ellner<br>225 E 57th Street Apt 7-D<br>New York, NY 10022-2824 | Jeffrey Ellner IRA | 50,000<br>50,000 |
| Nancy Ennis<br>1122 Ben Hur Dr<br>Houston, TX 77055-6602 | Nancy Ennis | 20,000<br>25,000<br>45,000 |
| Exec.Consultants Inc<br>78 Carlton Dr NE<br>Atlanta, GA 30342-3202 | John S Schwarzschild Trust | 50,000<br>50,000 |
| Exec.Consultants Inc<br>78 Carlton Dr NE<br>Atlanta, GA 30342-3202 | Beverly S Clark Trust | 50,000<br>50,000 |
| Robert B Faber<br>19 Robin Circle<br>Stoughton, MA 02072-2063 | Robert B Faber | 100,000<br>100,000 |
| Charles R Faires<br>390 Tournament Player Dr<br>Alpharetta, GA 30004-3440 | Charles R Faires JT<br>Sandra J Faires JT | 397,000<br>505,000<br>100,000<br>1,002,000 |
| Victor Faleck<br>424 Forest Place<br>West Hempstead, NY 11552 | Victor Faleck<br>Gail Faleck | 45,000<br>45,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| Alfred J Fantini<br>95 Morning Glory Way<br>Schenectady, NY 12306-3338 | Alfred J Fantini JT<br>Mary A Fantini JT | 50,000<br><br>50,000 |
| Martin Farbenblum<br>49 Pinehurst Ct.<br>Roslyn, NY 11576 | Martin Farbenblum | 150,000<br><br>150,000 |
| Dale R Feeney<br>42 Candace Ln<br>Chatham, NJ 07928-1117 | Dale R Feeney | 681,000<br>250,000<br>250,000<br>1,181,000 |
| Irving Feldbaum<br>117 Alexis Lane<br>Philadelphia, PA 19115-3401 | Irving Feldbaum | 100,000<br><br>100,000 |
| Barbara Feldman<br>110 Riverside Dr Apt 13D<br>New York, NY 10024-3733 | Barbara Feldman JT<br>Richard Feldman JT | 100,000<br><br>100,000 |
| Melvin Feldman<br>111 Pavonia Ave Suite 1234<br>Jersey City, NJ 07310-1723 | Melvin Feldman IRA | 100,000<br>100,000 |
| Thomas T Folger Jr<br>PO Box 216<br>Dahlonega, GA 30533-0004 | Thomas T Folger Jr | 40,000<br><br>40,000 |
| James H Foster<br>PO Box 8359<br>Horseshoe Bay, TX 78657-8359 | James H Foster | 200,000<br><br>200,000 |
| Lauren Fouros<br>175 West 93rd Sreet<br>New York, NY 10025-9313 | Lauren Fouros | 150,000<br><br>150,000 |
| Samuel E Friedland<br>17181 Grand Bay Dr<br>Boca Raton, FL 33496 | Samuel Friedland Trust | 90,000<br>90,000 |
| Barr H Gardner<br>905 Sandbar Rd<br>Chapin, SC 29036-8780 | Barr H Gardner C/F B Gardner | 30,000<br><br>30,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| Barr H Gardner III<br>905 Sandbar Rd<br>Chapin, SC 29036-8780 | Barr H Gardner III | 80,000<br>450,000<br><br>530,000 |
| Julia A Gasaway<br>PO Box 428<br>Homer, GA 30547-0428 | Julia A Gasaway | 35,000<br><br>35,000 |
| Robert D Gasaway III<br>PO Box 428<br>Homer, GA 30547-0428 | Robert D Gasaway III | 150,000<br><br>150,000 |
| Flora Giffuni<br>15 Grammercy Park South Apt 4R<br>New York, NY 10003-1705 | Flora B Giffuni Trust | <br>100,000<br>100,000 |
| Harold L Gilbert<br>9702 Synott<br>Houston, TX 77083-6251 | Harold L Gilbert | <br>100,000<br>100,000 |
| Art Gittelman<br>6216 Meadow Run Ct<br>Norcross, GA 30092-4622 | Art Gittelman JT<br>Marcia J Pearl JT | <br>50,000<br>50,000 |
| Raymond J Glass<br>715 Lodgehill Ln<br>Houston, TX 77090-1923 | Raymond J Glass | 100,000<br>75,000<br>300,000<br>475,000 |
