IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| GENESIS HEALTH VENTURES, INC., et al. | ) Bankr. Case No.: 00-2692 |
| | ) |
| Debtors. | ) |
| | ) |
| RICHARD HASKELL, et al. | ) |
| | ) |
| Appellant, | ) |
| v. | ) Civil Action No. 05-427 |
| | ) |
| GOLDMAN, SACHS & CO., et al. | ) |
| | ) |
| Appellee. | ) |

**NOTICE OF COMPLETION OF MEDIATION**

PLEASE TAKE NOTICE that, I, Ian Connor Bifferato, was appointed to serve as mediator for the parties to the captioned appeal. On October 11, 2005, I conducted a mediation session and the case did not settle. The parties are prepared to proceed with the appeal.

PLEASE TAKE FURTHER NOTICE that the appeal, including briefing, has been held in abeyance pending the mediation. Accordingly, it is now appropriate for the Clerk to advise the parties of the briefing schedule.

Dated: October 13, 2005

                                                  BIFFERATO, GENTILOTTI, BIDEN & BALICK

                                                  Ian Connor Bifferato (# 3273)
                                                1308 Delaware Avenue
                                                P.O. Box 2165
                                                Wilmington, Delaware 19899

cc    R. Bruce McNew
       Steven K. Kortanek
       Russell C. Silberglied
       Robert Brady

cc	Manachem O. Zelmanovitz
	Sheldon Raab
	Eric Hirsch
	Paul B. Lachey
	H. Adam Prussin
	Mary F. Caloway

Case 1:05-cv-00427-KAJ    Document 5    Filed 10/13/2005    Page 2 of 2