IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| GENESIS HEALTH VENTURES, INC., et al., ) | |
| ) | Bankr. Case No. 00-2692 |
| Debtors. ) | |
| ) | |
| RICHARD HASKELL, et al., ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Civil Action No. 05-427-KAJ |
| ) | |
| GOLDMAN, SACHS & CO., et al., ) | |
| ) | |
| Appellees. ) | |

### ORDER

WHEREAS, the court having been informed that mediation of the captioned matter is complete, and the parties were unsuccessful in resolving their dispute,

IT IS HEREBY ORDERED that the parties shall confer and submit a briefing schedule to the court no later than November 4, 2005.

_____
UNITED STATES DISTRICT JUDGE

October 20, 2005
Wilmington, Delaware