TAYLOR & McNEW LLP
ATTORNEYS AT LAW
SUITE 210
3711 KENNETT PIKE
GREENVILLE, DE 19807
(302) 655-9200

JONATHAN B TAYLOR
R. BRUCE MCNEW
GERALD J. PROFFITT

October 27, 2005

FAX: (302) 655-9361
E-MAIL: mcnew@taylormcnew.com
WEBSITE: taylormcnew.com

**VIA E-FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Lock Box 10
Wilmington, DE 19801

      Re:    Genesis Health Ventures, Inc., et al.,
              Bankr. Case No. 00-2692 / Richard Haskell, et al., v.
              Goldman, Sachs & Co., et al., C.A. No.: 05-427-KAJ

Dear Judge Jordan:

      Please accept this letter in lieu of a more formal submission regarding the parties' proposed briefing schedule as directed by Your Honor's Order of October 20, 2005. The parties have agreed that Plaintiff-Appellants' opening brief will be due on or before November 21, 2005, Defendants-Appellees' answering brief will be due on or before December 21, 2005, and Plaintiff-Appellants' reply brief will be due on or before January 11, 2006. Counsel shall submit a more formal stipulation should the Court require one.

                                          Respectfully submitted,

                                          R. Bruce McNew (No. 967)

RBM/bfd
cc:    Clerk of the Court (C.A. No. 05-427-KAJ) (By Hand)
       Steven K. Kortanek, Esquire (By E-Filing) (By First Class Mail)
       Daniel K. Hogan, Esquire (By E-Filing) (By First Class Mail)
       Robert S. Brady, Esquire (By E-Filing) (By First Class Mail)
       Peter James Duhig, Esquire (By E-Filing) (By First Class Mail)
       Russell C. Silberglied, Esquire (By E-Filing) (By First Class Mail)
       Laura Davis Jones, Esquire (By First Class Mail)
       H. Adam Prussin, Esquire (By First Class Mail)