perpetrating this fraud.

193. Plaintiffs were injured by this conspiracy to commit fraud. But for that conspiracy, plaintiffs would have received the full face value of their debentures, plus accrued interest.

### THIRD CAUSE OF ACTION: GROSS NEGLIGENCE

194. Plaintiffs incorporate by reference paragraphs 1-187 and 191.

195. By virtue of their positions as debtor in a bankruptcy proceeding, as the chief financial officer of the debtor, as senior creditors of the debtor, and as proponents of a bankruptcy reorganization plan that would drastically affect the junior creditors, defendants owed the junior creditors of Genesis a duty of care, including the duty to provide fair, accurate and complete information.

196. Defendants violated that duty of care by disseminating false and misleading financial information that misled the bankruptcy court and the plaintiffs concerning the true financial condition and prospects of Genesis. Defendants' conduct was such an extreme and severe departure from due care as to constitute gross negligence, and was therefore not released as a result of the Genesis bankruptcy.

197. Plaintiffs were injured by defendants' gross negligence. But for that gross negligence, plaintiffs would have received the full face value of their debentures, plus accrued interest.

WHEREFORE, plaintiffs seek an award of damages against the defendants, jointly and severally, in an amount to be determined by the Court, but not less than $200 million, plus interest, costs and fees incurred in this action, together with such other and further relief as the Court deems just and proper.

Dated:    New York, New York
         January 27, 2004

POMERANTZ HAUDEK BLOCK
GROSSMAN & GROSS LLP

By /s/ *signature*
Stanley M. Grossman
H. Adam Prussin
Ronen Sarraf
100 Park Avenue, 26th Floor
New York, N.Y. 10017-5516
(212) 661-1100

Attorneys for Plaintiffs

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re Genesis Health Ventures, Inc. et al.<br><br>Debtors, | Case No. 00-2692 (JHW)<br><br>(Jointly Administered) |
| Richard Haskell et al.,<br><br>Appellants,<br><br>v.<br><br>Goldman, Sachs & Co. et al.,<br><br>Appellees. | Adv. No. 04-53375 (JHW) |

**APPELLANTS' DESIGNATION OF ITEMS IN RECORD ON APPEAL
AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

Richard Haskell et al., by and through their counsel, hereby designate, pursuant to Fed. R. Bankr. P. 8006, the items to be included in the record on appeal and the statement of issues to be presented on appeal in connection with the Appellants' Notice of Appeal filed on May 10, 2005, from the Order and Judgment of Dismissal of the action entered by the Honorable Judith H. Wizmur, U.S. Bankruptcy Judge, on May 10, 2005. The Bankruptcy Court's amended opinion granting defendants' joint motion to dismiss was issued on or about May 4, 2005.

**DESIGNATION OF ITEMS**

1.  Copy of complaint as filed in the Supreme Court of the State of New York, dated January 27, 2004 (attached as exhibit A).[1]

---

[1] No copy of the complaint was found in the court's file in either the District Court or the Bankruptcy Court.

2.  Notice of Removal from Supreme Court, County of NY filed by Defendants on 2/16/04, filed 3/12/04 (U.S. District Court, Docket No. 1)

3.  Order that this action is transferred to the USDC for the District of Delaware, filed 3/12/04 (U.S. District Court, Docket No. 6)

4.  Stipulation referring case to the U.S. Bankruptcy Court for District of DE with proposed order; So Ordered, filed 4/23/04 (U.S. District Court, Docket No.18-1)

5.  Motion by Goldman Sachs & Co., Mellon Bank NA, Highland Capital, Genesis Health, George V. Hager to Dismiss Plaintiffs' Complaint, filed 4/23/04 (U.S. District Court, Docket No.19)

6.  Appendix of Exhibits to Joint Motion to Dismiss Plaintiffs' Complaint Filed by Goldman Sachs & Co., Mellon Bank NA, Highland Capital, Genesis Health, George V. Hager Volumes I-IV, filed 4/23/04 (U.S. District Court, Docket Nos. 20-23)

7.  Motion by Highland Capital to Dismiss, filed 4/23/04 (U.S. District Court, Docket No. 26)

8.  Opening Brief Filed by Highland Capital in support of motion to Dismiss, filed 4/23/04 (U.S. District Court, Docket No. 27)

9.  Order; having received a stipulation by the parties for referral of this action to the United States Bankruptcy Court for the District of DE (D.I. 18); the case is referred to the judges of the United States Bankruptcy Court for the District of DE, filed 4/27/04 (U.S. District Court, Docket No. 28)(also filed as U.S. Bankruptcy Court, Docket No. 1)

