TAYLOR & McNEW LLP
ATTORNEYS AT LAW
SUITE 210
3711 KENNETT PIKE
GREENVILLE, DE 19807
(302) 655-9200

JONATHAN B TAYLOR
R. BRUCE MCNEW
GERALD J. PROFFITT

FAX: (302) 655-9361
E-MAIL: mcnew@taylormcnew.com
WEBSITE: taylormcnew.com

November 21, 2005

**BY E-Filing**

The Honorable Kent A. Jordan
U.S. District Court
　for the District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE  19801

Re:　In re: Genesis Health Ventures, Inc.
　　　Richard Haskel, et al. v. Goldman, Sachs & Co., et al.
　　　<u>C.A. No. 05–CV–427 (KAJ)</u>

Dear Judge Jordan:

　　　In accordance with Rule 7.1.4, plaintiffs-appellants request oral argument on its appeal.

Respectfully submitted,

R. Bruce McNew (# 967)

RBM/acc

cc:　Clerk of Court (by E-filing)
　　　Steven K. Kortanek, Esq. (by E-filing)
　　　Peter J. Duhig, Esq. (by E-filing)
　　　Russell C. Silberglied, Esq. (by E-filing)
　　　Daniel K. Hogan, Esq. (by E-filing)
　　　Robert S. Brady, Esq. (by E-filing)
　　　Laura Davis Jones, Esq. (by E-filing)