**TAYLOR & McNEW LLP**
ATTORNEYS AT LAW
SUITE 210
3711 KENNETT PIKE
GREENVILLE, DE 19807
(302) 655-9200

JONATHAN B TAYLOR
R. BRUCE MCNEW
GERALD J. PROFFITT

FAX: (302) 655-9361
E-MAIL: mcnew@taylormcnew.com
WEBSITE: taylormcnew.com

December 13, 2005

By E-Filing:

The Honorable Kent A. Jordon
United States District Court
844 North King Street
Lock Box 10
Wilmington, DE 19801

      Re:    In re: Genesis Health Ventures, Inc.
                Richard Haskel, et al. v. Goldman, Sachs & Co., et al.
                C.A. No. 05-CV-427 (KAJ)

Dear Judge Jordon:

      Please accept this letter in lieu of a more formal submission regarding the parties' proposed amendment to the briefing schedule set forth in my letter of October 27, 2005 to the Court. If it meets with the Court's approval the parties' propose an amended schedule as follows:

1. On or before January 23, 2006, the defendant-appellees will file no more than one joint brief and three individual briefs answering plaintiff-appellants opening brief.

2. On March 6, 2006, plaintiff-appellants will file a brief in opposition to each brief filed by defendant-appellees. Plaintiff-appellants may combine one or more of their reply briefs, provided, however, that the page limitations set forth in the local rules will be applied as if the briefs had not been combined. In other words, the total page limit which would be permitted under the local rules will not be diminished if plaintiff-appellants decide to combine those briefs.

Law Offices
Taylor & McNew, LLP
The Honorable Kent A. Jordon
December 13, 2005
Page 2 of 2

    The parties are prepared to submit a more formal stipulation should the Court require one. I shall take the liberty of calling Chambers to confirm that the parties' proposal is acceptable to the Court.

                                      Respectfully yours,

                                      R. Bruce McNew (# 967)

RBM/acc

cc:     Clerk of Court (by E-filing)
        Steven K. Kortanek, Esq. (by E-filing)
        Peter J. Duhig, Esq. (by E-filing)
        Russell C. Silberglied, Esq. (by E-filing)
        Daniel K. Hogan, Esq. (by E-filing)
        Robert S. Brady, Esq. (by E-filing)
        Laura Davis Jones, Esq. (by E-filing)