## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE | : | |
| | : | |
| GENESIS HEALTH VENTURES, INC., et al., | : | C.A. No. 05-CV-427 (KAJ) |
| | : | |
| Debtors. | : | |
| | : | |
| RICHARD HASKELL, et al., | : | |
| | : | |
| Plaintiffs-Appellants, | : | |
| | : | Adv. Pro. No. 04-53375 (JHW) |
| v. | : | |
| | : | |
| GOLDMAN, SACHS & CO., et al., | : | |
| | : | |
| Defendants-Appellees. | : | |

### STIPULATION AND ORDER REGARDING BRIEFING

The parties by and through their undersigned attorneys and subject to the approval of the Court hereby stipulate with respect to the briefing of the appeal, as follows:

1. On or before January 23, 2006, the defendants-appellees will file no more than one joint brief and three individual briefs answering plaintiffs-appellants opening brief.

2. On or before March 6, 2006, plaintiffs-appellants will file a brief in opposition to each brief filed by the defendants-appellees. Plaintiffs-appellants may combine one or more of their reply briefs, provided, however, the page limitation set forth in the local rules will be applied as if the briefs had not been combined. In other words, the total page limit which would be permitted under the local rules will not be diminished if plaintiffs-appellants decide to combine those briefs.

SO STIPULATED.

*/s/ Steven K. Kortanek*
---
Steven K. Kortanek, Esq. (# 3106)
Klehr Harrison Harvey Branzburg
 & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

**Counsel for Defendant Goldman
 Sachs & Co.**

---
R. Bruce McNew, Esq. (# 967)
TAYLOR & McNEW LLP
3711 Kennett Pike, Suite 210
Greenville, DE 19807

**Counsel for Plaintiffs**

---
Teresa K. D. Currier, Esq. (# 3080)
Peter J. Duhig, Esq. (# 4024)
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899

**Counsel for Defendant Mellon Bank NA**

---
Jason Michael Madron, Esq. (#4431)
Richards, Layton & Finger, P.A.
P.O. Box 551
Wilmington, DE 19899

**Counsel for Defendant Neighborcare, Inc.**

---
Daniel K. Hogan, Esq. (# 2814)
1701 Shallcross Avenue, Suite C
Wilmington, DE 19806

**Counsel for Defendant Highland
 Capital Management, L.L.P.**

---
Robert S. Brady, Esq. (# 2847)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**Counsel for Defendant George V. Hager**

SO ORDERED this _____ day of _____, 200__.

---
Judge Kent A. Jordan

| | |
|---|---|
| _____<br>Steven K. Kortanek, Esq. (# 3106)<br>Klehr Harrison Harvey Branzburg<br>  & Ellers LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br><br>**Counsel for Defendant Goldman**<br>  **Sachs & Co.** | *[signature]*<br>_____<br>R. Bruce McNew, Esq. (# 967)<br>TAYLOR & McNEW LLP<br>3711 Kennett Pike, Suite 210<br>Greenville, DE 19807<br><br>**Counsel for Plaintiffs** |
| _____<br>Teresa K. D. Currier, Esq. (# 3080)<br>Peter J. Duhig, Esq. (# 4024)<br>Klett Rooney Lieber & Schorling<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>P.O. Box 1397<br>Wilmington, DE 19899<br><br>**Counsel for Defendant Mellon Bank NA** | _____<br>Jason Michael Madron, Esq. (#4431)<br>Richards, Layton & Finger, P.A.<br>P.O. Box 551<br>Wilmington, DE 19899<br><br>**Counsel for Defendant Neighborcare, Inc.** |
| _____<br>Daniel K. Hogan, Esq. (# 2814)<br>1701 Shallcross Avenue, Suite C<br>Wilmington, DE 19806<br><br>**Counsel for Defendant Highland**<br>  **Capital Management, L.L.P.** | _____<br>Robert S. Brady, Esq. (# 2847)<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br><br>**Counsel for Defendant George V. Hager** |

SO ORDERED this _____ day of _____, 200__.

