TAYLOR & McNEW LLP
ATTORNEYS AT LAW
SUITE 210
3711 KENNETT PIKE
GREENVILLE, DE 19807
(302) 655-9200

JONATHAN B TAYLOR
R. BRUCE MCNEW
GERALD J. PROFFITT

FAX: (302) 655-9361
E-MAIL: mcnew@taylormcnew.com
WEBSITE: taylormcnew.com

December 22, 2005

By E-Filing:

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Lock Box 10
Wilmington, DE  19801

> Re:    In re: Genesis Health Ventures, Inc.
>        Richard Haskel, et al. v. Goldman, Sachs & Co., et al.
>        C.A. No. 05-CV-427 (KAJ)

Dear Judge Jordan:

With this letter we have today filed with the Court a proposed Stipulation regarding the briefing of the appeal in this matter.  The schedule is as set forth in my letter of December 13, 2005 and the stipulation is being submitted pursuant to the Court's instructions to prepare a formal stipulation.

Counsel is available at the Court's convenience.

Respectfully yours,

R. Bruce McNew (# 967)

RBM/acc

cc:    Clerk of Court (by E-filing)
       Steven K. Kortanek, Esq. (by E-filing)
       Peter J. Duhig, Esq. (by E-filing)
       Jason Michael Madron, Esq. (by E-filing)
       Daniel K. Hogan, Esq. (by E-filing)
       Robert S. Brady, Esq. (by E-filing)
       Laura Davis Jones, Esq. (by E-mail)