IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | C.A. No. 1:05-CV-427 (KAJ) |
| | Related to Case No. 00-2692 (JHW) |
| GENESIS HEALTH VENTURES, INC., et al., | Jointly Administered |
| Debtors. | |
| RICHARD HASKELL, et al., | |
| Appellants, | Adv. Proc. No. 04-53375 (JHW) |
| v. | |
| GOLDMAN, SACHS & CO., et al., | |
| Appellees. | |

### CERTIFICATE OF SERVICE

I, Jennifer L. Scoliard, hereby certify that on this 23rd day of January 2006, I caused to have delivered one copy of the foregoing *Supplemental Brief of Goldman, Sachs & Co. in Opposition to the Appeal of Richard Haskell et al., from the May 10, 2005 Order of the Bankruptcy Court* to the parties listed on the attached service list in the form and manner indicated thereto.

Jennifer L. Scoliard (#4147)

DEL1 63333-1

*Facsimile & Hand Delivery*
Russell C. Silberglied, Esquire
Richards, Layton & Finger, LLP
One Rodney Square
Wilmington, DE 19801

*Facsimile & First Class Mail*
H. Adam Prussin, Esquire
Pomerantz, Haudek, Block, Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, New York 10017-5516

*Facsimile & First Class Mail*
Joanne Guerrera, Esquire
Weil Gotshal & Manges LLP
1501 K Street, N.W. Suite 100
Washington, D.C. 20005

*Facsimile & First Class Mail*
Paul Lackey, Esquire
Michael P. Aigen, Esquire
Deborah Deitsch-Perez, Esquire
Lackey Hershman LLP
3102 Oak Lawn Avenue, Suite 700
Dallas, Texas 75219

*Facsimile & First Class Mail*
Paul V. Shalhoub, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

*Facsimile & First Class Mail*
Richard S. Toder, Esquire
Menachem O. Zelmanovitz
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178

*Facsimile & Hand Delivery*
Peter J. Duhig, Esquire
Klett, Rooney, Lieber & Schorling LLP
1000 West Street, Suite 1410
Wilmington, DE 19801

*Facsimile & First Class Mail*
R. Bruce McNew, Esquire
Taylor & McNew, LLP
3711 Kennett Pike, Suite 210
Greenville, DE 19807

*Facsimile & First Class Mail*
Michael Walsh, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*Facsimile & First Class Mail*
Daniel K. Hogan, Esquire
Law Office of Daniel K. Hogan
1701 Shallcross Avenue, Suite C
Wilmington, Delaware 19806

*Facsimile & Hand Delivery*
Robert S. Brady, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391

*Facsimile & First Class Mail*
Steven Russo, Esquire
Sive, Paget & Riesel, P.C.
460 Park Avenue
New York, New York 10022

*Hand Delivery*
Joseph J. McMahon, Jr., Esquire
Office of the U.S. Trustee
844 King Street, Suite 2313
Wilmington, DE 19801-3519

DEL1 63333-1