## CERTIFICATE OF SERVICE

I, Daniel K. Hogan, certify that on January 23, 2006, I caused a true and correct copy of the foregoing document to be served on all counsel of record via electronic filing and/or First Class Mail.

| | |
|---|---|
| R. Bruce McNew<br>Taylor & McNew, LLP<br>3711 Kennett Pike, Suite 210<br>Greenville, DE 19806 | Joseph J. McMahon, Jr.,<br>Office of the U.S. Trustee<br>844 King Street, Suite 2313<br>Wilmington, DE 19801-3519 |
| Leigh Handelman Smollar<br>Pomerantz Haduek Block<br>Grossman & Gross LLP<br>One North LaSalle St., Suite 2225<br>Chicago, IL 60602-3908 | Michael F. Walsh<br>Diane Harvey<br>Gary T. Holtzer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York  10153 |
| Adam P. Stochak<br>Joanne M. Guerrera<br>Weil, Gotshal & Manges LLP<br>1501 K Street, NW, Suite 100<br>Washington, DC   20005 | Mark D. Collins<br>Russell C. Silberglied<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware  19899 |
| Laura Davis Jones<br>Pachulski Stang Ziehl Young Jones<br>& Weintraub, PC.<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | Robert S. Brady<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391 |
| Steven K. Kortanek<br>Klehr Harrison Harvey Branzburg &<br>Ellers LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 | Stanley M. Grossman<br>Pomerantz Haduek Block<br>Grossman & Gross LLP<br>100 Park Avenue, 26th Floor<br>New York, New York  10017 |
| Peter J. Duhig<br>Klett Rooney Lieber & Schorling<br>P.O. Box 1397<br>Wilmington, DE 19899 | Barry G. Sher, Esq.<br>Fried, Frank, Harris, Shriver<br>   & Jacobson LLP<br>One New York Plaza |
| Paul V. Shalhoub<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 | New York, New York 10004<br><br>Richard S. Toder, Esq.<br>Menachem O. Zelmanovitz, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, New York  10178 |

/s/Daniel K.Hogan
**DANIEL K. HOGAN (DE #2814)**