## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------

IN RE:

GENESIS HEALTH VENTURES, INC., et al.,

        Debtors,

---------------------------------------------------------

RICHARD HASKEL, et al.

        Plaintiffs,

   v.

GOLDMAN, SACHS & CO., et al.

        Defendants.

---------------------------------------------------------

Chapter 11
Civ. Act. No. 05-CV-427(KAJ
Case No. 00-2692 (JHW)
(Jointly Administered)


Adv. Pro. No.: 04-53375 (JHW)

## CERTIFICATE OF SERVICE

     I, hereby certify that on January 23, 2006, I electronically filed the **Supplemental Memorandum of Law of Appellee Mellon Bank, N.A. and Appendix of Unreported Cases** with the Clerk of Court using CM/ECF which will send notification of such filing to registered participants.  I further certify that on January 23, 2006, I have mailed the document by U.S. First Class mail, to the parties listed on the attached service list.

              /s/ Peter J. Duhig _____
              Peter J. Duhig (No. 4024)
              Klett Rooney Lieber & Schorling
              The Brandywine Bldg
              1000 West Street, Suite 1410
              Wilmington, DE 19801
              (302) 552-4200
              duhig@klettrooney.com

*Via First Class (non-local) & Hand Delivery (local)*
Steven K. Kortanek
Morton R. Branzburg
Klehr, Harrison, Harvey
Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE  19809-3062

Paul Lackey
Michael Aigen
Deborah Deitsch-Perez
Lackey, Hershman LLP
3102 Oak Lawn Ave., Suite 700
Dallas, TX  75219

Paul V. Shalhoub
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY  10019-6099

Stanley M. Grossman
H. Adam Prussin
Leigh Handelman Smollar
Pomerantz, Haudek, Block,
Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY  10017-5516

Robert S. Brady
Young Conaway Stargatt & Taylor
1000 West St., 17th Floor
Wilmington, DE  19899-0391

Russell C. Silberglied
Richards Layton & Finger P.A.
P.O. Box 551
Wilmington, DE 19899

R. Bruce McNew
Taylor & McNewLLP
3711 Kenneth Pike, Ste. 210
Greenville, DE  19807

Joseph J. McMahon, Jr., Esquire
Office of the U.S. Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

Michael F. Walsh
Diane Harvey
Gary T. Holtzer
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY  10153

Sheldon Raab
Eric A. Hirsch
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004-1980

Richard S. Toder
Menachem O. Zelmanovitz
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178

Steve Russo
Sive Paget & Riesel, P.C.
460 Park Avenue
New York, NY  10022

Daniel K. Hogan
Law Offices of Daniel K. Hogan
1701 Shallcross Avenue, Suite C
Wilmington, DE  19806

Adam P. Strochak
Joanne Guerrera
Weil, Gotshal & Manges LLP
1501 K Street, NW, Suite 100
Washington, DC  20005