| John Glouse<br>4 Shawnee Trail<br>Montville, NJ 07045 | John Glouse IRA | 30,000<br>60,000<br><br>90,000 |
| GMS Group LLC<br>5N Regent Street Suite 513<br>Livingston, NJ 07039-1617 | GMS Group LLC Atlanta Trading Acct | <br>4,500,000<br>4,500,000 |
| GMS Group LLC<br>5 N Regent St  Suite 513<br>Livingston, NJ 07039 | GMS Group LLC | 7,481,000<br><br>7,481,000 |
| Harold S Goldman<br>937 Inverness Dr<br>Rancho Mirage, CA 92270 | Goldman Family Trust | 120,000<br><br>120,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| Judith H Goodman<br>7387 Mahogany Bend Court<br>Boca Raton, FL 33434 | Judith Goodman REV TR | 50,000<br>150,000<br>200,000 |
| Samuel Gorenstein<br>45 East End Ave Apt 4-D<br>New York, NY 10028-7980 | Samuel Gorenstein | 50,000<br>50,000 |
| Eva Gottscho<br>7 West Beechcroft Rd<br>Short Hills, NJ 07078 | A Gottscho RET PLAN | 395,000<br>395,000 |
| Accursio Graffeo<br>55 Geranium Ave.<br>Floral Park, NY 11001-3012 | Accursio Graffeo<br>Lana Graffeo | 100,000<br>100,000 |
| Charles L Grimes<br>Box 136<br>Mendenhall, PA 19357 | Charles Livingston Grimes | 20,310,000<br>20,310,000 |
| Charles L Grimes<br>Box 136<br>Mendenhall, PA 19357 | Louise I G Ireland Trust | 250,000<br>250,000 |
| Charles L Grimes<br>Box 136<br>Mendenhall, PA 19357 | Gadfly Foundation | 1,100,000<br>1,100,000 |
| Charles L Grimes<br>Box 136<br>Mendenhall, PA 19357 | C Yvonne Cooke | 200,000<br>200,000 |
| Charles L Grimes<br>Box 136<br>Mendenhall, PA 19357 | Jane G Brown | 200,000<br>200,000 |
| Charles L Grimes<br>Box 136<br>Mendenhall, PA 19357 | Serena R Schwartz | 100,000<br>100,000 |
| Charles L Grimes<br>Box 136<br>Mendenhall, PA 19357 | Gordon W Chaplin | 2,300,000<br>2,300,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| Michael Groskin<br>7090 Islegrove Place<br>Boca Raton, FL 33433-7461 | Michael Groskin | 50,000<br><br>50,000 |
| Morton Gurrentz<br>2020 Ardmore Blvd Suite 4635<br>Pittsburgh, PA 15221-4635 | Morton Gurrentz | 20,000<br><br>20,000 |
| H G Reynolds Co Inc<br>PO Box 2728<br>Aiken, GA 29802-2728 | H G Reynolds Co Inc | 600,000<br>100,000<br>100,000<br>800,000 |
| Charles Haase<br>115 Winterberry Ct<br>Roswell, GA 30076-2961 | Charles Haase JT<br>Patricia Haase JT | 320,000<br>320,000 |
| Patricia A Haase<br>115 Winterberry Ct<br>Roswell, GA 30076-2961 | Patricia A Haase | 20,000<br><br>20,000 |
| Patricia A Haase<br>115 Winterberry Ct<br>Roswell, GA 30076-2961 | Patricia Haase JT<br>Brianne Haase JT | 100,000<br><br>100,000 |
| Myrtle E Harker<br>511 Twin Creek Rd<br>Dripping Springs, TX 78620-3335 | Myrtle E Harker JT<br>Homer J Harker JT | 50,000<br><br>50,000 |
| Kelly A Haskell<br>3725 George Busbee Pkwy Apt 715<br>Kennesaw, GA 30144-6627 | Kelly Haskell | 7,000<br>7,000 |
| Richard C Haskell<br>916 Kemman<br>LaGrange Park, IL 60526-1664 | Richard Haskell | 1,180,000<br>640,000<br>1,760,000<br>3,580,000 |
| Susan S Haskell<br>920 N Stone Ave<br>LaGrange Park, IL 60526-1444 | Susan S Haskell | 3,595,000<br>2,500,000<br>1,400,000<br>7,495,000 |