10. Response to and Memorandum in Opposition to Motion to Dismiss, filed 6/21/04 (U.S. Bankruptcy Court, Docket No. 16)

11. Reply of Highland Capital Management, LP, to Plaintiffs' Opposition to Joint Motion to Dismiss, filed 7/12/04 (U.S. Bankruptcy Court, Docket No. 22)

12. Memorandum of Law of Mellon Bank, N.A's Supplemental Memorandum in Support of Motion to Dismiss with exhibits, filed 7/12/04 (U.S. Bankruptcy Court, Docket No. 23)

13. Goldman Sachs and Co.'s Supplemental Reply to Plaintiffs' Opposition to Joint Motion to Dismiss Plaintiffs' Complaint, filed 7/12/04 (U.S. Bankruptcy Court, Docket No. 24)

14. Notice of Filing of Amended Exhibit Z to the "Appendix of Exhibits to Defendants' Joint Motion to Dismiss Plaintiffs' Complaint, filed 7/12/04 (U.S. Bankruptcy Court, Docket No. 25)

15. Defendants' Joint Reply to Plaintiffs' Opposition to Motion to Dismiss Plaintiffs' Complaint, filed 7/12/04 (U.S. Bankruptcy Court, Docket No. 27)

16. Exhibits to Defendants' Joint Reply to Plaintiffs' Opposition to Motion to Dismiss Plaintiffs' Complaint, filed 7/13/04 (U.S. Bankruptcy Court, Docket No. 28)

17. Opinion Issued By the Honorable Judith H. Sizmur, Dated April 27, 2005, On The Joint Motion to Dismiss Defendants' Joint Reply to Plaintiffs' Opposition to Motion to Dismiss Plaintiffs' Complaint, filed 4/27/05 (U.S. Bankruptcy Court, Docket No. 35)

18. (Amended) Opinion Issued by The Honorable Judith H. Wizmur, on Joint Motion To Dismiss Defendants' Joint Reply to Plaintiffs' Opposition to Motion to Dismiss Plaintiffs' Complaint, filed 5/3/05 (U.S. Bankruptcy Court, Docket No. 36)

19. Order Dismissing Plaintiffs' Complaint, filed 5/10/05 (U.S. Bankruptcy Court, Docket No. 39)

20. Notice of Appeal of Order Dismissing Plaintiffs' Complaint, filed 5/10/05 (U.S. Bankruptcy Court, Docket No. 40)

21. This Appellants' Designation and Statement of Issues, filed 5/20.05.

3

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1. Whether, in dismissing plaintiffs' complaint for failure to state a claim, the Bankruptcy Court erred as a matter of law, in holding that its determination of the enterprise valuation of the debtor Genesis Health Ventures, Inc.(n/k/a Neighborcare, Inc.)("Genesis") was entitled to res judicata and collateral estoppel effect even though that determination was procured by fraud. In this connection, where the complaint alleged that the fraud was not, and could not have been, discovered prior to the Court's determination of enterprise value, did the Bankruptcy Court err in resting its determination on the proposition that "plaintiffs do not contend that the defendants wrongfully concealed material facts from them prior to confirmation"?

2. Whether, in dismissing plaintiffs' complaint, the Bankruptcy Court erred in holding that plaintiffs' claims against Genesis were time-barred under 11 U.S.C. §1144 because plaintiffs' claims for damages would constitute a de facto "revocation" of Genesis' plan of reorganization.

3. Whether, in dismissing plaintiffs' complaint, the Bankruptcy Court erred in holding that if a bankruptcy reorganization plan, including its bankruptcy discharge, were procured through fraud, the bankruptcy discharge was nonetheless enforceable.

4. Whether, in dismissing plaintiffs' complaint, the Bankruptcy Court erred in holding that the discharge language barred plaintiffs' claims, which were based on willful misconduct and recklessness in connection with the bankruptcy proceedings, even though the discharge explicitly excluded these very types of claims?

4

Dated: May 19, 2005

Respectfully submitted,

By: _____
R. Bruce McNew (# 967)
TAYLOR & McNEW LLP
3711 Kennett Pike, Suite 210
Wilmington, Delaware 19807
(302) 655-9200

Stanley M. Grossman
H. Adam Prussin
POMERANTZ HAUDEK BLOCK
 GROSSMAN & GROSS LLP
100 Park Avenue, 26th Floor
New York, New York 10017
(212) 661-1100

*Attorneys for Appellants*

5

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of May, 2005, he caused a true and correct copy of the foregoing **APPELLANTS' DESIGNATION OF ITEMS IN RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL** to be served upon the following counsel by hand delivery:

Steven K. Kortanek, Esquire
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
**Counsel for Defendant Goldman Sachs & Co.**