_____
Judge Kent A. Jordan

2

Steven K. Kortanek, Esq. (# 3106)
Klehr Harrison Harvey Branzburg
  &amp; Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

**Counsel for Defendant Goldman
  Sachs & Co.**

_/s/_

Teresa K. D. Currier, Esq. (# 3080)
Peter J. Duhig, Esq. (# 4024)
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899

**Counsel for Defendant Mellon Bank NA**

Daniel K. Hogan, Esq. (# 2814)
1701 Shallcross Avenue, Suite C
Wilmington, DE 19806

**Counsel for Defendant Highland
  Capital Management, L.L.P.**

R. Bruce McNew, Esq. (# 967)
TAYLOR & McNEW LLP
3711 Kennett Pike, Suite 210
Greenville, DE 19807

**Counsel for Plaintiffs**

Jason Michael Madron, Esq. (#4431)
Richards, Layton & Finger, P.A.
P.O. Box 551
Wilmington, DE 19899

**Counsel for Defendant Neighborcare, Inc.**

Robert S. Brady, Esq. (# 2847)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**Counsel for Defendant George V. Hager**

       SO ORDERED this _____ day of _____, 200__.

                                                           _____
                                                            Judge Kent A. Jordan

|  |  |
|---|---|
| _____<br>Steven K. Kortanek, Esq. (# 3106)<br>Klehr Harrison Harvey Branzburg<br>  & Ellers LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br><br>**Counsel for Defendant Goldman**<br>  **Sachs & Co.** | _____<br>R. Bruce McNew, Esq. (# 967)<br>TAYLOR & McNEW LLP<br>3711 Kennett Pike, Suite 210<br>Greenville, DE 19807<br><br>**Counsel for Plaintiffs**<br><br>*/s/ Jason M Madron*<br>Jason Michael Madron, Esq. (#4431) |
| _____<br>Teresa K. D. Currier, Esq. (# 3080)<br>Peter J. Duhig, Esq. (# 4024)<br>Klett Rooney Lieber & Schorling<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>P.O. Box 1397<br>Wilmington, DE 19899<br><br>**Counsel for Defendant Mellon Bank NA** | Richards, Layton & Finger, P.A.<br>P.O. Box 551<br>Wilmington, DE 19899<br><br>**Counsel for Defendant Neighborcare, Inc.** |
| _____<br>Daniel K. Hogan, Esq. (# 2814)<br>1701 Shallcross Avenue, Suite C<br>Wilmington, DE 19806<br><br>**Counsel for Defendant Highland**<br>  **Capital Management, L.L.P.** | _____<br>Robert S. Brady, Esq. (# 2847)<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br><br>**Counsel for Defendant George V. Hager** |

SO ORDERED this _____ day of _____, 200__.

_____
Judge Kent A. Jordan

2

———————————————————
Steven K. Kortanek, Esq. (# 3106)
Klehr Harrison Harvey Branzburg
  & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

**Counsel for Defendant Goldman
  Sachs & Co.**

———————————————————
R. Bruce McNew, Esq. (# 967)
TAYLOR & McNEW LLP
3711 Kennett Pike, Suite 210
Greenville, DE 19807

**Counsel for Plaintiffs**

———————————————————
Teresa K. D. Currier, Esq. (# 3080)
Peter J. Duhig, Esq. (# 4024)
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899

**Counsel for Defendant Mellon Bank NA**

———————————————————
Jason Michael Madron, Esq. (#4431)
Richards, Layton & Finger, P.A.
P.O. Box 551
Wilmington, DE 19899

**Counsel for Defendant Neighborcare, Inc.**

———————————————————
Daniel K. Hogan, Esq. (# 2814)
1311 Delaware Avenue
Wilmington, DE 19806

**Counsel for Defendant Highland
  Capital Management, L.L.P.**

———————————————————
Robert S. Brady, Esq. (# 2847)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**Counsel for Defendant George V. Hager**


SO ORDERED this _____ day of _____, 200__.


                                            _____
                                            Judge Kent A. Jordan

---

Steven K. Kortanek, Esq. (# 3106)
Klehr Harrison Harvey Branzburg
 & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

**Counsel for Defendant Goldman
 Sachs & Co.**

R. Bruce McNew, Esq. (# 967)
TAYLOR & McNEW LLP
3711 Kennett Pike, Suite 210
Greenville, DE 19807

**Counsel for Plaintiffs**

---

Peter J. Duhig, Esq. (# 4024)
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899

**Counsel for Defendant Mellon Bank NA**

Jason Michael Madron, Esq. (#4431)
Richards, Layton & Finger, P.A.
P.O. Box 551
Wilmington, DE 19899

**Counsel for Defendant Neighborcare, Inc.**

---

Daniel K. Hogan, Esq. (# 2814)
1701 Shallcross Avenue, Suite C
Wilmington, DE 19806

**Counsel for Defendant Highland
 Capital Management, L.L.P.**

Robert S. Brady, Esq. (# 2847)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**Counsel for Defendant George V. Hager**

---

SO ORDERED this _____ day of _____, 200___.

_____
Judge Kent A. Jordan

2