| Richard C Haskell Jr<br>3456 N Janssen Unit G1<br>Chicago, IL 60657-1343 | Richard C Haskell Jr JT<br>Amy K Haskell JT | 175,000<br><br>175,000<br>350,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| Margaret Hathaway<br>3513 Cochise Dr<br>Atlanta, GA 30339 | M L Jarvis Inc | 40,000<br><br>40,000 |
| Richard S Hathaway<br>3513 Cochise Dr<br>Atlanta, GA 30339-4327 | Richard S Hathaway IRA | 200,000<br><br>200,000 |
| Richard S Hathaway<br>3424 Peachtree Rd NE Suite 1700<br>Atlanta, GA 30326-1147 | Richard Sanford Hathaway | 500,000<br><br>500,000 |
| Charles M Henderson<br>627 Eagle Watch Lane<br>Osprey, FL 34229-9378 | Charles M Henderson | 1,025,000<br><br>1,025,000 |
| John A Henderson MD<br>117 Rathfarnham Circle<br>Ashville, NC 28803-2127 | John A Henderson MD | 30,000<br>100,000<br>130,000 |
| Hyman Hershman<br>110 Fairway Rd.<br>Chestnut Hill, MA 02467-1849 | HAH LTD Partnership | 470,000<br>470,000 |
| Nina Hertzberg<br>63 Plymouth Rd.<br>Great Neck, NY 11023-1654 | Alvin Hertzberg Trust | 225,000<br>225,000 |
| J.David Higgins Jr<br>3789 Montrose Rd<br>Birmingham, AL 35213-3833 | J David Higgins Jr IRA | 125,000<br><br>125,000 |
| Elwyn H Hudgins<br>333 Lakeview Dr<br>Fairfield Glade, TN 38558 | Edith G Hudgins R T | 25,000<br>40,000<br>65,000 |
| Kurt Huebner<br>500 5th Ave Rm 325<br>New York, NY 10110-0302 | Merriway Travel | 60,000<br><br>60,000 |
| John M Huston<br>588 N Ellyn Ave<br>Glen Ellyn, IL 60137-4156 | John M Huston JT<br>Eileen C Huston JT | 146,000<br>130,000<br>320,000<br>596,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| | | 5,000 |
| Thomas S Iulo | Thomas S Iulo JT | |
| 16 Oak Lane | Lori B Iulo JT | 15,000 |
| Montville, NJ 07045 | | 20,000 |
| | | 100,000 |
| Ben Ivey Jackson | Ivey Jackson IRA | |
| 10 Rock Dell Lane | | |
| Birmingham, AL 35213-4109 | | 100,000 |
| | | 75,000 |
| Solomon Jacobs | Solomon Jacobs Trust | |
| 1401 S Ocean Dr 805 | | |
| Hollywood, FL 33019 | | 75,000 |
| | | |
| Charles H Jesseph | Charles H Jesseph | 100,000 |
| 717 SW 113th Street | | |
| Oklahoma City, Ok 73170-5815 | | 100,000 |
| | | 25,000 |
| Murray L Kaufman | Murray L Kaufman JT | |
| 32 Glendale Dr | Linda B Kaufman JT | 475,000 |
| Horseheads, NY 14845-1248 | | 500,000 |
| | | |
| Masaji Kelley | Masaji Kelley | |
| 3725 George Busbee Pkwy Apt 715 | | 7,000 |
| Kennesaw, GA 30144-6627 | | 7,000 |
| | | 135,000 |
| Morton Kent | Fleetwood Investments L P | |
| 715 Georgia Ave | | |
| Chattanooga, TN 37402-2002 | | 135,000 |
| | | 60,000 |
| Joseph H Koch Sr | Joseph H Koch REV TR | |
| 808 SE 7th Street Apt 205 | | |
| Deerfield Beach, FL 33441-7911 | | 60,000 |
| | | 1,160,000 |
| Paul R Konsig | Paul R Konsig | |
| 10217 Shireoaks Lane | | 3,300,000 |
| Boca Raton, FL 33498-6402 | | 4,460,000 |
| | | 1,090,000 |
| Paul R Konsig | Paul R Konsig IRA | 2,000,000 |
| 10217 Shireoaks Lane | | |
| Boca Raton, FL 33498-6402 | | 3,090,000 |
| | | 100,000 |
| Eric R Korb | Eric R Korb | |
| 210 Washington Dr | | |
| Watchung, NJ 07069-6306 | | 100,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---:|