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899
**Counsel for Defendant Mellon Bank NA**

Russell C. Silberglied, Esquire
Richards, Layton & Finger, P.A.
P.O. Box 551
Wilmington, DE 19899
**Counsel for Defendant Neighborcare, Inc.**

Daniel K. Hogan, Esquire
1701 Shallcross Avenue, Suite C
Wilmington, DE 19806
**Counsel for Defendant Highland Capital Management, L.L.P.**

Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
**Counsel for Defendant George V. Hager**

1

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
**Counsel for Creditor Committee**


Joseph J. McMahon, Jr.
Office of U.S. Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
**Trustee**


May 19, 2005

                                                      R. Bruce McNew, Esquire (ID No. 967)
                                                      Taylor & McNew, LLP
                                                      3711 Kennett Pike, Suite 210
                                                      Greenville, Delaware 19807
                                                      (302) 655-9200

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re Genesis Health Ventures, Inc. et al   :   Case No. 00-2692 (JHW)
:
:   (Jointly Administered)
Debtors,   :
---------------------------------------------------------------x
:
Richard Haskell et al.,   :   Adv. No. 04-53375 (JHW)
:
Plaintiffs,   :
:
v.   :
Goldman, Sachs & Co. et al.,   :
:
Defendants.   :
---------------------------------------------------------------x

**APPELLEES' DESIGNATION OF ADDITIONAL
ITEMS FOR RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Neighborcare Inc. (one of the Reorganized Debtors, sued as "Genesis Health Ventures, Inc.," its former corporate name), Goldman, Sachs & Co., Mellon Bank, N.A., Highland Capital Management, L.P., and George V. Hager, Appellees, hereby designate the following additional items as the Record on Appeal:

1. Letter to United States District Judge Naomi Reice Buchwald from Barry G. Sher, Fried, Frank, Harris, Shriver & Jacobson LLP, dated February 17, 2004.

2. Letter to United States District Judge Naomi Reice Buchwald from H. Adam Prussin, Pomerantz Haudek Block Grossman & Gross LLP, dated February 23, 2004.

3. Stipulation and [Proposed] Order Extending time to Answer, Move or Otherwise Respond, dated February 24, 2004.

4. Order Transferring Case to the District of Delaware, dated March 4, 2004 and entered March 8, 2004.

RLF1-2882097-1

5. Stipulation and Order Extending Defendants' Time to Answer, Move, or Otherwise Respond, filed April 23, 2004

6. Defendants' Motion for Order Granting Leave to Exceed Page Limit Requirements with respect to Defendants' Joint Motion to Dismiss Plaintiffs' Complaint, dated and filed April 23, 2004 (U.S. District Court for the District of Delaware, Docket No 24)

7. Notice of Hearing Re: Defendants' Joint Motion to Dismiss Plaintiffs' Complaint [Case No 04-CV-157; Docket No. 19], dated May 20, 2004 (U S Bankruptcy Court for the District of Delaware, Bankruptcy Petition No 00-02692, Docket No 2235)

8. Order Granting Motion to Allow Leave to File Oversize Brief, signed June 28, 2004 and entered July 6, 2004 (U S Bankruptcy Court for the District of Delaware, Adversary Proceeding No 04-53375, Docket No 21)

9. Transcript of July 16, 2004 Hearing on Oral Argument of Motions to Dismiss Complaint

10. Certification of Counsel Regarding Order Dismissing Plaintiff's Complaint, dated and filed May 3, 2005 (U S. Bankruptcy Court for the District of Delaware, Adversary Proceeding No. 04-53375, Docket No 37; U S. Bankruptcy Court for the District of Delaware, Bankruptcy Petition No 00-02692, Docket No. 2285)

11. Bankruptcy Court Docket Sheets in In re Genesis Health Ventures, Inc., et al, Case No 00-2692 (JHW)

2

RLF1-2882097-1

Dated: May 31, 2005
   Wilmington, Delaware

Respectfully submitted,                                    Respectfully submitted,


/s/ Steven K. Kortanek                                     [signature]
Steven K. Kortanek                                         Russell C. Silberglied (No. 3462)
Morton R. Branzburg                                        Jason M. Madron (No. 4431)
KLEHR, HARRISON, HARVEY,                                   RICHARDS, LAYTON & FINGER, P.A.
BRANZBURG & ELLERS LLP                                     P.O. Box 551
919 Market Street, Suite 1000                              Wilmington, Delaware 19899
Wilmington, Delaware 19809-3062                            (302) 651-7700
(302) 426-1189