| David Korostoff<br>16 West 69th St Apt #14<br>New York City, NY 10023 | David Korostoff | 200,000<br>200,000 |
| Edgar A Kovner<br>7727 Southampton Terr Apt 316<br>Tamarac, FL 33321-9105 | Edgar A Kovner | 25,000<br><br>25,000 |
| Glynn R Kruger<br>21 Briar Hollow Ln<br>Houston, TX 77027-2803 | G. Richard Kruger | 50,000<br><br>50,000 |
| Thomas L Lally Jr<br>24 Bellwood Way<br>Castleton, NY 12033-9558 | Thomas L Lally Jr JT<br>Jo Ann Lally JT | 100,000<br>100,000<br>200,000 |
| Robert Lande<br>325 Central Park W Apt 7N<br>New York, NY 10025-7692 | Robert Lande TC<br>Anita Lande TC | 50,000<br><br>50,000 |
| Edwin H Leipzig<br>2144 Henley Place<br>Wellington, FL 33414-7768 | Edwin H Leipzig | 40,000<br><br>40,000 |
| Jeffrey Lenzi<br>2500 N Military Tr Apt 470<br>Boca Raton, FL 33431 | Jeffrey Lenzi | 25,000<br>25,000 |
| Mark B Levy<br>19 Lawridge Dr<br>Rye Brook, NY 10573-1020 | Mark B Levy IRA | 200,000<br><br>200,000 |
| John Lewis<br>138 Washington Ave<br>Union, NJ 07083-8922 | John Lewis JT<br>Linda Lewis JT | 100,000<br><br>100,000 |
| Mathew J Lisenby<br>906 Hill Ave<br>Grand Junction, CO 81501 | Mathew J Lisenby | 420,000<br><br>420,000 |
| Spencer L Lisenby<br>5221 Riverview Rd NW<br>Atlanta, GA 30327-4241 | Spencer Lee Lisenby | 50,000<br>550,000<br>600,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| | | 185,000 |
| Stephen A Lisenby | Stephen Alan Lisenby JT | 1,890,000 |
| 9625 Roberts Dr | Patricia J Lisenby JT | 3,800,000 |
| Atlanta, GA 30350-2055 | | 5,875,000 |
| | | 440,000 |
| Steve A Lisenby Jr | Steve A Lisenby | 350,000 |
| 4390 Jett Rd | | 850,000 |
| Atlanta, GA 30327 | | 1,640,000 |
| | | 1,300,000 |
| Logberg Associates | YSY, LTD | |
| Chancery Square, Providenciales | | 2,050,000 |
| Turks & Caicos Is, BWI | | 3,350,000 |
| | | 50,000 |
| Hartley Lord | Hartley Lord | |
| 7205 Mandarin Dr | | 50,000 |
| Boca Raton, FL 33433 | | 100,000 |
| | | 100,000 |
| Teri L Lott | Teri L Lott JT | |
| 3740 Mountain View Lane | David F Lott JT | 160,000 |
| Birmingham, AL 35223-2227 | | 260,000 |
| | | 100,000 |
| Ellen R Lowe | Ellen Lowe JT | |
| 2639 Sutton Ct | Richard Lowe JT | |
| Houston, TX 77027-5246 | | 100,000 |
| | | |
| Robert A Lyons | Robert Lyons IRA | 50,000 |
| 62 Kingswood Rd | | |
| Weehawken, NJ 07086-6930 | | 50,000 |
| | | 500,000 |
| David T MacMillan | David Thompson MacMillan | |
| 1581 Jefferson Forest Lane | | |
| Blacksburg, VA 24060-8954 | | 500,000 |
| | | 350,000 |
| Jane S Maj | J S Maj Trust | |
| 4928 N Chester | | |
| Norridge, IL 60706-2907 | | 350,000 |
| | | 25,000 |
| David P Makris | David P Makris JT | 50,000 |
| 6 Scott Ct | Kathleen Makris JT | |
| Poughkeepsie, NY 12601-5813 | | 75,000 |
| | | 120,000 |
| Kenneth Marks | Kenneth Marks IRA | |
| 40 Rock Rd | | |
| Englewood Cliffs, NJ 07632-1711 | | 120,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| Frank N Martino<br>4922 Christi Ln<br>Aubrey, TX 76227-4025 | Frank N Martino JT<br>Betty Martino JT | 500,000<br>500,000 |
| Alvin Matzer<br>9812 Vidor Dr #202<br>Los Angeles, CA 90035-1079 | Alvin Matzer JT<br>Gloria Matzer JT | 50,000<br>50,000<br>100,000 |