                                                           - and -
   - and -
                                                           Michael F. Walsh
Sheldon Raab                                               Diane Harvey
Eric A. Hirsch                                             WEIL, GOTSHAL & MANGES LLP
FRIED, FRANK, HARRIS, SHRIVER &                            767 Fifth Avenue
JACOBSON LLP                                               New York, New York 10153
One New York Plaza                                         (212) 310-8000
New York, New York 10004-1980
(212) 859-8000                                                - and -

*Attorneys for Appellee Goldman,*                          Adam P. Strochak
*Sachs & Co.*                                              Joanne M. Guerrera
                                                           WEIL, GOTSHAL & MANGES LLP
                                                           1501 K Street, NW, Suite 100
                                                           Washington, DC 20005
                                                           (202) 682-7000

                                                           *Attorneys for Appellee NeighborCare Inc.*
                                                           *(sued herein as Genesis Health Ventures,*
                                                           *Inc.)*

3

RLF1-2882097-1

A137

/s/ Daniel K. Hogan
Daniel K. Hogan (No. 2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, Delaware 19806
(302) 656-7540

- and -

Paul Lackey
Michael Aigen
LACKEY, HERSHMAN LLP
3102 Oak Lawn Ave., Suite 700
Dallas, Texas 75219
(214) 560-2206

*Attorneys for Appellee Highland Capital Management, L.P.*

/s/ Robert S. Brady
Robert S. Brady (No. 2847)
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6690

- and -

Paul V. Shalhoub
WILLKIE FARR & GALLAGHER LLP
787 7th Avenue
New York, New York 10019-6099
(212) 728-8000

*Attorneys for Appellee George V. Hager*

/s/ Teresa K.D. Currier
Teresa K.D. Currier (No. 3080)
KLETT ROONEY LIEBER & SCHORLING, PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
(302) 552-4200

*Attorneys for Appellee Mellon Bank, N.A.*

- and -

Richard S. Toder
Menachem O. Zelmanovitz
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

*Attorneys for Appellee Mellon Bank, N.A. with respect to all Plaintiffs other than Charles L. Grimes, Louis IG Ireland Trust, C. Yvonne Cooke, Jane G. Brown, Serena R. Schwartz and Gordon W. Chaplin*

- and -

Steven Russo
SIVE, PAGET & RIESEL, P.C.
460 Park Avenue
New York, New York 10022
(212) 421-2150

*Attorneys for Appellee Mellon Bank, N.A. with respect to plaintiffs Charles L. Grimes, Louis IG Ireland Trust, C. Yvonne Cooke, Jane G. Brown, Serena R. Schwartz and Gordon W. Chaplin*

4

RLF1-2882097-1

## CERTIFICATE OF SERVICE

I, Jason M. Madron, do hereby certify that on May 31, 2005 a copy of the foregoing **Appellees' Designation of Additional Items for Record on Appeal** was served on the parties on the attached list and in the manner indicated thereon

                                                Jason M. Madron (Del. Bar No. 4431)

RLF1-2882247-1

<u>*Via Hand Delivery (Local)*</u>
<u>*Via First Class (Non-Local)*</u>
Steven K. Kortanek
Morton R. Branzburg
Klehr, Harrison, Harvey
Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19809-3062

Paul Lackey
Michael Aigen
Deborah Deitsch-Perez
Lackey, Hershman LLP
3102 Oak Lawn Ave., Suite 700
Dallas, TX 75219

Paul V. Shalhoub
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019-6099

H. Adam Prussin
Pomerantz, Haudek, Block,
Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017-5516

Robert S. Brady
Young Conaway Stargatt & Taylor
1000 West St., 17th Floor
Wilmington, DE 19899-0391

Teresa K.D. Currier, Esquire
Peter J. Duhig
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1401
Wilmington, DE 19801

R. Bruce McNew
Taylor & McNew LLP
3711 Kenneth Pike, Ste. 210
Greenville, DE 19807

Joseph J. McMahon, Jr., Esquire
Office of the U.S. Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

-2732681-1

Michael F. Walsh
Diane Harvey
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

Barry Sher
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980

Richard S. Toder
Menachem O. Zelmanovitz
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
*(Via Federal Express)*

Steve Russo
Sive Paget & Riesel, P.C.
460 Park Avenue
New York, NY 10022

Daniel K. Hogan
Law Offices of Daniel K. Hogan
1701 Shallcross Avenue, Suite C
Wilmington, DE 19806

Adam P. Strochak
Joanne Guerrera
Weil, Gotshal & Manges LLP
1501 K Street, NW, Suite 100
Washington, DC 20005

-2732681-1

Case 1:05-cv-00427-KAJ    Document 9-6    Filed 11/21/2005    Page 17 of 17