| James R McCormick<br>8117 Santa Fe Trail<br>Amarillo, TX 79110-4734 | McCormick Family Trust | 150,000<br>150,000 |
| Frank McGann<br>8 Wildwood Ave<br>Livingston, NJ 07039 | Frank McGann | 100,000<br>100,000 |
| Laura McGann<br>8 Wildwood Ave<br>Livingston, NJ 07039 | Laura McGann IRA | 100,000<br>100,000 |
| William J McGrath<br>PO Box 30055<br>Las Vegas, NV 89173-0055 | McGrath Family Trust | 25,000<br>25,000 |
| Herman Meinders<br>4401 Perimeter Center Dr #210<br>Oklahoma City, OK 73112 | Herman Meinders | 1,500,000<br>1,500,000 |
| Ascher L Mestel<br>300 Mayfair Dr North<br>Brooklyn, NY 11234-6716 | Ascher Lawrence Mestel IRA | 100,000<br>100,000 |
| Craig W Miller<br>9021 Larston Rd<br>Houston, TX 77055-6508 | Craig W Miller | 158,000<br>300,000<br>1,689,000<br>2,147,000 |
| Craig W Miller<br>PO Box 55792<br>Houston, TX 77255-5792 | Craig W Miller D C Plan | 70,000<br>40,000<br>117,000<br>227,000 |
| Craig W Miller<br>PO Box 55792<br>Houston, TX 77255-5792 | Craig Miller DEF PEN Plan | 50,000<br>45,000<br>25,000<br>120,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| Craig W Miller<br>PO Box 55792<br>Houston, TX 77255-5792 | Craig W Miller IRA FBO | 915,000<br>310,000<br>439,000<br>1,664,000 |
| Craig W Miller<br>9021 Larston Rd<br>Houston, TX 77055-6508 | Craig W Miller ROTH IRA | 30,000<br>30,000<br>60,000 |
| Florence S Mitchell<br>709 Dartmouth Rd<br>Raleigh, NC 27609-5941 | Florence S Mitchell | 200,000<br><br>200,000 |
| Robert E Montana<br>27737 Kathryn Circle<br>Paisley, FL 32767 | Robert E Montana | 20,000<br>70,000<br>90,000 |
| Walter S Montgomery Jr<br>PO Box 5565<br>Spartanburg, SC 29304-5565 | Walter S Montgomery Jr | <br>1,000,000<br>1,000,000 |
| Motivational Assoc. c/o GMS<br>111 Pavonia Ave Suite 1234<br>Jersey City, NJ 07310-1723 | Motivational Assoc M P Plan | 300,000<br>200,000<br>500,000 |
| Albert Nathanson<br>4425 N Amarillo Dr<br>Beverly Hills, CA 34465 | Albert Nathanson JT<br>Sandra Nathanson JT | 100,000<br><br>100,000 |
| Joe L Nesbitt<br>530 N Manus<br>Dallas, TX 75224-1409 | Joe L Nesbitt | 150,000<br><br>150,000 |
| Leonard Ochs<br>16593 E 500th Ave<br>Newton, IL 62448-4615 | Leonard Ochs JT<br>Coletta Ochs JT | 50,000<br><br>50,000 |
| Ronald E Ostblom<br>PO Box 29274<br>Laughlin, NV 89028-9274 | Ronald E Ostblom JT<br>Ellen Boyer JT | 185,000<br>265,000<br>450,000 |
| Rodney L Owens<br>9863 Timbers Dr<br>Cincinnati, OH 45242-5533 | Rodney Owens | <br>100,000<br>100,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| | | 25,000 |
| Cathy S Page<br>842 Will Maynard Rd<br>Winder, GA 30680-2844 | Cathy S Page | 25,000 |
| | | 140,000 |
| Serene Peng<br>70 Chelsea Ct<br>Watchung, NJ 07069-6424 | Serene Peng | 140,000 |
| Lindsey Perry<br>7541 Bella Verde Way<br>Delray Beach, FL 33446-4409 | Lindsey Perry | 50,000<br>50,000 |
| Martin Plotnik<br>45 E 9th St<br>New York, NY 10003-6307 | Martin Plotnik | 500,000<br>500,000 |
| John J Quann<br>6595 Castlebay Ct<br>Highland, MD 20777-9789 | John J Quann | 50,000<br>50,000 |
| John J Quann<br>6595 Castlebay Ct<br>Highland, MD 20777-9789 | John J Quann JT<br>Eileen S Quann JT | 100,000<br>100,000 |
| | | 330,000 |
| Beatrice Radin<br>10740 Santa Fe Dr<br>Cooper City, FL 33026 | Beatrice Radin | 50,000<br>380,000 |
| | | 130,000 |
| Ethel Raffelock<br>7354 Fairfax Dr<br>Tamarac, FL 33321 | Ethel Raffelock | 130,000 |
| | | 120,000 |
| Nancy Rea<br>PO Box 1444<br>Sierra Vista, AZ 85636-1444 | Nancy Rea | 120,000 |
| Joan G Reader<br>23066 L' Ermitage Circle<br>Boca Raton, FL 33433-7151 | Joan G Reader JT<br>Malcolm C Reader JT | 100,000<br>100,000 |
| Ronald J Reed<br>3010 Eastside<br>Houston, TX 77098-1908 | Ronald Reed JT<br>Patricia Reed JT | 100,000<br>275,000<br>100,000<br>475,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| | | 250,000 |
| Brandon A Reynolds<br>1050 Lenox Park Blvd TH# 15104<br>Atlanta, GA 30319 | Brandon A Reynolds JT<br>Susan L Altman JT | 250,000 |
| E Leland Reynolds<br>PO Box 2728<br>Aiken, GA 29802-2728 | E Leland Reynolds | 100,000<br>200,000<br>300,000 |
| Jeffrey Reynolds<br>PO Box 2728<br>Aiken, SC 29802-2728 | Jeffrey Reynolds<br>Rebecca Reynolds | 500,000<br>1,200,000<br>200,000<br>1,900,000 |
| Mary G Richardson<br>11463 S Spaulding<br>Chicago, IL 60655-2809 | Mary G Richardson | 33,000<br>60,000<br>93,000 |
| Joe F Riley<br>612 Riley Circle<br>Calvert City, KY 42029-8657 | Joe F Riley | 500,000<br>2,500,000<br>1,000,000<br>4,000,000 |
| David M Robinson<br>585 Chimney Bluff Dr<br>Mt Pleasant, SC 29464 | David M Robinson IRA | 44,000<br>75,000<br>119,000 |
| John A Robinson<br>501 E MacArthur<br>Shawnee, OK 74804 | John A Robinson | 1,000,000<br>1,000,000 |
| John A Robinson<br>501 E MacArthur<br>Shawnee, OK 74804 | Kildonan Partners | 500,000<br>500,000<br>1,000,000 |
| John A Robinson<br>501 E MacArthur<br>Shawnee, OK 74804 | Robinson Eye Profit Share | 1,000,000<br>1,000,000 |
| Patricia R Robinson<br>585 Chimney Bluff Dr<br>Mt Pleasant, SC 29464 | Patricia R Robinson IRA | 100,000<br>15,000<br>115,000 |
| Reinhart F Rock<br>300 Innisfree Circle Apt C9<br>Rogers, AR 72758 | Rock Revocable Trust | 110,000<br>25,000<br>135,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| | | 80,000 |
| Ludwig Rosenberg<br>100 North Highland Ave.<br>Los Angeles, CA 90036-3031 | Rosenberg Trust | <br><br>80,000 |
| | | 3,650,000 |
| Bonnie Ruben<br>914 Broad Street<br>Augusta, GA 30901-1213 | Bonnie Ruben | 6,800,000<br>1,675,000<br>12,125,000 |
| Bonnie Ruben<br>640 Broad Street<br>Augusta, GA 30901-1436 | Ramada Plaza Hotel | 260,000<br>740,000<br>1,000,000 |
| | | 600,000 |
| Rudolph P Russo<br>35 Market Street<br>Poughkeepsie, NY 12601-3214 | Rudolph P Russo JT<br>Jean M Russo JT | <br>400,000<br>1,000,000 |
| | | 110,000 |
| Frank S Russo-Alesi<br>3858 Sidestreet<br>Atlanta, GA 30341-1773 | Frank S Russo Alesi IRA | <br><br>110,000 |
| | | 150,000 |
| Jamie G Rutan<br>210 West Point Washington Rd<br>Santa Rosa Beach, FL 32459 | Catherine C Gardner | <br>100,000<br>250,000 |
| Alfred Saks<br>2719 E 28th St Apt 4F<br>Brooklyn, NY 11235-2438 | Alfred Saks | 50,000<br><br>50,000 |
| | | 30,000 |
| Wanda J Schaffner<br>1201 Bering Dr #49<br>Houston, TX 77057-2307 | Wanda J Schaffner | <br><br>30,000 |
| | | 20,000 |
| Wanda J Schaffner<br>1201 Bering Dr #49<br>Houston, TX 77057-2307 | Wanda J Schaffner IRA | <br>100,000<br>120,000 |
| George Schneider<br>3 Auserehl Ct.<br>Huntington, NY 11743-2223 | George Schneider | 115,000<br><br>115,000 |
| Hilton Schwartz<br>3 Crestwood Rd<br>Westport, CT 06880-1621 | Hilton Schwartz | 100,000<br><br>100,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| Hilton Schwartz<br>1601 Bronxdale Ave<br>Bronx, NY 10462-3364 | Joremi Enterprises Inc P S P | 100,000<br><br>100,000 |
| Stuart Schwarzschild<br>78 Carlton Dr NE<br>Atlanta, GA 30342 | Stuart Schwarzchild | 100,000<br>100,000<br><br>200,000 |
| Stuart Schwarzschild<br>78 Carlton Dr NE<br>Atlanta, GA 30342 | Katherine Rae Clark UGTMA | 50,000<br><br><br>50,000 |
| Jean b Sherrod<br>2101 Christian Ln Apt 85<br>Johnson City, TN 37601-3254 | Jean B Sherrod | 70,000<br><br>70,000 |
| Margaret W Shuttleworth<br>3216 Chapel Hill Blvd<br>Boynton Beach, FL 33435 | Margaret W Shuttleworth REV TR | 40,000<br><br>40,000 |
| Stanley Sommer<br>10369 Silver Lake Dr<br>Boca Raton, FL 33428 | Stanley Sommer Rev Living Trust | 50,000<br><br><br>50,000 |
| Fred S Soussa<br>52 Old Crown Rd<br>Old Tappan, NJ 07675-6803 | Fred Soussa | 3,220,000<br>500,000<br>1,400,000<br>5,120,000 |
| Alexander C Speyer Jr<br>1202 Benedum Trees Bldg<br>Pittsburgh, PA 15222-1783 | Alexander C Speyer Jr | 20,000<br><br><br>20,000 |
| Marc Spurr<br>15 Woodstone Rd<br>Morris Plains, NJ 07950-2716 | Marc Spurr TC<br>Susan Spurr TC | <br><br>100,000<br>100,000 |
| Murray Stadtmauer<br>21715 39th St<br>Bayside, NY 11361 | Murray Stadtmauer | <br><br>100,000<br>100,000 |
| Michael Steets<br>3641 Turtle Run Blvd Apt 924<br>Coral Springs, FL 33067-4239 | Michael Steets JT<br>Millicent Steets JT | <br><br>20,000<br>20,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| Paul A Steets<br>3015 Amherst<br>Houston, TX 77005-3007 | Paul Steets<br>Sara Kavanaugh | 70,000<br>330,000<br>400,000 |
| Eileen Steets-Quann<br>6595 Castlebay Ct<br>Highland, MD 20777-9789 | Eileen Steets Quann | <br>50,000<br>50,000 |
| Allan H Stephens<br>6211 Coral Gables Dr<br>Houston, TX 77069-2509 | Allan H Stephens JT<br>Susan H Stephens JT | <br>300,000<br>300,000 |
| Arthur F Stolkey<br>12486 Pinecrest Dr<br>Plymouth, MI 48170-3061 | Arthur F Stolkey Trust | 45,000<br>120,000<br>165,000 |
| Arthur F Stolkey<br>12486 Pinecrest Dr<br>Plymouth, MI 48170-3061 | Arthur F Stolkey | 106,000<br>180,000<br>250,000<br>536,000 |
| Thomas Stolkey<br>7255 E Snyder Rd #3104<br>Tucson, AZ 85750 | Thomas Stolkey | <br>70,000<br>70,000 |
| Stryk Mgmt Inc<br>2859 Raintree Ln<br>Southlake, TX 76092-5543 | Stryk Family Investments LTD | 500,000<br><br>500,000 |
| Christine Stucker<br>644 N Edgewood<br>LaGrange Park, IL 60526-5512 | Christine Stucker<br>David Stucker | 20,000<br><br>20,000 |
| Mary Rose Stucker<br>644 N Edgewood<br>LaGrange Park, IL 60526-5512 | Mary Rose Stucker | 33,000<br>70,000<br>103,000 |
| Gilbert Sunshine<br>111 Bower Street<br>Jersey City, NJ 07307-2012 | Gilbert Sunshine | 200,000<br><br>200,000 |
| William H Swan<br>15 Lafayette Ct<br>Greenwich, CT 06830 | William H Swan | 100,000<br>100,000<br>200,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| Robert B Sympson Jr<br>10 W Mildand<br>Shawnee, OK 74804-3524 | Robert B Sympson Jr | 450,000<br>100,000<br>550,000 |
| George Tholke<br>7315 Mandarin Dr<br>Boca Raton, FL 33433-7417 | Mr TS Onnon LLC | 250,000<br><br>250,000 |
| Caroline Thorne<br>117 Chadwick Dr<br>Charleston, SC 29407-7425 | Caroline Thorne | 170,000<br><br>170,000 |
| Dorothy Thorne<br>117 Chadwick Dr<br>Charleston, SC 29407-7425 | Dorothy Thorne | 80,000<br><br>80,000 |
| Katherine Thorne<br>117 Chadwick Dr<br>Charleston, SC 29407-7425 | Katherine Thorne | 65,000<br>65,000 |
| Marilyn Tomesko<br>77 Worham St<br>Clifton, NJ 07013-3030 | Marilyn Tomesko | 25,000<br>25,000<br>50,000 |
| Ben Treadway<br>PO Box 767124<br>Roswell, GA 30076-7124 | Ben Treadway | 2,000,000<br>2,000,000<br>4,000,000 |
| Hans F Trupp<br>520 Ocean Blvd<br>St Simons Island, GA 31522 | Hans F Trupp | 500,000<br><br>500,000 |
| John F Velter<br>400 4th Avenue North<br>Tierra Verde, FL 33715-1729 | John F Velter | 250,000<br><br>250,000 |
| Walter Volmar<br>1660 Canterbury Pointe SE<br>Conyers, GA 30013-6412 | Walter Volmar | 25,000<br>50,000<br>75,000 |
| Larry Waddington<br>3065 Sugarloaf CW3 Dr<br>Duluth, GA 30097 | Larry Waddington | 448,000<br>500,000<br><br>948,000 |

| Responsible Party Name<br>Street<br>City, State, Zip | Account Owner 1<br>Account Owner 2 | 05 Bonds<br>06 Bonds<br>09 Bonds<br>Total Bonds |
|---|---|---|
| John W Walden<br>PO Box 1911<br>Columbus, GA 31902-1911 | John W Walden | 1,800,000<br>700,000<br><br>2,500,000 |
| John A Walden<br>PO Box 1911<br>Columbus, GA 31902-1911 | John W Walden IRA | 1,000,000<br>260,000<br><br>1,260,000 |
| David C Watkins<br>2320 Christopher's Walk<br>Atlanta, GA 30327 | David C Watkins | 2,702,000<br><br>300,000<br>3,002,000 |
| Caren Weinstein<br>10 Ipswick Ave<br>Great Neck, NY 11021-3207 | Bryan J Weinstein | 150,000<br><br>150,000 |
| Irving Welsted<br>105 Patterson Dr<br>Mount Holly, NJ 08060-2311 | Irving Welsted TC<br>Virginia Welsted TC | 60,000<br><br><br>60,000 |
| Douglas J Whitaker<br>241 Thomas Powers Rd<br>Newnan, GA 30263-4330 | Douglas J Whitaker JT<br>Mary M Whitaker JT | 100,000<br>100,000 |
| Rodney White<br>2600 Island Blvd Suite 2802<br>Williams Island, FL 33160 | Rodney L White Trust | 50,000<br><br>50,000 |
| Verne H Winchell<br>7955 W Sahara Ave Suite 102<br>Las Vegas, NV 89117 | Winchell Family Trust | 500,000<br><br>500,000 |
| Charles R Woods<br>8232 E Angel Spirit Dr<br>Scottsdale, AZ 85255-3906 | Charles R Woods IRA | 740,000<br>1,135,000<br>1,125,000<br>3,000,000 |
| Gail D Woods-Meloni<br>9925 NW 52nd Terrace<br>Miami, FL 33178-2605 | Gail D Woods Meloni | 30,000<br>30,000 |
| Seymour Zaldin<br>270 24W Bldg 2 GrandCentral Pkwy<br>Floral PK, NY 11005 | Seymour Zaldin Trust | 100,000<br>100,000 |