*Highly Confidential*

# Comparable Company Analysis

➢ The comparable company approach to valuation is less satisfactory when applied to the NeighborCare business—the institutional pharmacy enterprise owned by Genesis. For one thing, there are only two public companies for comparison—Omnicare and NCS Healthcare. For another, these two companies differ markedly in profitability and valuation.

➢ For the trailing twelve months through June 30, 2001, NeighborCare earned an EBITDA margin on sales of 7.5%, almost exactly the mid-point between Omnicare's 12 % and NCS' 4%.

➢ For the same time period, NeighborCare earned a return on capital of 13.8%, somewhat nearer to Omnicare's 17.4% than NCS' 5.4%.

➢ While management believes growth lies ahead for NeighborCare, the company is in jeopardy of losing its contract with Mariner, a customer now paying rates substantially higher than the Medicaid reimbursement schedule. This loss of business is estimated to cost Genesis $13 million of annual cash flow, or more than 15% of NeighborCare's trailing twelve-month EBITDA.

➢ Omnicare trades at a multiple of 11.7 times EBITDA, while NCS trades at 6.8 times. In view of NeighborCare's lesser profitability and imminent threat to earnings, an Omnicare multiple is inappropriate. But the NCS multiple is also unsatisfactory.

➢ Our judgment is that NeighborCare would be valued, as an independent company, at a multiple of 9.0 to 9.5 times trailing 12-month EBITDA, or a dollar value of $762 to $804 million.

CHILMARK
*Merchant Banking*
PARTNERS

6

AA. 1656

*Highly Confidential*

# Comparable Company Analysis

**Conclusion**

Taking into account the relatively clear public market data as to nursing homes and the less clear profile of institutional pharmacies, we believe the comparable company trading approach yields a value for Genesis, NeighborCare and Multicare as follows:

|                                  | Low        | High       |
|----------------------------------|------------|------------|
| **Genesis:**                     |            |            |
| Long-Term Care Business          | $  407,000 | $  624,000 |
| Institutional Pharmacy Business  | $  762,000 | $  804,000 |
| Total                            | $1,169,000 | $1,428,000 |
| Multicare                        | $  269,000 | $  416,000 |
| Genesis/Multicare Combined       | $1,438,000 | $1,844,000 |

CHILMARK
*Merchant Banking*
PARTNERS

7

AA. 1657

*Highly Confidential*

Chilmark Partners

GENESIS/MULTICARE COMPARABLE COMPANY VALUATION
Trailing Twelve-Month Results through June 2001

7A

**Exhibit C**

Highly Confidential

# *Discounted Cash Flow Analysis*

➢ Under a DCF valuation, estimated future cash flows are discounted back to the present at the Company's weighted average cost of capital.

➢ We use the Company's business plan, which shows a 4.5% per year (Genesis/Multicare combined) compound growth rate, as a reasonable estimate of future profits. The higher reimbursements for Medicare patients from BIPA, which began in April 2001, are only legislated to continue until September 2002. The Company, however, assumes they will continue indefinitely. This assumption makes the plan estimates somewhat optimistic.

➢ The Cost of Capital is derived below, and we estimate it to be between 9% and 11%.

➢ DCF analysis then applies "exit multiples" to the final year's cash flow to establish a terminal value, which is then discounted back to the present.

➢ For both Genesis and Multicare, however, this approach to valuing the future is arguably too optimistic. Neither company earns, in its business plan, a return on invested capital equal to or greater than the cost of capital. For companies of this type, value is reduced as capital is added. We therefore believe the exit multiple should be on the low end of the range of trading multiples for public nursing home companies, and use 6.5x.

➢ The DCF calculation for the combined company yields a value of $1.46 billion.

CHI.MARK
*Member Banking*
PARTNERS

8

*Highly Confidential*

# Discounted Cash Flow Analysis Projections

## GENESIS HEALTH VENTURES STANDALONE

| | Forecast FY2001 | Company Projections (as presented by UBS) | | | | | CAGR 2001-2106 |
|---|---|---|---|---|---|---|---|
| | | FY2002 | FY2003 | FY2004 | FY2005 | FY2106 | |
| Revenue | $ 2,035.8 | $ 2,126.7 | $ 2,225.3 | $ 2,349.1 | $ 2,476.0 | $ 2,610.7 | 5.1% |
| EBITDA | $ 158.4 | $ 170.4 | $ 174.9 | $ 182.3 | $ 189.7 | $ 197.4 | 4.5% |
| Less: Taxes | | (46.8) | (47.1) | (48.4) | (49.7) | (51.0) | |
| Less: Capital Expenditures | | (41.3) | (43.7) | (45.6) | (47.7) | (49.8) | |
| Less: Working Capital Funding | | (21.2) | (19.1) | (25.0) | (28.1) | (28.5) | |
| Free Cash Flow | | $ 60.5 | $ 65.0 | $ 63.3 | $ 64.2 | $ 68.1 | |
| Depreciation | $ 45.1 | $ 48.8 | $ 52.5 | $ 56.5 | $ 60.7 | $ 63.0 | |
| NOPAT (net operating profit after taxes) | $ 69.7 | $ 74.8 | $ 75.2 | $ 77.4 | $ 79.3 | $ 81.4 | |
| After-Tax Return on Capital (NOPAT / Avg. Capital) | 6.0% | 6.3% | 6.2% | 6.3% | 6.3% | 6.3% | 3.2% |
| **Capital** | | | | | | | |
| Accounts receivable | 453.7 | 469.0 | 488.0 | 514.0 | 541.5 | 570.7 | |
| Inventory | 70.0 | 73.8 | 78.6 | 84.3 | 90.4 | 97.0 | |
| Other current assets | 67.4 | 70.4 | 73.8 | 77.8 | 82.0 | 86.4 | |
| Total | 591.2 | 612.2 | 640.4 | 676.1 | 713.9 | 754.1 | |
| Net fixed assets | 538.5 | 531.6 | 522.7 | 511.8 | 498.8 | 483.6 | |
| Other long-term assets (excluding intangibles) | 223.1 | 232.3 | 243.0 | 255.6 | 268.9 | 283.1 | |
| CAPITAL ASSETS | 1,352.8 | 1,377.1 | 1,406.1 | 1,443.5 | 1,481.6 | 1,520.8 | |
| Less: | | | | | | | |
| Accounts payable | 47.6 | 47.1 | 52.8 | 59.7 | 65.9 | 74.8 | |
| Accrued liabilities and other current liabilities | 135.1 | 136.3 | 138.7 | 142.5 | 145.0 | 148.8 | |
| CAPITAL | $ 1,170.1 | $ 1,193.7 | $ 1,214.6 | $ 1,241.3 | $ 1,269.7 | $ 1,297.2 | |
| Average Capital | $ 1,170.1 | $ 1,181.9 | $ 1,204.2 | $ 1,228.0 | $ 1,255.5 | $ 1,283.5 | |

18.5% of EBITDA

CHILMARK
*Merchant Banking*
PARTNERS

9

AA. 1661

*Highly Confidential*

# Discounted Cash Flow Analysis Projections

## THE MULTICARE COMPANIES

| | Percent FY2001 | Company Projections (as presented by CSFB) | | | | | | CACR 2001-2006 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | FY2001 | FY2002 | FY2003 | FY2004 | FY2005 | FY2006 | |
| Revenue | | $ 541.8 | $ 670.1 | 690.5 | 711.5 | 732.1 | 755.3 | 7.3% |
| EBITDA | 58.5% of EBITA | $ 56.0 | $ 59.4 | 63.3 | 65.2 | 67.1 | 69.5 | 4.4% |
| Less: Taxes | | | (14.5) | (16.0) | (16.7) | (17.4) | (18.2) | |
| Less: Capital Expenditures | | | (10.4) | (10.8) | (11.2) | (11.7) | (12.2) | |
| Less: Working Capital Funding | | | 2.2 | 2.2 | 2.1 | 2.2 | 2.1 | |
| Free Cash Flow | | | $ 36.6 | $ 38.7 | 39.6 | 40.4 | 41.4 | |
| Depreciation | | $ 21.5 | 21.6 | 21.8 | 21.9 | 22.1 | 22.2 | |
| NOPAT (net operating profit after taxes) | | $ 21.2 | 23.2 | 25.5 | 26.6 | 27.8 | 29.1 | 6.5% |
| After-Tax Return on Capital (NOPAT / Avg. Capital) | | 5.1% | 5.7% | 6.5% | 7.0% | 7.6% | 8.2% | |
| **Capital** | | | | | | | | |
| Accounts receivable | | $ 110.6 | 111.9 | 115.3 | 118.8 | 122.4 | 126.1 | |
| Inventory | | 18.4 | 18.8 | 19.2 | 19.6 | 20.5 | 21.1 | |
| Other current assets | | | | | | | | |
| Total | | 139.0 | 130.7 | 134.6 | 138.7 | 142.9 | 147.2 | |
| Net fixed assets | | 479.7 | 468.3 | 457.5 | 446.9 | 436.5 | 426.4 | |
| Other long-term assets (excluding intangibles) | | | | | | | | |
| CAPITAL ASSETS | | 608.7 | 599.2 | 592.1 | 585.6 | 579.4 | 573.6 | |
| **Less:** | | | | | | | | |
| Accounts payable | | 195.3 | 199.2 | 205.3 | 211.5 | 217.9 | 224.5 | |
| Accrued liabilities and other current liabilities | | | | | | | | |
| CAPITAL | | $ 413.4 | $ 400.0 | 385.8 | 374.1 | 361.5 | 349.1 | |
| Average Capital | | $ 413.4 | $ 406.7 | 393.4 | 380.5 | 367.8 | 355.3 | |

CHILMARK
Merchant Banking
PARTNERS

*Highly Confidential*

# Discounted Cash Flow Analysis Projections

## GENESIS HEALTH VENTURES CONSOLIDATED

| | | Forecast FY2001 | Company Projections (as presented by UBS) | | | | | CAGR 2001-2006 |
|---|---|---|---|---|---|---|---|---|
| | | | FY2002 | FY2003 | FY2004 | FY2005 | FY2006 | |
| Revenue | | $ 2,545.4 | $ 2,660.7 | $ 2,783.7 | $ 2,924.5 | $ 3,072.1 | $ 3,229.9 | 4.9% |
| EBITDA | 18.5% of EBITDA | $ 214.5 | $ 229.7 | $ 238.1 | $ 247.5 | $ 257.1 | $ 266.9 | 4.5% |
| Less: Taxes | | | (61.2) | (63.1) | (65.1) | (67.1) | (69.1) | |
| Less: Capital Expenditures | | | (52.2) | (54.5) | (56.8) | (59.4) | (62.0) | |
| Less: Working Capital Funding | | | (20.0) | (17.8) | (24.2) | (25.8) | (28.6) | |
| Free Cash Flow | | | $ 96.2 | $ 102.8 | $ 101.4 | $ 104.8 | $ 107.2 | |
| Depreciation | | $ 66.5 | $ 70.4 | $ 74.3 | $ 78.4 | $ 82.8 | $ 87.3 | |
| NOPAT (net operating profit after taxes) | | $ 91.0 | $ 93.0 | $ 100.8 | $ 104.0 | $ 107.2 | $ 110.5 | 4.0% |
| After-Tax Return on Capital (NOPAT / Avg. Capital) | | 5.7% | 6.1% | 6.3% | 6.4% | 6.5% | 6.7% | |
| **Capital** | | | | | | | | |
| Accounts receivable | | 502.6 | 516.7 | 536.5 | 563.4 | 591.7 | 621.7 | |
| Inventory | | 70.0 | 73.8 | 78.6 | 84.3 | 90.4 | 97.0 | |
| Other current assets | | 85.9 | 89.2 | 93.1 | 97.7 | 102.5 | 107.6 | |
| Total | | 658.5 | 679.7 | 708.2 | 745.4 | 784.6 | 826.3 | |
| Net fixed assets | | 1,068.7 | 1,050.5 | 1,030.6 | 1,009.0 | 985.7 | 960.5 | |
| Other long-term assets (excluding intangibles) | | 167.1 | 170.0 | 176.4 | 184.4 | 193.0 | 202.2 | |
| CAPITAL ASSETS | | 1,894.3 | 1,900.2 | 1,915.2 | 1,938.8 | 1,963.3 | 1,989.0 | |
| Less: | | | | | | | | |
| Accounts payable | | 63.4 | 62.1 | 67.5 | 71.8 | 81.6 | 87.8 | |
| Accrued liabilities and other current liabilities | | 229.0 | 231.5 | 236.8 | 243.5 | 249.1 | 256.0 | |
| CAPITAL | | $ 1,601.9 | $ 1,606.6 | $ 1,610.9 | $ 1,621.5 | $ 1,632.6 | $ 1,645.2 | |
| Average Capital | | $ 1,601.9 | $ 1,604.3 | $ 1,608.8 | $ 1,616.2 | $ 1,627.1 | $ 1,638.9 | |

CHILMARK
*Merchant Banking*
PARTNERS

11

AA. 1663

*Highly Confidential*

# Discounted Cash Flow Analysis
# Weighted Average Cost of Capital

### GENESIS HEALTH VENTURES STANDALONE

|  | Pro Forma Capitalization | | Rate of Return | | Tax Rate | Weighted Average Cost of Capital | |
|---|---|---|---|---|---|---|---|
|  |  |  | Low | High |  | Low | High |
| Debt | $ 440.0 | 39.1% | 8.1% | 8.1% [1] | 38.5% | 5.0% | 5.0% |
| Equity | 685.0 | 60.9% | 12.0% | 15.0% |  | 12.0% | 15.0% |
| Total | $ 1,125.0 |  |  |  |  | 9.2% | 11.1% |

### THE MULTICARE COMPANIES

|  | Pro Forma Capitalization | | Rate of Return | | Tax Rate | Weighted Average Cost of Capital | |
|---|---|---|---|---|---|---|---|
|  |  |  | Low | High |  | Low | High |
| Debt | $ 184.0 | 49.1% | 8.6% | 8.6% [1] | 38.5% | 5.3% | 5.3% |
| Equity | 191.0 | 50.9% | 12.0% | 15.0% |  | 12.0% | 15.0% |
| Total | $ 375.0 |  |  |  |  | 8.7% | 10.2% |

### GENESIS HEALTH VENTURES CONSOLIDATED

|  | Pro Forma Capitalization | | Rate of Return | | Tax Rate | Weighted Average Cost of Capital | |
|---|---|---|---|---|---|---|---|
|  |  |  | Low | High |  | Low | High |
| Debt | $ 624.0 | 41.6% | 8.2% | 8.2% [1] | 38.5% | 5.1% | 5.1% |
| Equity | 876.0 | 58.4% | 12.0% | 15.0% |  | 12.0% | 15.0% |
| Total | $ 1,500.0 |  |  |  |  | 9.1% | 10.9% |

[1] Represents the standard range of equity returns for publicly traded companies.

CHILMARK
*Abraham Associates*
PARTNERS

12

Highly Confidential

# Discounted Cash Flow Analysis
## Genesis Health Ventures Standalone

### TERMINAL VALUE (present value)

| | Capitalized NOPAT* | | | EBITDA Multiple | | |
|---|---|---|---|---|---|---|
| | 9.0% | 10.0% | 11.0% | 6.5x | 7.5x | 8.5x |
| Future Value (end of fiscal 2006) | $ 904.7 | $ 814.3 | $ 740.2 | $ 1,283.1 | $ 1,480.5 | $ 1,677.9 |
| DISCOUNT RATE 9.0% | $ 588.0 | | | $ 833.9 | $ 962.2 | $ 1,090.5 |
| 10.0% | | $ 505.6 | | $ 796.7 | $ 919.3 | $ 1,041.8 |
| 11.0% | | | $ 439.3 | $ 761.5 | $ 878.6 | $ 995.8 |

### VALUE OF FREE CASH FLOW (present value)

| Discount Rate | | |
|---|---|---|
| 9.8% | 10.0% | 11.0% |
| $ 248.8 | $ 242.4 | $ 236.3 |

### ENTERPRISE VALUE

| | Terminal Capitalized NOPAT* | | | Terminal EBITDA Multiple | | |
|---|---|---|---|---|---|---|
| | 9.0% | 10.0% | 11.0% | 6.5x | 7.5x | 8.5x |
| DISCOUNT RATE 9.0% | $ 836.9 | | | $ 1,082.8 | $ 1,211.1 | $ 1,339.4 |
| 10.0% | | $ 748.0 | | $ 1,039.1 | $ 1,161.7 | $ 1,284.3 |
| 11.0% | | | $ 675.6 | $ 997.7 | $ 1,114.9 | $ 1,232.0 |

* Represents net operating profit after taxes

CHILMARK
Merchant Banking
PARTNERS

13

Highly Confidential

# Discounted Cash Flow Analysis
## The Multicare Companies

**TERMINAL VALUE (present value)**

| | Capitalized NOPAT* | | | | EBITDA Multiple | | |
|---|---|---|---|---|---|---|---|
| | 9.0% | 10.0% | 11.0% | | 6.5x | 7.5x | 8.5x |
| Future Value (end of fiscal 2006) | $ 323.2 | $ 290.9 | $ 264.5 | | $ 451.8 | $ 521.3 | $ 590.8 |

| DISCOUNT RATE | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9.0% | | $ 210.1 | | | $ 293.6 | $ 338.8 | $ 383.9 |
| 10.0% | | | $ 180.6 | | $ 280.5 | $ 323.7 | $ 366.8 |
| 11.0% | | | | $ 156.9 | $ 268.1 | $ 309.3 | $ 350.6 |

**VALUE OF FREE CASH FLOW (present value)**

| Discount Rate | | |
|---|---|---|
| 9.0% | 10.0% | 11.0% |
| $ 152.2 | $ 148.2 | $ 144.4 |

**ENTERPRISE VALUE**

| | Terminal Capitalized NOPAT* | | | | Terminal EBITDA Multiple | | |
|---|---|---|---|---|---|---|---|
| | 9.0% | 10.0% | 11.0% | | 6.5x | 7.5x | 8.5x |
| DISCOUNT RATE | | | | | | | |
| 9.0% | $ 362.2 | | | | $ 445.8 | $ 491.0 | $ 536.1 |
| 10.0% | | $ 328.9 | | | $ 428.7 | $ 471.9 | $ 515.0 |
| 11.0% | | | $ 301.4 | | $ 412.5 | $ 453.8 | $ 495.0 |

* Represents net operating profit after taxes

CHILMARK
*Merchant Banking*
PARTNERS

14

Highly Confidential

# Discounted Cash Flow Analysis
# Genesis & Multicare Combined

## TERMINAL VALUE (present value)

| | Capitalized NOPAT* | | | EBITDA Multiple | | |
|---|---|---|---|---|---|---|
| | 9.0% | 10.0% | 11.0% | 6.5x | 7.5x | 8.5x |
| Future Value (end of fiscal 2006) | $ 1,227.3 | $ 1,104.5 | $ 1,004.1 | $ 1,734.9 | $ 2,001.8 | $ 2,268.7 |
| DISCOUNT RATE 9.0% | $ 797.6 | | | $ 1,127.5 | $ 1,301.0 | $ 1,474.5 |
| 10.0% | | $ 685.8 | | $ 1,077.2 | $ 1,242.9 | $ 1,408.7 |
| 11.0% | | | $ 595.9 | $ 1,029.5 | $ 1,187.9 | $ 1,346.3 |

## VALUE OF FREE CASH FLOW (present value)

| Discount Rate | | |
|---|---|---|
| 9.0% | 10.0% | 11.0% |
| $ 196.9 | $ 386.7 | $ 376.8 |

## ENTERPRISE VALUE

| | Terminal Capitalized NOPAT* | | | Terminal EBITDA Multiple | | |
|---|---|---|---|---|---|---|
| | 9.0% | 10.0% | 11.0% | 6.5x | 7.5x | 8.5x |
| DISCOUNT RATE 9.0% | $ 1,194.6 | | | $ 1,524.5 | $ 1,697.9 | $ 1,871.4 |
| 10.0% | | $ 1,072.5 | | $ 1,461.9 | $ 1,629.6 | $ 1,795.3 |
| 11.0% | | | $ 972.7 | $ 1,406.4 | $ 1,564.8 | $ 1,723.2 |

* Represents net operating profit after taxes

CHILMARK PARTNERS

15

AA. 1667

**Exhibit D**

*Highly Confidential*

# *Current Market Pricing Valuation*

∧  Traditionally, Bankruptcy Courts have disfavored valuations based on market trading levels for the liabilities of companies in Chapter 11. The view has been that bankruptcy creates a taint on a company, and that resulting prices are unreliable.

∧  Nonetheless, Genesis/Multicare presents an interesting case for reconsidering that approach. The liabilities are large, hundreds of millions of dollars have been invested in post-Chapter 11 trading in those liabilities, and a Plan and Disclosure Statement are on file. In any other financial market, prevailing market prices against similar facts would be at least noted.

∧  Valuing the debtors according to the trading value of those liabilities produces a value for Genesis of $1.25 billion, a value for Multicare of $414 million, and a combined company enterprise value of $1.66 billion.

CHLMARK
*Herbaol Barding*
PARTNERS

16

AA. 1669

*Highly Confidential*

# Current Market Pricing Valuation

## GENESIS

| | Claim Amount | Market Price | Market Value |
|---|---|---|---|
| Priority/Administrative Claims | $ 225,000 | 100.0 | $ 225,000 |
| Other Secured Claims | 120,077 | 100.0 | 120,077 |
| Senior Lender Claims | 1,109,481 | 76.5 [1] | 848,753 |
| General Unsecured Claims | 80,069 | 11.0 | 8,808 |
| Senior Subordinated Claims | 387,425 | 11.0 [2] | 42,617 |
| Total | $ 1,922,052 | | $ 1,245,254 |

| | |
|---|---|
| June 2001 LTM EBITDA | $ 158,000 |
| Valuation Multiple | 7.9x |

## MULTICARE

| | Claim Amount | Market Price | Market Value |
|---|---|---|---|
| Priority/Administrative Claims | $ 10,000 | 100.0 | $ 10,000 |
| Other Secured Claims | 26,318 | 100.0 | 26,318 |
| Senior Lender Claims | 443,400 | 82.0 [1] | 363,588 |
| General Unsecured Claims | 26,439 | 5.0 | 1,322 |
| Senior Subordinated Claims | 257,817 | 5.0 [2] | 12,891 |
| Total | $ 763,974 | | $ 414,119 |

| | |
|---|---|
| June 2001 LTM EBITDA | $ 49,000 |
| Valuation Multiple | 8.5x |

\* Represents the currently outstanding face amount of prepetition debt, excluding the $40.0 million Tranche II loan that was repaid as part of postpetition adequate protection payments. Prepetition interest ($44.0 million) and postpetition interest ($112.0 million) have been paid as part of the adequate protection payments.
[1] Pricing from Deutsche Bank as of August 21, 2001.
[2] Pricing from Imperial Capital as of August 21, 2001.

CHILMARK
*Merchant banking*
PARTNERS

*Highly Confidential*

# Current Market Pricing Valuation

| GENESIS/MULTICARE COMBINED | Claim Amount | Market Value |
|---|---|---|
| Priority/Administrative Claims | $ 235,000 | $ 235,000 |
| Other Secured Claims | 146,395 | 146,395 |
| Senior Lender Claims | 1,552,881 | 1,212,341 |
| General Unsecured Claims | 106,508 | 10,130 |
| Senior Subordinated Claims | 645,242 | 55,508 |
| Total | $ 2,686,026 | $ 1,659,373 |
| | | |
| June 2001 LTM EBITDA | | $ 207,000 |
| Valuation Multiple | | 8.0x |

**CHILMARK**
Merchant Banking
**PARTNERS**

18

**Exhibit E**

*Highly Confidential*

# *Impact of Valuation Range on Creditor Recoveries*

Λ  Recognizing that market valuations of nursing home companies and institutional pharmacies have risen in the past year, and that a challenge to confirmation based on valuation has been filed, we have prepared the following recovery summaries using three different valuation levels: Conservative – the low end of our valuation range, Most Likely – our view of the fair valuation of the Company as a whole, and Optimistic – the high end of our valuation range.

CHILMARK
*Merchant Banking*
PARTNERS

19

AA. 1673

*Highly Confidential*

## GENESIS HEALTH VENTURES
## PLAN OF REORGANIZATION
### Recoveries - Conservative

| Unencumbered/Liabilities Combined Valuation - Conservative | $ 1,418,000 |
| Implied Stock Price (under the plan) | $ 18.11 |

### GENESIS HEALTH VENTURES

| | Claim Amount | Adequate Protection | Recovery | Cash | Recovery | Debt | Recovery | Preferred Stock | Recovery | Equity Shares | Equity Warrants | Equity Value [1] | Total | Recovery |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Priority/Administrative Claims | $ 233,000 | $ | 0.0% | $ | 0.0% | $ 233,000 | 100.0% | $ | 0.0% | | | $ | $ 233,000 | 100.0% [P] |
| CLASS G1 - Other Secured Claims | 120,877 | | 0.0% | | 0.0% | 120,877 | 100.0% | | 0.0% | | | | 120,877 | 100.0% |
| CLASS G2 - Senior Lender Claims | 1,109,491 [P] | 112,000 | 10.1% | | 0.0% | 94,923 | 8.5% | 31,000 | 2.8% | 34,493 | 416 | 373,564 | 931,487 | 72.3% [3] |
| CLASS G4 - General Unsecured Claims | 80,040 | | 0.0% | | 0.0% | | 0.0% | | 0.0% | 339 | | 5,437 | 5,437 | 6.8% |
| CLASS G5 - Senior Subordinated Claims | 357,425 | | 0.0% | | 0.0% | | 0.0% | | 0.0% | 1,600 | 2,330 | 26,348 | 26,348 | 6.8% |
| **TOTAL** | **$ 1,912,833** | **$ 112,000** | **5.8%** | **$** | **0.0%** | **$ 448,000** | **23.5%** | **$ 31,000** | **1.6%** | **32,174** | **2,316** | **403,342** | **$ 1,370,342** | **63.0%** |

### THE MULTICARE COMPANIES

| | Claim Amount | Adequate Protection | Recovery | Cash | Recovery | Debt | Recovery | Preferred Stock | Recovery | Equity Shares | Equity Warrants | Equity Value [1] | Total | Recovery |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Priority/Administrative Claims | $ 18,000 | $ | 0.0% | $ | 0.0% | $ 18,000 | 100.0% | $ | 0.0% | | | $ | $ 18,000 | 100.0% |
| CLASS M1 - Other Secured Claims | 36,318 | | 0.0% | | 0.0% | 36,318 | 100.0% | | 0.0% | | | | 36,318 | 100.0% |
| CLASS M2 - Senior Lender Claims | 413,100 | 112,000 | 1.6% | 25,000 | 3.7% | 17,682 | 22.7% | 11,000 | 2.6% | 7,799 | | 144,735 | 311,017 | 75.7% |
| CLASS M4 - General Unsecured Claims | 18,499 | | 0.0% | | 0.0% | | 0.0% | | 0.0% | 94 | 160 | 1,006 | 1,006 | 4.9% |
| CLASS M5 - Senior Subordinated Claims | 327,917 | | 0.0% | | 0.0% | | 0.0% | | 0.0% | 651 | 1,563 | 12,516 | 12,516 | 6.8% |
| **TOTAL** | **$ 763,574** | **$ 112,000** | **1.1%** | **$ 25,000** | **6.0%** | **$ 118,000** | **24.1%** | **$ 15,000** | **1.1%** | **8,826** | **1,723** | **168,058** | **$ 786,611** | **54.4%** |

### GENESIS/MULTICARE COMBINED

| | Claim Amount | Adequate Protection | Recovery | Cash | Recovery | Debt | Recovery | Preferred Stock | Recovery | Equity Shares | Equity Warrants | Equity Value [1] | Total | Recovery |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Priority/Administrative Claims | $ 233,000 | $ | 0.0% | $ | 0.0% | $ 233,000 | 100.0% | $ | 0.0% | | | $ | $ 233,000 | 100.0% |
| CLASS G1/M1 - Other Secured Claims | 146,395 | | 0.0% | | 1.6% | 146,395 | 100.0% | | 0.0% | 10,341 | | 733,399 | 146,395 | 66.4% |
| CLASS G2/M2 - Senior Lender Claims | 1,521,591 | 112,000 | 7.2% | 25,000 | 1.6% | 242,605 | 15.5% | 42,000 | 2.7% | 185 | 646 | 7,344 | 1,242,504 | 73.6% |
| CLASS G4/M4 - General Unsecured Claims | 106,501 | | 0.0% | | 0.0% | | 0.0% | | 0.0% | 2,251 | 3,912 | 43,837 | 7,244 | 6.8% |
| CLASS G5/M5 - Senior Subordinated Claims | 645,342 | | 0.0% | | 0.0% | | 0.0% | | 0.0% | 6,359 | | 711,000 | 43,837 | 6.8% |
| **TOTAL** | **$ 2,636,000** | **$ 112,000** | **4.2%** | **$ 25,000** | **2.9%** | **$ 624,000** | **21.3%** | **$ 42,000** | **1.6%** | **41,000** | | | **$ 1,373,000** | **62.9%** |

Includes Genesis adequate protection payments and Multicare excess cash distribution

* Warrant Exercise Price (under the plan)    $    20.33

\* Represents the value of the common stock plus the value of the warrant (if any) that represents value per share less exercise price and does not include a warrant premium.

[1] Represents the value of the common stock plus the value of the warrant (if any).

[2] Amount excludes prepetition interest of $84.0 million) and the Tranche B loan ($49.0 million) which were paid as part of adequate protection payments, including these amounts, the total prepetition claims are $1,193.5 million.

[3] Recovery excludes prepetition interest ($84.0 million of cash received as part of adequate protection payments for prepetition interest ($84.0 million) and the Tranche B loan payoff ($49.0 million) but the Tranche B loan payoff ($49.0 million) the recovery is 75.0%, without interest. The $144.3 million received by Class G3 would be subject to contractual subordination.

CHILMARK
Advisory Banking
PARTNERS

*Highly Confidential*

## GENESIS HEALTH VENTURES
### PLAN OF REORGANIZATION
### *Recoveries - Most Likely*

| Genesis/Multicare Combined Valuation - Most Likely | $ 1,641,000 |
|---|---|
| Implied Stock Price (under the plan) | $ 21.42 |

### GENESIS HEALTH VENTURES

| | Claim Amount | Adequate Protection | Recovery | Cash | Recovery | Debt | Recovery | Preferred Stock | Recovery | Equity Shares | Warrants | Value [1] | Recovery | Total | Recovery | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Priority/Admin/Interlive Claims | $ 225,000 | $ | 0.0% | $ | 0.0% | $ 225,000 | 100.0% | $ | 0.0% | | | $ | 0.0% | 225,000 | 100.0% | |
| CLASS G1 - Other Secured Claims | 120,977 | | 0.0% | | 0.0% | 120,977 | 100.0% | | 0.0% | | | | 0.0% | 120,977 | 100.0% | |
| CLASS G2 - Senior Lender Claims | 1,109,481 [3] | 112,000 | 10.1% | | 0.0% | 94,020 | 8.5% | 33,000 | 3.0% | 30,685 | | 714,021 | 64.4% | 931,944 | 83.9% | [3] |
| CLASS G3 - General Unsecured Claims | 18,069 | | 0.0% | | 0.0% | | 0.0% | | 0.0% | 289 | 486 | 8,772 | 10.3% | 8,772 | 10.3% | |
| CLASS G4 - Senior Subordinated Claims | 367,423 | | 0.0% | | 0.0% | | 0.0% | | 0.0% | 1,690 | 2,548 | 49,057 | 10.3% | 49,057 | 79.8% | |
| TOTAL | $ 1,922,951 | $ 112,000 | 5.3% | $ | 0.0% | $ 440,000 | 22.9% | $ 33,000 | 1.5% | 32,114 | 3,034 | $ 763,150 | 39.7% | $ 1,145,150 | | |

### THE MULTICARE COMPANIES

| | Claim Amount | Adequate Protection | Recovery | Cash | Recovery | Debt | Recovery | Preferred Stock | Recovery | Equity Shares | Warrants | Value [1] | Recovery | Total | Recovery |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Priority/Admin/Interlive Claims | $ 10,000 | $ | 0.0% | $ | 0.0% | $ 10,000 | 100.0% | $ | 0.0% | | | $ | 0.0% | 10,000 | 100.0% |
| CLASS M1 - Other Secured Claims | 26,311 | | 0.0% | | 0.0% | 26,311 | 100.0% | | 0.0% | | | | 0.0% | 26,311 | 100.0% |
| CLASS M2 - Senior Lender Claims | 645,600 | 112,000 | 7.2% | 25,000 | 5.9% | 147,482 | 22.7% | 11,600 | 2.0% | 7,799 | | 182,668 | 41.2% | 366,550 | 41.8% |
| CLASS M4 - General Unsecured Claims | 26,419 | | 0.0% | | 0.0% | | 0.0% | | 0.0% | 96 | 148 | 2,743 | 10.4% | 2,743 | 10.4% |
| CLASS M5 - Senior Subordinated Claims | 252,117 | | 0.0% | | 0.0% | | 0.0% | | 0.0% | 931 | 1,560 | 34,639 | 10.4% | 34,639 | 19.3% |
| TOTAL | $ 963,994 | $ 112,000 | | $ 25,000 | 3.3% | $ 184,000 | 24.1% | $ 11,600 | 1.3% | 8,826 | 1,703 | $ 217,050 | 27.0% | $ 432,650 | 36.0% |

### GENESIS/MULTICARE COMBINED

| | Claim Amount | Adequate Protection | Recovery | Cash | Recovery | Debt | Recovery | Preferred Stock | Recovery | Equity Shares | Warrants | Value [1] | Recovery | Total | Recovery |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Priority/Admin/Interlive Claims | $ 235,000 | $ | 0.0% | $ | 0.0% | $ 235,000 | 100.0% | $ | 0.0% | | | $ | 0.0% | 235,000 | 100.0% |
| CLASS G1/M1 - Other Secured Claims | 146,991 | | 0.0% | | 0.0% | 146,995 | 102.9% | | 0.0% | | | | 0.0% | 146,991 | 100.0% |
| CLASS G2/M2 - Senior Lender Claims | 1,572,181 | 112,000 | 7.2% | 25,000 | 1.6% | 242,003 | 11.6% | 43,600 | 2.3% | 38,384 | 644 | 896,689 | 57.0% | 1,311,994 | 61.0% |
| CLASS G3/M4 - General Unsecured Claims | 106,500 | | 0.0% | | 0.0% | | 0.0% | | 0.0% | 285 | 632 | 11,365 | 10.5% | 11,365 | 10.5% |
| CLASS G4/M5 - Senior Subordinated Claims | 645,342 | | 0.0% | | 0.0% | | 0.0% | | 0.0% | 2,521 | 3,913 | 86,696 | 14.7% | 86,696 | 18.3% |
| TOTAL | $ 2,886,015 | $ 112,000 | 4.7% | $ 25,000 | 0.9% | $ 624,000 | 21.3% | $ 43,600 | 1.4% | 41,000 | 4,539 | $ 976,450 | 34.3% | $ 1,778,600 | 44.2% |

*Includes General subrogate protection payments and distributions, excess cash distribution*

* Warrant Exercise Price (under the plan)   $   28.33

[1] Represents the value of the common stock plus the value of the warrants; warrant value represents value per share less exercise price and does not include a warrant premium.
[2] Amount attributes proportion interest ($44.0 million) which were paid as part of Adequate protection payments; including these amounts, the total proportion claim are $1,195.3 million.
[3] Recovery excludes 184.0 million of cash received as part of adequate protection payments for proportion interests ($44.0 million) and the Tranche II loan payoff ($940.0 million), including those payments, the recovery is 96.9%, without interest. The $60.1 million received by Class G3 would be subject to structured subordination.

**CHILMARK**
*Merchant Banking*
**PARTNERS**

AA. 1675

*Highly Confidential*

# GENESIS HEALTH VENTURES
## PLAN OF REORGANIZATION
### Recoveries - Optimistic

| Genesis/Multicare Combined Valuation - Optimistic | $ 1,364,000 |
|---|---|
| Implied Stock Price (under the plan) | $ 31.61 |

## GENESIS HEALTH VENTURES

| | Claims Amount | Adequate Protection | Recovery | Cash | Recovery | Debt | Recovery | Preferred Stock | Recovery | Equity Shares | Warrants | Value [1] | Recovery | Total | Recovery |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Priority/Administrative Claims | $ 235,000 | $ - | 0.0% | $ - | 0.0% | $ 235,000 | 100.0% | $ - | 0.0% | - | - | $ - | 0.0% | $ 235,000 | 100.0% |
| CLASS G1 - Other Secured Claims | 120,077 | - | 0.0% | - | 0.0% | 120,077 | 100.0% | - | 0.0% | - | - | - | 0.0% | 120,077 | 100.0% [2] |
| CLASS G2 - Senior Lender Claims | 1,189,411 | 112,000 | 10.1% | - | 0.0% | 94,923 | 8.5% | 31,000 | 2.8% | 38,451 | 484 | 669,855 | 73.6% | 1,007,778 | 94.0% [3] |
| CLASS G4 - General Unsecured Claims | 99,040 | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 1,030 | 3,330 | 11,723 | 14.8% | 11,723 | 14.8% |
| CLASS G5 - Senior Subordinated Claims | 387,523 | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 3,316 | 3,316 | 54,966 | 14.9% | 54,966 | 14.9% |
| TOTAL | $ 1,920,051 | $ 112,000 | 5.8% | $ - | 0.0% | $ 450,000 | 23.9% | $ 31,000 | 1.6% | 33,174 | 3,316 | $ 518,345 | 47.8% | $ 1,361,345 | 72.1% |

## THE MULTICARE COMPANIES

| | Claims Amount | Adequate Protection | Recovery | Cash | Recovery | Debt | Recovery | Preferred Stock | Recovery | Equity Shares | Warrants | Value [1] | Recovery | Total | Recovery |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Priority/Administrative Claims | $ 10,000 | $ - | 0.0% | $ - | 0.0% | $ 10,000 | 100.0% | $ - | 0.0% | - | - | $ - | 0.0% | $ 10,000 | 100.0% |
| CLASS M1 - Other Secured Claims | 26,318 | - | 0.0% | - | 0.0% | 26,318 | 100.0% | - | 0.0% | 7,299 | - | 315,418 | 69.0% | 26,318 | 100.0% |
| CLASS M2 - Senior Lender Claims | 447,408 | 112,000 | 7.3% | 23,000 | 5.0% | 147,682 | 33.1% | 11,000 | 2.5% | 96 | 160 | 3,884 | 14.5% | 491,301 | 99.6% |
| CLASS M4 - General Unsecured Claims | 18,459 | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 931 | 1,363 | 37,751 | 14.4% | 3,884 | 14.4% |
| CLASS M5 - Senior Subordinated Claims | 287,811 | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 8,016 | 1,723 | 259,034 | 27.9% | 32,751 | 14.4% |
| TOTAL | $ 789,974 | $ 112,000 | 14.1% | $ 23,000 | 3.1% | $ 184,000 | 24.1% | $ 11,000 | 1.3% | 33,174 | | $ 259,034 | | $ 478,654 | 43.8% |

## GENESIS/MULTICARE COMBINED

| | Claims Amount | Adequate Protection | Recovery | Cash | Recovery | Debt | Recovery | Preferred Stock | Recovery | Equity Shares | Warrants | Value [1] | Recovery | Total | Recovery |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Priority/Administrative Claims | $ 235,000 | $ - | 0.0% | $ - | 0.0% | $ 235,000 | 100.0% | $ - | 0.0% | - | - | $ - | 0.0% | $ 235,000 | 100.0% |
| CLASS G1/M1 - Other Secured Claims | 146,395 | - | 0.0% | - | 0.0% | 146,395 | 100.0% | - | 0.0% | 11,314 | - | 1,067,274 | 64.7% | 146,395 | 100.0% |
| CLASS G2/M2 - Senior Lender Claims | 1,572,841 | 112,000 | 7.1% | 23,000 | 1.5% | 342,605 | 21.8% | 42,000 | 2.7% | 203 | 644 | 15,609 | 14.7% | 1,499,479 | 95.3% |
| CLASS G4/M4 - General Unsecured Claims | 104,308 | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 3,321 | 2,913 | 54,518 | 14.6% | 15,609 | 14.6% |
| CLASS G5/M5 - Senior Subord. Claims | 645,245 | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | | 4,519 | | 14.6% | 54,518 | 14.6% |
| TOTAL | $ 2,693,028 | $ 112,000 | 4.2% | $ 23,000 | 0.9% | $ 674,000 | 21.2% | $ 42,000 | 1.6% | 41,000 | 4,519 | $ 1,217,400 | 43.8% | $ 1,931,000 | 71.8% |

$ 28.33

* Warrant Exercise Price (under the plan)

* Warrant exercise price plus the value of the warrants; warrant value represents value per share less exercise price and does not include a warrant premium.

[1] Represents the value of the common stock plus the value of the warrants; warrant value was paid as part of adequate protection payments including those amounts, the total prepetition claims are $1,193.1 million.

[2] Amount excludes prepetition interest ($41.8 million) and the Tranche II loan ($40.0 million) which were paid as part of adequate protection payments for prepetition interest ($41.8 million) and the Tranche II loan payoff ($40.0 million); including those payments, the recovery is 98.2%.

[3] Recovery excludes $41.8 million of cash received as part of adequate protection payments without interest. The $35.6 million received by Class G1 would be subject to contractual subordination.

*Includes Genesis adequate protection payments and Multicare excess proceeds distribution*

# CHILMARK
### Merchant Banking
## PARTNERS

22

**Exhibit F**

*Highly Confidential*

### GENESIS HEALTH VENTURES
#### Trailing Twelve-Month Results through June 2001

Chilmark Partners

**Exhibit G**

**Exhibit 1**

## LONG TERM CARE COMPANY COMPARABLES
*(NON-BANKRUPT)*

**Beverly Enterprises Inc.**

Beverly is one of the largest operators of nursing facilities in the US. As of 2/28/01, the Company operated 531 nursing facilities with 59,580 licensed beds, 34 assisted living centers, 165 outpatient therapy clinics, and 58 hospice and home care centers.

**Manor Care Inc.**

Manor Care is a provider of a range of health care services, including skilled nursing care, assisted living, subacute medical care, rehabilitation therapy, home health care and management services. At 12/31/00, the Company operated 298 skilled nursing and 56 assisted living facilities, 87 outpatient rehabilitation clinics, one acute care hospital and 78 home health care offices that include the offices of In Home Health, Inc..

**Extendicare Health Services Inc.**

Extendicare is one of the largest providers of long-term care and related services in the US. The Company operated 171 nursing facilities (155 owned) and 41 (36 owned) assisted living and retirement facilities at 12/31/00. The company also provides selected services to 12 nursing facilities. In total the Company serves 18,753 nursing beds and 1,925 assisted living beds.

**National Healthcare Corporation**

National operates or manages 74 long-term health care centers with 9,747 beds and 13 assisted living facilities with 622 beds. The Company also operated 33 homecare programs and 473 retirement apartments. National provides nursing care as well as ancillary therapy services to patients in a variety ofsettings including long-term care nursing centers, managed care specialty units, subacute careunits, Alzheimer's care units, homecare programs, assisted living centers and independent living centers.

**Kindred Healthcare, Inc.**
(formerly Vencor)

Kindred, Inc. is a provider of long-term healthcare services which emerged from bankruptcyin April of this year. As of June 30, 2001, the Company operated 315 nursing centers with approximately 40,000 licensed beds. In addition Kindred operated 56 hospitals with 4,886 beds and an institutional pharmacy business.

**Harborside Healthcare Corporation**

Harborside provides long-term and subacute care and other specialty medical services in 50 skilled nursing facilities (as of December 31, 2000) in four principal regions:  the Southeast (Florida), Midwest (Ohio and Indiana), New England (Connecticut, Massachusetts, New Hampshire, and Rhode Island), and the Mid-Atlantic (New Jersey and Maryland.)

## LONG TERM CARE COMPANY COMPARABLES
$ in 000s, except per share amounts

8/22/2001

| | Beverly Enterprises BEV Dec-00 Jun-01 | Manor Care HCR Dec-00 Jun-01 | Extendicare Health Svcs Jun-01 | National Healthcare NHC Dec-00 Jun-01 | Kindred (formerly Vencor) VCHQ Jun-01 | Harborside Healthcare HIR Dec-00 Jun-01 | Non-Bankrupt Average |
|---|---|---|---|---|---|---|---|
| **Most Recent Fiscal Year** | | | | | | | |
| **Most Recent Quarter Reported** | | | | | | | |
| **Months Ended** | | | | | | | |
| **Market Multiples:** | | | | | | | |
| Enterprise Value / Total Revenues | 0.8x | 1.5x | 0.6x | 0.5x | 0.4x | 0.5x | 0.7x |
| Enterprise Value / EBITDA | 8.5x | 11.6x | 8.1x | 4.2x | 7.9x | 6.6x | 7.8x |
| Adjusted Enterprise Value / EBITDAR | 8.1x | 10.8x | 8.1x | 6.0x | 8.8x | 7.4x | 8.5x |
| Enterprise Value / EBIT | 14.5x | 18.6x | 26.9x | 6.2x | 14.4x | 14.5x | 15.7x |
| Enterprise Value / EBITDA-CapX | 13.8x | 16.3x | 10.6x | 4.6x | 23.4x | 12.6x | 13.3x |
| **At Face:** | | | | | | | |
| Net Debt / EBITDA | 3.6x | 2.1x | 7.2x | 0.0x | 0.9x | 9.1x | 2.8x |
| Adjusted Net Debt / EBITDAR | 5.0x | 2.6x | 7.3x | 3.6x | 5.3x | 8.4x | 3.4x |
| **At FMV:** | | | | | | | |
| Net Debt / EBITDA | 3.6x | 2.1x | 6.8x | 0.0x | 0.8x | 6.6x | 3.3x |
| Adjusted Net Debt / EBITDAR | 5.0x | 2.6x | 7.1x | 3.6x | 5.3x | 7.4x | 5.2x |
| **Interest Coverage:** | | | | | | | |
| EBITDA / Interest | 3.1x | 5.9x | 1.5x | 7.3x | 3.7x | 1.0x | 1.9x |
| EBITDA-CapX / Interest | 2.2x | 4.1x | 1.2x | 7.3x | 1.2x | 0.5x | 2.8x |
| EBITDAR / Interest + Rent | 1.8x | 4.5x | 1.6x | 1.9x | 1.4x | 1.0x | 2.0x |
| **Summary Financial Performance:** | | | | | | | |
| Total Revenues | $ 2,675,975 | $ 2,350,943 | $ 941,700 | $ 433,206 | $ 2,992,835 | $ 332,495 | $ 1,632,859 |
| EBITDA | 228,472 | 337,196 | 61,813 | 50,220 | 158,256 | 12,173 | 143,912 |
| EBITDAR | 333,311 | 359,596 | 80,053 | 92,689 | 417,176 | 44,698 | 224,594 |
| EBIT | 142,461 | 212,202 | 18,789 | 34,833 | 84,650 | 7,915 | 83,925 |
| EBITDA-CapX | 169,604 | 237,221 | 47,579 | 47,314 | 53,534 | 9,140 | 94,046 |
| Interest Expense | $ 72,094 | $ 57,204 | $ 40,623 | $ 6,691 | $ 43,460 | $ 17,858 | $ 40,473 |
| Rent Expense | $ 114,889 | $ 22,400 | $ 18,220 | $ 42,439 | $ 218,520 | $ 27,325 | $ 80,652 |
| EBITDAR Margin | 13.22% | 14.2% | 9.5% | 21.4% | 14.7% | 13.6% | 7.0% |
| Adjusted After-Tax Return on Capital* | 7.23% | 7.1% | 2.1% | 10.3% | 8.2% | 6.2% | 7.0% |
| EBITAR | $ 270,000 | $ 248,396 | $ 40,312 e | $ 89,164 | $ 161,176 | $ 37,233 | $ 173,151 |
| After-Tax Return on Capital** | 7.0% | 7.1% | 2.1% | 17.9% | 10.8% | 4.3% | 8.2% |
| EBITA | $ 155,111 | $ 225,996 | $ 22,592 e | $ 31,731 | $ 103,856 | $ 10,000 | $ 97,548 |

[ TRAILING 12-MONTH RESULTS ]

* Calculated as: (EBITAR x (1 - 40%statutory)) / Average Capital; Capital defined as Total Assets less Intangible Assets less Cash & Investments less Non-Interest Bearing Current Liabilities plus Capitalized Operating Leases (utilizing a 12.5% cap rate)

** Calculated as: (EBITA x (1 - 40%statutory)) / Average Capital; Capital defined as Total Assets less Intangible Assets less Cash & Investments less Non-Interest Bearing Current Liabilities

## LONG TERM CARE COMPANY COMPARABLES
$ in 000s, except per share amount

| | Beverly Enterprises BEV Dec-00 Jun-01 6 | Manor Care HCR Dec-00 Jun-01 6 | Extendicare Health Svcs Dec-00 Jan-01 6 (Parent Co.) | Medical Healthcare NHC Dec-00 Jan-01 6 | Kindred (formerly Vencor) VCDCQ Dec-00 Jun-01 6 | Harborside Healthcare HHR Dec-00 Jun-01 6 | Non-Bankrupt Average |
|---|---|---|---|---|---|---|---|
| **Most Recent Fiscal Year** | | | | | | | |
| **Most Recent Quarter Reported** | | | | | | | |
| **Months Ended** | | | | | | | |
| **ENTERPRISE VALUE** | | | | | | | |
| Shares Outstanding | 104,248 | 103,106 | 73,848 | 11,277 | 15,600 | Not Public | |
| Stock Price at 8/14/01 | $ 11.35 | $ 21.17 | $ 4.60 | $ 19.35 | $ 59.05 | | |
| 52 Wk High | $ 12.10 | $ 24.55 | $ 4.60 | $ 20.30 | $ 51.00 | | |
| 52 Wk Low | $ 3.81 | $ 11.94 | $ 1.25 | $ 2.23 | $ 31.00 | | |
| | | | | | | | |
| Warrants/Options Outstanding | | | | | 7,000 | | |
| Exercise Price | | | | | 12.31 | | |
| | | | | | | | |
| **MARKET CAPITALIZATION** | $ 1,172,700 | $ 3,213,814 | $ 83,775 [1] | $ 212,082 | $ 1,012,570 | $ - | $ 965,574 |
| | | | | | | | |
| Bank Debt | $ - | 336,000 | 151,766 | 13,725 | - | 30,750 | $ 87,040 |
| pricing* | 100.0 | 100.0 | 97.0 | 100.0 | 100.0 | 100.0 | |
| Notes | 180,000 | 149,705 | 200,000 | | 100,000 | 112,514 | 188,444 |
| pricing* | 100.0 | 100.0 | 87.5 | | 100.0 | 61.0 | |
| Other Debt | 200,000 | 200,000 | 47,350 | 49,662 | | 24,311 | 200,000 |
| pricing* | 100.0 | 100.0 | 100.0 | 100.0 | | 100.0 | |
| Other Debt | 397,047 | 41,012 | | | 2,535 | | 93,653 |
| pricing* | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | |
| **TOTAL DEBT** | $ 777,047 | $ 716,717 | $ 399,116 | $ 63,387 | $ 302,536 | $ 165,575 | $ 494,356 |
| check | | | | | | | |
| | | | | | | | |
| **TOTAL DEBT @ FAV** | $ 777,047 | $ 716,717 | $ 368,563 | $ 63,387 | $ 302,536 | $ 124,120 | $ 392,178 |
| | | | | | | | |
| Other Liabilities | 164,900 [1] | | 54,206 [3] | | | | 36,518 |
| Other Equity Interests | | | | | | | |
| | | | | | | | |
| Less: Investments | | | | (65,010) | (158,265) | | |
| Less: Cash | (40,207) | (19,312) | (612) | | | (11,940) | (55,859) |
| | | | | | | | |
| **ENTERPRISE VALUE** | $ 2,074,440 | $ 3,911,219 | $ 505,932 | $ 215,431 | $ 1,253,141 | $ 112,180 | $ 1,328,711 |
| Implicit Lease Debt (8.0x) | 919,112 | 179,200 | 145,760 | 339,692 | 2,064,560 | 218,900 | 644,317 |
| **ADJUSTED ENTERPRISE VALUE** | $ 2,993,552 | $ 4,090,419 | $ 651,692 | $ 555,123 | $ 3,314,701 | $ 331,080 | $ 1,981,328 |
| | | | | | | | |
| Net Debt (including other liabilities) @ FAV | $ 861,940 | $ 697,405 | $ 472,157 | $ (1,631) | $ 144,271 | $ 112,180 | $ 372,837 |
| Implicit Lease Debt | 919,112 | 179,200 | 145,760 | 339,672 | 2,064,560 | 218,900 | 644,317 |
| Adjusted Net Debt @ FAV | $ 1,781,052 | $ 876,605 | $ 565,917 | $ 338,041 | $ 2,210,831 | $ 331,080 | $ 1,017,654 |

\* pricing search at 8/14/01.
[1] On 1/2/00, Beverly entered into an agreement with the U.S. Department of Justice which called for $143 million of withholdings from Beverly's biweekly Medicare periodic interim payment in equal installments over eight years. $94.9 million represents the present value of this liability at 12/31/00. In addition, Beverly has a $70 million off-balance sheet accounts receivable securitization facility.
[2] Accrual for the self-insured liabilities as of 6/30/01.
[3] Represents 25% of the public market capitalization of Extendicare Inc. Extendicare Health Services' parent company; it was determined that 25% of Extendicare Inc.'s market capitalization is attributable to its Canadian operations and its investment in Crown Life Insurance Company.

8/22/2001

6/22/2001

## LONG TERM CARE COMPANY COMPARABLES
*$ in 000s, except per share amounts*

| | Beverly Enterprises BEV Dec-00 Jun-01 6 | Mariner Care HCR Dec-00 Jun-01 6 | Extendicare Health Srvs Dec-00 Jun-01 6 | National Healthcare NHC Dec-00 Dec-01 6 | Kindred (formerly Vencor) VCRID Dec-00 Jun-01 6 | Harborside Healthcare HBR Dec-00 Jun-01 6 | Non-Bankrupt Average |
|---|---|---|---|---|---|---|---|
| Most Recent Fiscal Year | | | | | | | |
| Most Recent Quarter Reported | | | | | | | |
| Months Ended | | | | | | | |
| **OPERATING DATA** | | | | | | | |
| **Operating Statistics at 12/31/00:** | | | | | | | |
| Skilled Nursing Facilities | 511 | 298 | 155 | 74 | 312 | 50 | 237 |
| Assisted Living Facilities | 34 | 56 | 36 | 13 | | 0 | 28 |
| Licensed Beds | 57,590 | 46,020 | 15,569 | 9,747 | 40,119 | 6414 | 29,238 |
| Total Occupancy | 87.0% | 86.0% | 88.0% | 94.2% | 86.1% | 90.1% | 88.0% |
| **2000 Payor Source (% of revenues):** | | | | | | | |
| Medicare | 17.4% | 24.0% | 24.0% | 29.0% | 27.9% | 25.0% | 24.6% |
| Medicaid | 41.6% | 33.0% | 51.0% | 41.0% | 48.8% | 49.0% | 47.9% |
| Private & Other | 20.8% | 43.0% | 25.0% | 30.0% | 23.3% | 26.0% | 28.0% |
| | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

3

AA. 1684

## LONG TERM CARE COMPANY COMPARABLES

*$ in 000s, except per share amounts*

| | Beverly Enterprises BEV Dec-00 Jun-01 6 | Manor Care MCC Dec-00 Jun-01 6 | Extendicare Health Svcs Dec-00 Jun-01 6 | National Healthcare NHC Dec-00 Jun-01 6 | Kindred (formerly Vencor) VCRLQ Jun-01 6 | Harborside Healthcare HBR Dec-00 Jun-01 6 | Non-Bankrupt Average |
|---|---|---|---|---|---|---|---|
| **Net Patient Revenues:** | | | | | | | |
| 1998 | $2,812,232 | $2,209,087 | $1,140,035 | $404,395 | $2,999,339 | $311,064 | $1,644,133 |
| 1999 | 2,546,672 | 2,135,345 | 994,983 | 405,561 | 2,665,641 | 300,615 | 1,308,233 |
| 2000 | 2,637,870 | 2,180,578 | 907,683 | 415,380 | 2,808,542 | 323,672 | 1,393,172 |
| YTD | 1,378,446 | 1,300,539 | 394,221 | 182,400 | 1,523,171 | 168,213 | 818,114 |
| LTM | 1,290,341 | 1,151,183 | 460,009 | 217,126 | 1,628,880 | 158,390 | 784,152 |
| LTM | 2,675,973 | 2,330,342 | 841,700 | 380,154 | 1,982,935 | 332,495 | 1,616,314 |
| **Other Revenues:** | | | | | | | |
| 1998 | | | | 36,935 | | | 6,159 |
| 1999 | | | | 33,884 | | | 5,647 |
| 2000 | | | | 46,533 | | | 7,756 |
| YTD | | | | 20,300 | | | 3,383 |
| LTM | | | | 14,981 | | | 2,414 |
| LTM | | | | 34,352 | | | 6,725 |
| **Total Revenues:** | | | | | | | |
| 1998 | $2,812,232 | $2,209,087 | $1,140,035 | $441,214 | $2,999,339 | $311,064 | $1,652,292 |
| 1999 | 2,546,672 | 2,135,345 | 994,983 | 440,145 | 2,665,641 | 300,615 | 1,399,923 |
| 2000 | 2,637,870 | 2,180,578 | 907,683 | 462,413 | 2,808,542 | 323,672 | 831,497 |
| YTD | 1,378,446 | 1,300,539 | 394,221 | 202,600 | 1,523,171 | 168,213 | 788,566 |
| LTM | 1,290,341 | 1,151,183 | 460,009 | 232,009 | 1,628,880 | 158,390 | 1,612,459 |
| LTM | 2,675,973 | 2,330,342 | 841,700 | 433,206 | 1,982,935 | 332,495 | |
| **Salaries, Wages & Benefits:** | | | | | | | |
| 1998 | $1,664,741 | $1,793,392 | $599,071 | $293,548 | $1,753,033 | $262,713 | $610,185 |
| 1999 | 1,578,910 | 1,769,402 | 889,740 | 242,366 | 1,566,227 | 262,776 | 564,374 |
| 2000 | 1,459,573 | 2,046,585 | 814,130 | 249,053 | 1,633,935 | 273,381 | 583,397 |
| YTD | 832,318 | 1,111,267 | 335,561 | 120,023 | 819,031 | 148,345 | 290,197 |
| LTM | 105,551 | 988,606 | 408,041 | 129,451 | 772,656 | 156,038 | 318,360 |
| LTM | 1,657,152 | 2,171,266 | 761,647 | 228,646 | 1,680,060 | 287,997 | 595,515 |
| **Other Operating Expenses:** | | | | | | | |
| 1998 | $834,632 | $834,632 | $117,627 | | $1,282,444 | $262,713 | $185,011 |
| 1999 | 833,595 | 1,269,402 | 119,090 | | 1,268,997 | 262,776 | 123,263 |
| 2000 | 657,337 | 2,046,585 | 118,538 | | 167,141 | 273,381 | 756,967 |
| YTD | 334,195 | 1,111,267 | 335,561 | | 444,318 | 148,345 | 407,978 |
| LTM | 336,020 | 988,606 | 408,041 | 69,131 | 432,290 | 156,038 | 291,554 |
| LTM | 665,517 | 2,171,266 | 761,647 | 111,371 | 879,569 | 287,997 | 112,990 |

## LONG TERM CARE COMPANY COMPARABLES
*($ in 000s, except per share amounts)*

| | Beverly Enterprises BEV Dec-00 / Jun-01 / 6 | Mariner Care MCR Dec-00 / Jan-01 / 6 | Extendicare Health Svcs EHSI / Jun-01 / 6 | National Healthcare NHC Dec-00 / Jun-01 / 6 | Kindred (Beverly Vencor) VCNQ Dec-00 / Jan-01 / 6 | Kindred Healthcare HBR Dec-00 / Jun-01 / 6 | Non-Bankrupt Average |
|---|---|---|---|---|---|---|---|
| **Most Recent Fiscal Year / Most Recent Quarter Reported / Months Ended** | | | | | | | |
| **Basic:** | | | | | | | |
| 1998 | 113,762 | 18,000 | 15,975 | 46,902 | 214,144 | 22,412 | 75,044 |
| 1999 | 115,998 | 17,800 | 18,806 | 46,757 | 205,120 | 22,394 | 87,746 |
| 2000 | 114,889 | 22,400 | 18,022 | 45,893 | 258,310 | 24,375 | 80,631 |
| YTD | 57,500 | 11,200 | 8,731 | 20,533 | 129,160 | 14,374 | 40,351 |
| LYTD | 57,500 | 11,200 | 8,563 | 23,969 | 129,160 | 11,204 | 40,285 |
| LTM | 114,889 | 22,400 | 18,230 | 42,459 | 258,320 | 27,535 | 80,662 |
| *Represents Kindred's restructured lease expense (as a result of emerging from bankruptcy in April 2001) "annualized" for the respective periods.* | | | | | | | |
| **Total Operating Expense:** | | | | | | | |
| 1998 | 2,653,135 | 1,811,593 | 1,018,966 | 407,887 | 3,269,611 | 214,125 | 1,570,243 |
| 1999 | 3,318,143 | 1,782,201 | 908,544 | 408,113 | 3,140,334 | 290,170 | 1,475,683 |
| 2000 | 2,402,601 | 2,068,985 | 853,152 | 412,272 | 2,749,416 | 302,556 | 1,461,499 |
| YTD | 1,234,023 | 1,014,567 | 364,216 | 181,235 | 1,432,789 | 160,219 | 784,674 |
| LYTD | 1,189,071 | 999,866 | 416,611 | 210,531 | 1,329,146 | 147,682 | 721,000 |
| LTM | 2,437,555 | 2,193,746 | 779,867 | 383,976 | 2,823,059 | 315,323 | 1,488,067 |
| **Depreciation & Amortization:** | | | | | | | |
| 1998 | 92,722 | 119,223 | 53,723 | 11,786 | 124,417 | 6,550 | 66,237 |
| 1999 | 99,160 | 114,601 | 32,025 | 12,644 | 92,116 | 10,249 | 63,643 |
| 2000 | 100,561 | 121,208 | 45,434 | 15,783 | 73,545 | 10,210 | 61,027 |
| YTD | 44,874 | 61,594 | 20,485 | 6,369 | 34,531 | 4,431 | 29,237 |
| LYTD | 50,216 | 59,078 | 23,685 | 6,975 | 34,020 | 5,383 | 30,238 |
| LTM | 93,561 | 124,494 | 43,944 | 15,397 | 72,206 | 9,258 | 60,017 |
| **Non-Recurring Items:** | | | | | | | |
| 1998 | 81,027 | 278,241 | (93,257) [2] | 23,884 | - | 77,172 [8] | 55,204 |
| 1999 | 274,823 [3] | 14,737 | 108,347 [2] | - | 33,604 [8] | 3,745 | 73,190 |
| 2000 | 134,906 [5] | 91,300 [1] | 67,083 [2] | 9,400 | 12,656 [8] | 9,489 [4] | 47,419 |
| YTD | 115,543 [5] | - | 11,942 [2] | 450 | (33,666) [8] | 9,045 [4] | 13,889 |
| LYTD | - | - | 25,428 [2] | - | (993) [8] | - | 12,979 |
| LTM | 250,169 | 51,500 [7] | 53,617 | 9,850 | (42,125) | 11,534 | 48,329 |

[1] Special/annual charges as reported in Mariner Care's 2/8/01 fourth quarter 2000 earnings press release.

[2] As presented in Extendicare's 12/31/00 10-K (6/30/01 10-Q) Statement of Cash Flows, figure includes: provision for self-insured liabilities, provision for (recovery of) doubtful receivables, provision for settlements with third-party payers, loss/gain on disposal of assets and loss on impairment of long-lived assets.

[3] Special/annual charges as reported in Beverly's 3/6/01 fourth quarter 2000 earnings press release.

[4] As reported in NHC's 12/31/00 10-K. figure represents the non-time for provision of employees' note receivable.

[5] Special/annual charges as reported in Beverly's 3/6/01 first quarter 2001 earnings press release.

[6] As reported in NHC's 3/31/01 10-Q. figure represents the non-client cost for corporate compliance training.

[7] Special/annual charges as reported in Mariner Care's 7/27/01 first quarter 2001 earnings press release.

[8] Culbert reclassed the following out of other operating expense: (1) In the second quarter of 2000, Vencor recorded a $394M gain on the sale of a closed hospital; (2) In the third quarter of 2000, Vencor recorded a $984M write-off of an impaired investment; (3) in the second quarter of 1999, Vencor recorded a charge of $316M associated with the write-off of Vencor's remaining investment in BHC ($13MM) and the cancellation of a nursing center software development project ($6MM).

5

02/22/2001

## LONG TERM CARE COMPANY COMPARABLES
$ in 000s, except per share amounts

| | Beverly Enterprises BEV Dec-00 Jun-00 | Manor Care HCR Dec-00 Jun-00 | Extendicare Health Serv Jun-01 | National Healthcare NHC Dec-00 Jun-00 | Kindred (Supply Money) VCR/Q Dec-00 Jun-01 | Harborside Healthcare HIR Dec-00 Jun-01 | Non-Bankrupt Average |
|---|---|---|---|---|---|---|---|
| **Most Recent Fiscal Year** | | | | | | | |
| **Most Recent Quarter Reported** | | | | | | | |
| **Months Ended** | | | | | | | |
| **Revenue:** | $ | $ | $ | $ | $ | $ | $ |
| 1998 | 55,230 | 46,587 | 55,351 | 4,401 | 101,205 | 11,271 | 45,940 |
| 1999 | 68,241 | 54,082 | 51,267 | 5,353 | 73,234 | 20,193 | 45,469 |
| 2000 | 77,344 | 64,733 | 43,155 | 5,880 | 55,038 | 21,671 | 44,475 |
| YTD | 36,115 | 28,433 | 18,725 | 2,840 | 12,106 | 7,477 | 18,516 |
| LYTD | 24,451 | 28,872 | 23,291 | 3,309 | 29,684 | 11,928 | 23,339 |
| LTM | 72,094 | 57,294 | 40,825 | 6,491 | 43,440 | 17,353 | 40,470 |
| **Other Income (Expense):** | $ | $ | $ | $ | $ | $ | $ |
| 1998 | (35,056) | (22,011) | 648 | (3,685) | 76,099 | (5,034) | (2,505) |
| 1999 | (70,079) | 263,089 | (526) | 5,532 | 500 | (10,204) | 44,711 |
| 2000 | (22,062) | 17,188 | | 5,842 | 2,900 | 1,126 | 3,156 |
| YTD | (33,273) | (1,445) | | 3,788 | 13,404 | 511 | (105) |
| LYTD | | 19,247 | | 2,234 | 1,000 | 824 | 3,364 |
| LTM | (66,291) | (3,502) | (2,502) | 7,696 | 14,404 | 800 | (365) |
| **Taxes:** | $ | $ | $ | $ | $ | $ | $ |
| 1998 | 21,597 | (46,142) | 78,980 | (1,685) | | 233 | 23,709 |
| 1999 | (47,238) | (151,192) | (12,841) | | | 1,481 | (20,552) |
| 2000 | 21,449 | 99,051 | (27,662) | | | 1,126 | (865) |
| YTD | 33,799 | 55,195 | (3,977) | | | 511 | 1,149 |
| LYTD | (5,090) | (4,212) | (9,815) | | | 824 | (692) |
| LTM | 59,978 | 98,462 | (23,725) | | | 800 | 1,046 |
| **Net Income (Before XO Items):** | $ | $ | $ | $ | $ | $ | $ |
| 1998 | (24,948) | (46,142) | 28,924 | (4,399) | (572,998) | (34,187) | (107,613) |
| 1999 | (154,647) | (151,192) | (70,115) | 9,332 | (863,249) | (17,601) | (194,701) |
| 2000 | (54,502) | 99,051 | (34,679) | 10,218 | (4,092) | (16,709) | (16,393) |
| YTD | (46,760) | 55,195 | (15,430) | 5,651 | 70,089 | (14,170) | 1,033 |
| LYTD | 14,213 | (4,212) | (18,405) | 4,060 | 2,085 | (4,417) | (754) |
| LTM | (115,991) | 98,462 | (51,724) | 10,596 | 71,111 | (44,659) | (5,358) |
| **Fully-Diluted EPS (Before XO Items):** | $ | $ | $ | $ | $ | $ | $ |
| 1998 | (0.24) | (0.42) | nm | (0.18) | (0.39) | (3.42) | (0.63) |
| 1999 | (1.31) | (0.51) | nm | 0.73 | (9.72) | (3.15) | (2.03) |
| 2000 | (0.53) | 0.34 | nm | 0.89 | (0.16) | (6.80) | (1.21) |
| YTD | (0.45) | 0.33 | nm | 0.48 | 1.69 | (3.31) | (0.01) |
| LYTD | 0.15 | (0.04) | nm | 0.42 | 0.31 | (1.07) | (0.17) |
| LTM | $ (1.13) | $ 0.35 | nm | $ 0.95 | $ 1.21 | (7.24) | $ (1.05) |

# LONG TERM CARE COMPANY COMPARABLES

*[ In 000s, except per share amounts ]*

| | Beverly Enterprises BEV Dec-00 Jun-01 | Manor Care MCR Dec-00 Jun-01 | Extendicare Health Svcs Dec-00 Jun-01 | National Healthcare NHC Dec-00 Jun-01 | Kindred (formerly Vencor) VCRD Dec-00 Jun-01 | Unchurable Healthcare HBR Dec-01 Jun-01 | Non-Bankrupt Average |
|---|---|---|---|---|---|---|---|
| **Most Recent Fiscal Year** | | | | | | | |
| **Most Recent Quarter Reported** | | | | | | | |
| **Months Ended** | | | | | | | |
| **EBITDAR:** | | | | | | | |
| 1998 | $ 293,859 | $ 415,695 | $ 141,364 | 80,239 | $ (35,728) | $ 48,351 | $ 157,093 |
| 1999 | 244,437 | 365,045 | 107,243 | 76,389 | (168,373) | 22,359 | 126,562 |
| 2000 | 310,118 | 313,995 | 93,358 | 95,036 | 397,448 | 40,391 | 249,564 |
| YTD | 172,933 | 188,182 | 38,656 | 39,700 | 218,834 | 21,668 | 132,322 |
| LYTD | 169,720 | 163,355 | 51,901 | 42,947 | 198,904 | 21,261 | 107,933 |
| LTM | 353,331 | 339,596 | 80,033 | 92,689 | 417,176 | 44,498 | 274,354 |
| **EBITDA:** | | | | | | | |
| 1998 | 170,097 | 399,095 | 125,469 | 24,187 | (398,872) | 25,919 | 62,549 |
| 1999 | 228,531 | 348,143 | 86,459 | 33,312 | (474,893) | 10,645 | 31,816 |
| 2000 | 223,298 | 311,927 | 73,538 | 49,143 | 129,116 | 20,116 | 134,419 |
| YTD | 118,421 | 136,963 | 23,902 | 19,143 | 89,464 | 7,494 | 71,069 |
| LYTD | 112,270 | 151,239 | 43,398 | 18,078 | 69,214 | 10,437 | 67,544 |
| LTM | 338,432 | 337,196 | 41,833 | 50,330 | 134,354 | 17,173 | 143,552 |
| **EBIT:** | | | | | | | |
| 1998 | $ 88,375 | $ 278,272 | $ 71,746 | 22,401 | $ (394,489) | $ 13,311 | $ 13,311 |
| 1999 | 128,369 | 223,542 | 36,454 | 19,188 | (367,185) | 196 | 74,027 |
| 2000 | 135,208 | 199,193 | 29,891 | 35,140 | 65,581 | 9,906 | 72,481 |
| YTD | 68,009 | 113,978 | 9,410 | 12,796 | 34,931 | 3,060 | 43,433 |
| LYTD | 61,536 | 91,661 | 29,513 | 11,405 | 33,566 | 5,054 | 31,100 |
| LTM | 143,461 | 212,702 | 18,789 | 36,533 | 66,850 | 7,915 | 13,925 |
| **EBITDA-CapX:** | | | | | | | |
| 1998 | 78,646 | 79,799 | 64,549 | 10,169 | (537,160) | (42,888) | (65,854) |
| 1999 | 133,315 | 170,316 | 63,109 | 10,022 | (585,140) | (3,352) | (35,361) |
| 2000 | 159,242 | 184,585 | 61,157 | 42,449 | 59,131 | 13,917 | 86,743 |
| YTD | 91,669 | 123,403 | 22,710 | 16,543 | 41,787 | 2,006 | 49,891 |
| LYTD | 71,369 | 80,233 | 37,288 | 11,298 | 47,411 | 5,782 | 42,591 |
| LTM | 169,664 | 227,723 | 47,259 | 33,514 | 2,... | 9,140 | 94,046 |
| **Capital Expenditures** | | | | | | | |
| 1998 | $ (150,451) | $ (317,230) | $ (59,150) | $ (24,018) | $ (267,285) | $ (58,605) | $ (143,873) |
| 1999 | (95,694) | (177,683) | (25,320) | (14,169) | (171,493) | (13,997) | (74,177) |
| 2000 | (76,247) | (127,088) | (14,169) | (6,724) | (79,983) | (6,199) | (51,696) |
| YTD | (33,550) | (40,489) | (6,195) | (2,622) | (47,677) | (5,418) | (21,171) |
| LYTD | (40,303) | (70,320) | (6,110) | (6,359) | (22,223) | (5,654) | (28,955) |
| LTM | (68,118) | (99,971) | (14,254) | (3,016) | (165,242) | (4,033) | (40,906) |

7

02/22/2001

## LONG TERM CARE COMPANY COMPARABLES
($ in 000s, except per share amounts)

| | Beverly Enterprises NEW Dec-00 Dec-00 Jun-00 | Manor Care HCR Dec-01 Jun-01 | Extendicare Health Svcs Dec-00 Jun-01 | National Healthcare NHC Dec-00 Jun-01 | Kindred (formerly Vencor) VCRD Dec-00 Jun-01 | Integrated Healthcare IHR Dec-00 Jun-01 | Non-Bankrupt Average |
|---|---|---|---|---|---|---|---|
| **Most Recent Fiscal Year / Most Recent Quarter Reported / Months Ended** | | | | | | | |
| **Cash & Cash Equivalents:** | | | | | | | |
| 1999 | $ 24,632 | 12,287 | 2,941 | 29,185 | 141,350 | $ 1,386 | $ 34,154 |
| 2000 | 25,908 | 24,943 | 1,641 | 49,538 | 186,642 | 10,724 | 49,366 |
| YTD | 80,007 | 19,512 | 612 | 65,018 | 185,265 | 11,940 | 55,839 |
| **Minimum Cash** | | | | | | | |
| **Excess Cash:** | | | | | | | |
| 1999 | $ (24,632) | (12,287) | (2,941) | (29,185) | (141,350) | $ (1,386) | $ (34,154) |
| 2000 | (25,908) | (24,943) | (1,641) | (49,538) | (186,642) | (10,724) | (49,366) |
| YTD | (80,007) | (19,512) | (612) | (65,018) | (185,265) | (11,940) | (55,839) |
| **Accounts Receivable:** | | | | | | | |
| 1999 | $ 349,987 | 294,449 | 148,248 | 52,337 | 324,131 | $ 90,188 | $ 203,537 |
| 2000 | 342,974 | 389,945 | 130,032 | 44,738 | 372,463 | 48,659 | 211,134 |
| YTD | 304,469 | 388,091 | 101,776 | 42,647 | 414,543 | 44,138 | 216,011 |
| **Inventory:** | | | | | | | |
| 1999 | 32,276 | | | 5,010 | 28,956 | | 12,521 |
| 2000 | 29,134 | | | 4,292 | 29,197 | | 17,066 |
| YTD | 26,562 | | | 4,201 | 29,683 | | 11,311 |
| **Intangible Assets:** | | | | | | | |
| 1999 | 229,659 | 88,366 | 87,143 | 837 | 173,111 | 15,546 | 99,211 |
| 2000 | 203,743 | 100,022 | 81,310 | 874 | 150,377 | 11,253 | 92,746 |
| YTD | 200,473 | 100,990 | 79,556 | 813 | 155,984 | 4,336 | 90,409 |
| **Investments/Excess Assets:** | | | | | | | |
| 1999 | | 63,467 | | 7,898 | 15,874 | | 14,540 |
| 2000 | | 3,107 | | 5,142 | | | 1,375 |
| YTD | | 1,366 | | 4,950 | | | 1,113 |
| **Total Assets:** | | | | | | | |
| 1999 | $ 1,992,890 | 2,389,777 | 974,448 | 240,319 | 1,235,974 | 283,233 | 1,167,772 |
| 2000 | 1,875,993 | 2,358,468 | 873,390 | 273,047 | 1,324,414 | 203,097 | 1,181,102 |
| YTD | 1,856,537 | 2,350,022 | 801,510 | 275,423 | 1,434,774 | 193,815 | 1,152,045 |
| **Current Maturities of LT Debt:** | | | | | | | |
| 1999 | 24,052 | 185,617 | 27,600 | 6,447 | | 9,840 | 43,936 |
| 2000 | 273,111 | 160,439 | 13,264 | 22,451 | | 5,250 | 71,433 |
| YTD | 84,898 | 5,480 | 15,014 | 19,259 | 498 | 5,763 | 21,819 |

8

87222001

## LONG TERM CARE COMPANY COMPARABLES
*$ in 000s, except per share amounts*

| | Beverly Enterprises BEV Dec-00 Jun-01 | Kesner Care HCR Dec-00 Jun-01 | Extendicare Health Svcs Dec-00 Jun-01 | National Healthcare NHC Dec-00 Dec-01 | Kindred (formerly Vencor) VCKQ Dec-00 Jun-01 | Harborside Healthcare HBR Dec-00 Jun-01 | Non-Bankrupt Average |
|---|---|---|---|---|---|---|---|
| Most Recent Fiscal Year | | | | | | | |
| Most Recent Quarter Reported | | | | | | | |
| Months Ended | | | | | | | |
| **Current Liabilities - Non-Interest Bearing:** | | | | | | | |
| 1999 | $ 229,554 | $ 273,032 | $ 118,580 | $ 81,556 | $ 396,873 | $ 29,534 | $ 202,273 |
| 2000 | 249,836 | 212,066 | 118,427 | 80,853 | 428,691 | 31,563 | 210,577 |
| YTD | 281,588 | 228,292 | 114,916 | 88,742 | 534,466 | 36,208 | 229,130 |
| **Long-Term Debt / Liabilities Subject to Compromise:** | | | | | | | |
| 1999 | $ 746,164 | $ 687,502 | $ 508,450 | $ 50,047 | $ 1,139,417 | $ 216,083 | $ 503,044 |
| 2000 | 564,347 | 644,014 | 438,411 | 57,763 | 1,260,973 | 172,166 | 533,124 |
| YTD | 692,149 | 711,227 | 384,102 | 44,128 | 302,038 | 161,812 | 382,578 |
| **Total Equity:** | | | | | | | |
| 1999 | $ 641,126 | $ 590,057 | $ 277,895 | $ 55,656 | $ (375,309) | $ (23,572) | $ 251,810 |
| 2000 | 583,993 | 1,011,729 | 184,181 | 69,534 | (432,852) | (67,074) | 225,862 |
| YTD | 545,619 | 1,061,671 | 167,338 | 81,366 | 463,156 | (27,426) | 381,849 |
| **Capital:** | | | | | | | |
| 1999 | $ 1,381,725 | $ 1,002,785 | $ 745,994 | $ 106,443 | $ 503,099 | $ 236,767 | $ 113,614 |
| 2000 | 1,356,487 | 1,918,330 | 672,312 | 116,638 | 561,104 | 147,557 | 798,838 |
| YTD | 1,294,269 | 1,899,172 | 606,534 | 113,808 | 996,059 | 140,031 | 775,347 |
| **Growth:** | | | | | | | |
| **Total Revenues:** | | | | | | | |
| YTD versus LYTD | 2.9% | 13.1% | -14.3% | -12.6% | 6.6% | 6.2% | 0.3% |
| 2000 versus 1999 | 3.6% | 11.5% | -8.8% | 5.1% | 8.4% | 7.5% | 4.5% |
| 1999 versus 1998 | -9.6% | -3.3% | -12.8% | -8.2% | -11.1% | -3.6% | -6.7% |
| **EBITDA:** | | | | | | | |
| YTD versus LYTD | 2.8% | 16.9% | -31.1% | 6.9% | 28.3% | -28.3% | -0.9% |
| 2000 versus 1999 | 2.9% | -10.5% | -14.8% | 53.4% | -129.3% | 92.6% | -0.9% |
| 1999 versus 1998 | 27.6% | -12.4% | -29.3% | -6.3% | 75.9% | -35.7% | -0.1% |

**Exhibit 2**

# INSTITUTIONAL PHARMACY COMPANY COMPARABLES

## Institutional Pharmacy

**Omnicare Inc.**

Omnicare is a leading provider of pharmacy services to long-term care institutions such as skilled nursing facilities, assisted living communities and other institutional health care facilities. The Company operates in two business segments: pharmacy services and contract research organization services. At 12/31/00, pharmacy services were provided to 636,500 residents in 8,400 long-term care facilities.

**NCS Health Care Inc.**

NCS Healthcare is a leading independent provider of pharmacy services to long-term care institutions including skilled nursing facilities, assisted living facilities and other institutional healthcare settings. The company serviced 227,000 residents.

# INSTITUTIONAL PHARMACY COMPANY COMPARABLES
*$ in 000s, except per share amount*

| | Institutional Pharmacy | | |
| | Omnicare | MCS Healthcare | Average |
|---|---|---|---|
| Most Recent Fiscal Year | OCR | NCSS | |
| Most Recent Quarter | Dec-00 | Jun-00 | |
| Months Ended | Jun-01 | Mar-01 | |
| | 6 | 9 | |
| **TRAILING 12-MONTH RESULTS** | | | |
| **Market Multiples:** | | | |
| Enterprise Value / Total Revenues | 1.4x | 0.3x | 0.8x |
| Enterprise Value / EBITDA | 11.7x | 6.8x | 9.2x |
| Enterprise Value / EBIT | 16.5x | -176.3x | -79.9x |
| Enterprise Value / EBITDA-CapX | 13.1x | 8.3x | 10.7x |
| *At Face:* | | | |
| Net Debt/ EBITDA | 2.7x | 10.5x | 6.6x |
| *At FMV:* | | | |
| Net Debt/ EBITDA | 2.5x | 6.6x | 4.6x |
| **Interest Coverage:** | | | |
| EBITDA / Interest | 4.3x | 0.8x | 2.6x |
| EBITDA-CapX / Interest | 3.9x | 0.7x | 2.3x |
| **Summary Financial Performance:** | | | |
| Total Revenues | $ 2,051,522 | $ 631,927 | $ 1,341,725 |
| EBITDA | 245,535 | 25,555 | 135,545 |
| EBIT | 173,588 | (985) | 86,302 |
| EBITDA-CapX | 217,954 | 21,012 | 119,473 |
| Interest Expense | $ 56,599 | $ 32,002 | $ 44,301 |
| EBITDA Margin | 12.0% | 4.0% | 8.0% |
| After-Tax Return on Capital** | 17.4% | 5.4% | 11.4% |
| EBITA | $ 204,612  e | $ 10,445 | $ 107,529 |

** Calculated as: (EBITA x (1 - 40%taxrate)) / Average Capital; Capital defined as Total Assets less Intangible Assets less Cash & Investments less Non-Interest Bearing Current Liabilities

5/22/2001

1

## INSTITUTIONAL PHARMACY COMPANY COMPARABLES
### $ in 000s, except per share amounts

| | Institutional Pharmacy | | |
| | Omnicare | NCS Healthcare | Average |
| | OCR | NCSS | |
| | Dec-00 | Jun-00 | |
| | Jun-01 | Mar-01 | |
|---|---|---|---|
| Most Recent Fiscal Year | | | |
| Most Recent Quarter | | | |
| Months Ended | 6 | 9 | |
| **ENTERPRISE VALUE** | | | |
| Shares Outstanding | 93,215 | 23,717 | |
| Stock Price at 8/14/01 | 24.16 | 0.19 | 12.18 |
| 52 Wk High | $ 26.00 | $ 0.75 | $ 13.38 |
| 52 Wk Low | $ 11.75 | $ 0.10 | $ 5.93 |
| MARKET CAPITALIZATION | $ 2,252,558 | $ 4,506 | $ 1,128,532 |
| Bank Debt | $ 51,038 | $ 206,130 | $ 128,584 |
| pricing* | 100.0 | 85.0 | |
| Notes | 345,000 | 102,416 | 223,558 |
| pricing* | 88.0 | 35.0 | |
| Other Debt | 375,000 | 1,126 | 188,063 |
| pricing* | 100.0 | 35.0 | |
| TOTAL DEBT | $ 771,038 | $ 309,372 | $ 540,205 |
| check | | | |
| TOTAL DEBT @ FMV | $ 739,638 | $ 211,345 | $ 470,492 |
| Other Liabilities | | -- | -- |
| Other Equity Interests | | -- | -- |
| Less: Investments | | | |
| Less: Cash | (112,703) | (42,162) | (75,933) |
| ENTERPRISE VALUE | $ 2,264,493 | $ 173,689 | $ 1,519,091 |
| Net Debt (including other liabilities) @ FMV | $ 611,935 | $ 169,183 | $ 390,559 |

* pricing search at 8/14/01

8/22/2001

2

AA. 1694

6/22/2001

## INSTITUTIONAL PHARMACY COMPANY COMPARABLES
### $ in 000s, except per share amounts

| | Institutional Pharmacy | | |
| | Omnicare | NCS Healthcare | Average |
| | OCR | NCSS | |
| | Dec-00 | Jun-00 | |
| Most Recent Fiscal Year | | | |
| Most Recent Quarter | | | |
| Months Ended | 6 | 9 | |
| **Net Patient Revenues** | | | |
| 1998 | $ 1,517,370 | $ 509,064 | $ 1,013,217 |
| 1999 | 1,861,921 | 717,825 | 1,289,873 |
| 2000 | 1,971,348 | 694,530 | 1,332,939 |
| YTD | 1,053,710 | 471,373 | 762,542 |
| LYTD | 973,536 | 533,976 | 753,756 |
| LTM | 2,051,522 | 631,927 | 1,341,725 |
| **Other Revenues** | | | |
| 1998 | | | |
| 1999 | | | |
| 2000 | | | |
| YTD | | | |
| LYTD | | | |
| LTM | | | |
| **Total Revenues** | | | |
| 1998 | $ 1,517,370 | $ 509,064 | $ 1,013,217 |
| 1999 | 1,861,921 | 717,825 | 1,289,873 |
| 2000 | 1,971,348 | 694,530 | 1,332,939 |
| YTD | 1,053,710 | 471,373 | 782,542 |
| LYTD | 973,536 | 533,976 | 753,756 |
| LTM | 2,051,522 | 631,927 | 1,341,725 |
| **Cost of Goods Sold** | | | |
| 1998 | $ 1,054,743 | $ 280,217 | 719,480 |
| 1999 | 1,339,638 | 540,347 | 939,993 |
| 2000 | 1,445,955 | 556,757 | 1,001,356 |
| YTD | 771,383 | 386,987 | 579,185 |
| LYTD | 714,123 | 424,833 | 569,479 |
| LTM | 1,503,213 | 518,911 | 1,011,062 |
| **Selling, General & Administrative** | | | |
| 1998 | $ 283,438 | $ 93,895 | 188,667 |
| 1999 | 351,639 | 128,019 | 239,829 |
| 2000 | 367,507 | 126,969 | 247,238 |
| YTD | 190,006 | 81,707 | 135,857 |
| LYTD | 183,192 | 94,675 | 138,934 |
| LTM | 374,321 | 114,001 | 244,161 |

3

## INSTITUTIONAL PHARMACY COMPANY COMPARABLES
### $ in 000s, except per share amounts

| | Institutional Pharmacy | | |
| | Omnicare | NCS Healthcare | Average |
|---|---|---|---|
| | OCR | NCSS | |
| Most Recent Fiscal Year | Dec-00 | Jun-00 | |
| Most Recent Quarter | Jun-01 | Mar-01 | |
| Months Ended | 6 | 9 | |
| | | | |
| **Rent:** | | | |
| 1998 | | | |
| 1999 | | | |
| 2000 | | | |
| YTD | | | |
| LYTD | | | |
| LTM | | | |
| | | | |
| **Total Expenses** | | | |
| 1998 | $ 1,242,181 | $ 474,112 | $ 908,147 |
| 1999 | 1,690,277 | 668,566 | 1,179,422 |
| 2000 | 1,813,462 | 683,726 | 1,248,594 |
| YTD | 961,389 | 468,694 | 715,042 |
| LYTD | 897,317 | 519,508 | 708,413 |
| LTM | 1,877,534 | 632,912 | 1,255,223 |
| | | | |
| **Depreciation & Amortization:** | | | |
| 1998 | $ 47,636 | $ 16,454 | $ 32,045 |
| 1999 | 69,364 | 23,512 | 46,438 |
| 2000 | 73,973 | 28,678 | 51,326 |
| YTD | 36,414 | 18,642 | 27,528 |
| LYTD | 39,840 | 20,780 | 29,810 |
| LTM | 71,547 | 26,540 | 49,044 |
| | | | |
| **Non-Recurring Items:** | | | |
| 1998 | $ 19,068 | $ 8,862 | $ 13,965 |
| 1999 | 35,339 | 52,002 | 43,671 |
| 2000 | 27,199 | 95,759 | 61,479 |
| YTD | 4,817 | 13,183 | 9,000 |
| LYTD | 10,438 | 45,299 | 27,864 |
| LTM | 21,588 | 63,643 | 42,616 |
| | | | |
| **Interest:** | | | |
| 1998 | $ 23,611 | $ 5,745 | $ 14,678 |
| 1999 | 46,166 | 18,301 | 32,234 |
| 2000 | 55,074 | 26,243 | 40,659 |
| YTD | 28,324 | 24,319 | 26,322 |
| LYTD | 25,799 | 18,560 | 22,680 |
| LTM | 55,599 | 32,002 | 44,301 |

8/22/2001

4

## INSTITUTIONAL PHARMACY COMPANY COMPARABLES
*$ in 000s, except per share amounts*

| | Institutional Pharmacy | | Average |
|---|---|---|---|
| | Omnicare | NCS Healthcare | |
| Most Recent Fiscal Year | OCR | NCSS | |
| Most Recent Quarter | Dec-00 | Jun-00 | |
| Months Ended | Jun-01 | Mar-01 | |
| | 6 | 9 | |
| **Other:** | | | |
| 1998 | $ (3,356) | $ 2,921 | $ (1,678) |
| 1999 | (1,532) | - | 695 |
| 2000 | (1,910) | - | (955) |
| YTD | (1,222) | - | (611) |
| LYTD | (816) | - | (408) |
| LTM | (2,316) | - | (1,158) |
| **Taxes:** | | | |
| 1998 | $ 55,487 | $ 9,014 | $ 32,251 |
| 1999 | 33,930 | (7,640) | 13,155 |
| 2000 | 28,706 | 3,326 | 16,016 |
| YTD | 22,562 | 300 | 11,431 |
| LYTD | 14,739 | 3,326 | 9,033 |
| LTM | 36,929 | 300 | 18,615 |
| **Net Income (Before XO Items):** | | | |
| 1998 | $ 80,379 | $ 11,331 | $ 45,855 |
| 1999 | 57,721 | (16,325) | 20,698 |
| 2000 | 48,817 | (114,524) | (32,854) |
| YTD | 37,440 | (35,123) | 1,159 |
| LYTD | 25,069 | (52,717) | (13,824) |
| LTM | 61,188 | (96,930) | (17,871) |
| **Fully-Diluted EPS (Before XO Items):** | | | |
| 1998 | $ 0.90 | $ 0.58 | $ 0.74 |
| 1999 | $ 0.63 | $ (0.81) | $ (0.09) |
| 2000 | $ 0.53 | $ (5.31) | $ (2.39) |
| YTD | $ 0.40 | $ (1.50) | $ (0.55) |
| LYTD | $ 0.27 | $ (2.50) | $ (1.12) |
| LTM | $ 0.66 | $ (4.31) | $ (1.83) |

8/22/2001

5

8/22/2001

## INSTITUTIONAL PHARMACY COMPANY COMPARABLES
### $ In 000s, except per share amounts

| | Institutional Pharmacy | | |
| | Omnicare | NCS Healthcare | Average |
| Most Recent Fiscal Year | OCR | NCSS | |
| Most Recent Quarter | Dec-00 | Jan-00 | |
| Months Ended | Jun-01 | Mar-01 | |
| | 6 | 9 | |
| **EBITDAR:** | | | |
| 1998 | $ 222,823 | $ 51,406 | $ 137,116 |
| 1999 | 241,008 | 72,771 | 156,890 |
| 2000 | 231,859 | 39,482 | 135,671 |
| YTD | 128,735 | 21,231 | 75,028 |
| LYTD | 115,059 | 35,248 | 75,154 |
| LTM | 245,535 | 25,555 | 135,545 |
| **EBITDA:** | | | |
| 1998 | $ 222,823 | $ 51,406 | $ 127,116 |
| 1999 | 241,008 | 72,771 | 156,890 |
| 2000 | 231,859 | 39,482 | 135,671 |
| YTD | 128,735 | 21,231 | 75,028 |
| LYTD | 115,059 | 35,248 | 75,154 |
| LTM | 245,535 | 25,555 | 135,545 |
| **EBIT:** | | | |
| 1998 | $ 175,189 | $ 34,952 | $ 105,071 |
| 1999 | 171,644 | 49,259 | 110,452 |
| 2000 | 157,886 | 10,804 | 84,345 |
| YTD | 92,321 | 2,679 | 47,500 |
| LYTD | 26,219 | 14,468 | 45,344 |
| LTM | 173,988 | (985) | 86,502 |
| **EBITDA-CapX:** | | | |
| 1998 | $ 169,646 | $ 27,387 | $ 98,517 |
| 1999 | 182,259 | 43,371 | 112,815 |
| 2000 | 199,436 | 32,866 | 116,151 |
| YTD | 117,333 | 18,531 | 67,932 |
| LYTD | 98,835 | 30,385 | 64,610 |
| LTM | 217,934 | 21,012 | 119,473 |
| **Capital Expenditures:** | | | |
| 1998 | $ (53,179) | $ (24,019) | $ (38,599) |
| 1999 | (58,749) | (29,400) | (44,075) |
| 2000 | (32,423) | (6,616) | (19,520) |
| YTD | (11,402) | (2,790) | (7,096) |
| LYTD | (16,224) | (4,863) | (10,544) |
| LTM | (27,601) | (4,543) | (16,072) |

6

## INSTITUTIONAL PHARMACY COMPANY COMPARABLES
### ($ in 000s, except per share amounts)

| | Institutional Pharmacy | NCS Healthcare | Average |
|---|---|---|---|
| | Omnicare | NCSS | |
| Most Recent Fiscal Year | OCR | NCSS | |
| Most Recent Quarter | Dec-00 | Jun-00 | |
| Months Ended | Jun-01 | Mar-01 | |
| | 6 | 9 | |
| **Cash & Investments:** | | | |
| 1999 | $ 97,267 | $ 29,424 | $ 63,346 |
| 2000 | 511,607 | 16,387 | 63,997 |
| YTD | 117,703 | 42,162 | 79,933 |
| **Minimum Cash** | | | |
| **Excess Cash & Investments:** | | | |
| 1999 | (97,267) | (29,424) | (63,346) |
| 2000 | (111,607) | (16,387) | (63,997) |
| YTD | (117,703) | (42,162) | (79,933) |
| **Accounts Receivable:** | | | |
| 1999 | 472,283 | 160,168 | 291,226 |
| 2000 | 440,783 | 120,849 | 280,817 |
| YTD | 441,196 | 103,310 | 272,253 |
| **Inventory:** | | | |
| 1999 | 130,280 | 49,244 | 84,762 |
| 2000 | 129,404 | 37,086 | 83,245 |
| YTD | 134,296 | 28,657 | 81,477 |
| **Intangible Assets & L-T Investments:** | | | |
| 1999 | 1,188,541 | 355,150 | 772,046 |
| 2000 | 1,168,151 | 321,855 | 745,003 |
| YTD | 1,146,171 | 312,277 | 729,224 |
| **Total Assets:** | | | |
| 1999 | $ 2,167,973 | $ 699,499 | $ 1,433,736 |
| 2000 | 2,210,218 | 546,665 | 1,378,441 |
| YTD | 2,219,560 | 530,423 | 1,374,992 |
| **Current Maturities S/T Debt:** | | | |
| 1999 | $ 77,413 | $ 3,480 | $ 40,447 |
| 2000 | 436,619 | 206,781 | 321,700 |
| YTD | 333 | 308,246 | 154,290 |

7

0/27/2001

8/22/2001

## INSTITUTIONAL PHARMACY COMPANY COMPARABLES
### $ In 000s, except per share amounts

| | Institutional Pharmacy | NCS Healthcare | Average |
|---|---|---|---|
| | Omnicare | NCSS | |
| | OCR | Jun-00 | |
| | Dec-00 | Mar-01 | |
| | Jun-01 | 9 | |
| Most Recent Fiscal Year / Most Recent Quarter / Months Ended | 6 | | |
| **Total Current Liabilities:** | | | |
| 1999 | $322,243 | $87,838 | $205,041 |
| 2000 | 692,009 | 273,509 | 482,759 |
| YTD | 223,413 | 394,276 | 308,845 |
| **Long-Term Debt** | | | |
| 1999 | $736,944 | $316,636 | $526,790 |
| 2000 | 345,706 | 103,291 | 224,499 |
| YTD | 770,705 | 1,126 | 385,916 |
| **Total Equity:** | | | |
| 1999 | $1,028,380 | 276,434 | $652,407 |
| 2000 | 1,068,423 | 169,705 | 619,064 |
| YTD | 1,109,034 | 134,883 | 621,959 |
| **Capital:** | | | |
| 1999 | $636,935 | 230,567 | $431,751 |
| 2000 | 675,070 | 141,693 | 408,382 |
| YTD | 732,606 | 89,954 | 411,280 |
| **Growth:** | | | |
| - Total Revenues: | | | |
| YTD versus LYTD | 8.2% | -11.7% | -1.7% |
| 2000 versus 1999 | 5.9% | -3.2% | 1.3% |
| 1999 versus 1998 | 22.7% | 41.0% | 31.9% |
| - EBITDA: | | | |
| YTD versus LYTD | 11.9% | -39.5% | -13.8% |
| 2000 versus 1999 | -3.3% | -45.7% | -24.8% |
| 1999 versus 1998 | 8.2% | 41.6% | 24.9% |

8

Ex.3

3

FROM RICHARDS, LAYTON, & FINGER          (THU) 9.13'01 21:13/ST. 21:10/NO. 4863821365 P 6

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
GENESIS HEALTH VENTURES, INC., *et al.*,     :    00-2692 (JHW)
                                        :
            Debtors.                    :
                                        :    (Jointly Administered)
---------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
MULTICARE AMC, INC., *et al.*,               :    00-2494 (JHW)
                                        :
            Debtors.                    :
                                        :    (Jointly Administered)
---------------------------------------------------x

## AMENDMENTS TO DEBTORS' JOINT PLAN OF REORGANIZATION
## TO COMPLY WITH OPINION ON CONFIRMATION

Genesis Health Ventures, Inc. ("Genesis"), The Multicare Companies, Inc.

("Multicare"), and the other above-captioned debtors and debtors in possession

(collectively with Genesis and Multicare, the "Debtors"), hereby file these Amendments

to the Debtors' Joint Plan of Reorganization, dated July 6, 2001 (the "Plan"),[1] to Comply

with the Court's Opinion on Confirmation.

　　　　1.　　　Section 5.10 of the Plan (Release of Representatives) is amended

by replacing the entire paragraph with the following paragraphs:

　　　　　　　(a)　As of the Effective Date, the respective officers,
directors, employees, financial advisors, professionals,
accountants, and attorneys of the Genesis Debtors, the
Multicare Debtors, and the respective statutory committees
of unsecured creditors appointed pursuant to section 1102

---

[1] Unless otherwise defined, capitalized terms used herein shall have the meanings
ascribed thereto in the Plan.

NYZ:\107891402\N41P5\02LDOC\50505.0003
RLF1-2359679-1 9/13/01 5:08 PM
Received Time Sep.13.  9:35PM

54                    9/13/01

FROM RICHARDS, LAYTON, & FINGER                    (THU) 9.13'01 21:14/ST. 21:10/NO. 4863821365 P 8

      3.    Except as expressly amended hereby, all other provisions of the

Plan, as modified by the Technical Amendments to the Plan, dated August 27, 2001,

shall remain unaffected and in full force and effect.

Dated: September 13, 2001
       Wilmington, Delaware

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | WILLKIE FARR & GALLAGHER |
| 767 Fifth Avenue | 787 Seventh Avenue |
| New York, New York 10153 | New York, New York 10019-6099 |
| (212) 310-8000 | (212) 728-8000 |
| Michael F. Walsh | Marc Abrams |
| Gary T. Holtzer | Paul V. Shalhoub |
| | |
| -and- | -and- |
| | |
| RICHARDS, LAYTON & FINGER, P.A. | YOUNG CONAWAY STARGATT & TAYLOR |
| One Rodney Square | 11th Floor, Wilmington Trust Company |
| P.O. Box 551 | P.O. Box 391 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899-0391 |
| (302) 658-6541 | (302) 571-6600 |
| By: _Mark D. Collins_ | By: _Maureen Lube_ |
| Mark D. Collins (No. 2981) | Robert S. Brady (No. 2847) |
| | |
| ATTORNEYS FOR THE GENESIS DEBTORS AND DEBTORS IN POSSESSION | ATTORNEYS FOR THE MULTICARE DEBTORS AND DEBTORS IN POSSESSION |

NY2:\07801402\04\H6401.DOC\50505.0003
RLF1-2359679-1 9/13/015:08 PM

      3

Received Time Sep.13.  9:35PM

FROM RICHARDS, LAYTON, & FINGER        (THU) 9.13'01 21:11/ST. 21:10/NO. 4863821365 P 2

## FAX TRANSMITTAL SHEET

## RICHARDS, LAYTON & FINGER

One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fax (302) 651-7701
Fax Confirmation (302) 651-7796

**CONFIDENTIALITY NOTE:** The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. Thank you.

*Date:* September 13, 2001
*From:* Ann Jerominski, RP for Monica Molitor
*Number of Pages (including cover):* 8
*Client Matter #:* 128095
*Re:*  Genesis Health Ventures, Inc., et al. & Multicare AMC, Inc., et al.
       Amendments to Debtors' Joint Plan of Reorganization to Comply with Opinion on
       Confirmation

| | NAME | FIRM/ENTITY/COURT | PHONE | FAX |
|---|---|---|---|---|
| 1. | The Honorable Judith H. Wizmur | United States Bankruptcy Court for the District of New Jersey | 856-757-5126 | 856-757-5052 |
| 2. | Joseph McMahon | Office of the U.S. Trustee | 302-573-6491 | 302-573-6497 |
| 3. | Laurie Silverstein | Potter Anderson | 302-984-6000 | 302-658-1192 |
| 4. | William P. Bowden | Ashby & Geddes | 302-654-1888 | 302-654-2067 |
| 5. | James Wankmiller George Haeger B.J. Hauswald | Genesis Health Ventures | 610-444-6350 | 610-925-4242 |
| 6. | Teresa K.D. Currier | Klett Rooney | 302-552-4200 | 302-552-4295 |
| 7. | Lisa Beckerman | Akin, Gump | 212-872-1000 | 212-872-1002 |

RLF1-2359734-1

Received Time Sep.13.  9:35PM

FROM RICHARDS, LAYTON, & FINGER          (THU) 9.13'01 21:12/ST. 21:10/NO. 4863821365 P 4

| | NAME | ORGANIZATION/REPRESENTING | PHONE | FAX |
|---|---|---|---|---|
| 25. | Connor Bifferato | Bifferato Bifferato | 302-429-1900 | 302-429-8600 |
| 26. | Marla Rosoff Eskin | Jacobs & Crumplar | 302-656-5445 | 302-656-5875 |
| 27. | Carl Kunz | Murphy Spadaro | 302-654-4600 | 302-654-4775 |
| 28. | David A. White | Welch & White | 302-622-8900 | 302-622-9046 |
| 29. | Doreen Becker | Holfeld & Becker | 302-654-3535 | 302-654-6191 |
| 30. | Jeffrey Schlerf Elio Battista | Counsel for GMS | 302-429-4225 | 302-658-6395 |
| 31. | Jeffrey Wisler | Counsel for Citicorp Vendor | 302-658-9141 | 302-658-0380 |
| 32. | Michael DeBaecke | Blank Rome | 302-425-6412 | 302-425-6464 |
| 33. | Jeh Johnson | Paul Weiss & Rifkind | 212-373-3000 | 212-757-3990 |
| 34. | Charles M. Oberly | Counsel for Tort Claimants | 302-576-2000 | 302-576-2004 |
| 35. | Susan Morrison | Counsel for Tort Claimants | 813-873-0026 | 813-286-8820 |
| 36. | Kenneth Goodkind E. Richard Dressel | Counsel for Cherry Hill Convalescent Center | 856-661-1900 | 856-661-1919 |
| 37. | David Finger | Counsel for Greystone | 302-884-6766 | 302-573-2507 |
| 38. | David Musgrave | Counsel for Greystone | 410-580-4222 | 410-580-3785 |
| 39. | Erik Kimball | Counsel for SunTrust | 407-426-7595 | 407-426-8022 |
| 40. | Richard S. Miller Thomas J. Weber | Counsel for THCI | 212-801-9200 | 212-801-6400 |
| 41. | Selinda Melnik David Jenkins | Counsel for Charles Grimes | 302-652-8400 | 302-652-8405 |
| 42. | Harry M. Rifkin | National Bank of Cambridge | 410-938-8800 | 410-321-7044 |
| 43. | Steven T. Davis Edmond George | Counsel for AGE entities | 215-665-3000 | 215-665-3165 |

RLF1-2359734-1

Received Time Sep.13.  9:35PM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this ___ day of June, 2004, he caused a true and correct copy of the foregoing Plaintiffs' Memorandum in Opposition to Defendants' Motions to Dismiss to be served upon the following counsel by U.S. First Class Mail.

Steven K. Kortanek, Esq.
Klehr Harrison Harvey Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE  19801

Barry Sher, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New ork Plaze
New York, N.Y. 10004-1980

Counsel for Defendant Goldman Sachs & Co.

Peter James Duhig, Esq.
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19899

Richard S. Toder, Esq.
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, N.Y. 10178

Steven Russo, Esq.
Sive, Paget & Riesel, P.C.
460 Park Avenue
New York, N.Y. 10022

Counsel for Defendant Mellon Bank NA

Russell C. Silberglied
Richards, Layton & Finger, P.A.
P.O. Box 551
Wilmington, DE 19899

Michael Walsh, Esq.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, N.Y. 10153

Counsel for Defendant Neighborcare, Inc.
  (sued herein as Genesis Health Ventures, Inc.)

Daniel K. Hogan, Esq.
1701 Shallcross Avenue, Suite C
Wilmington, DE 19806

Paul Lackey, Esq.
Lackey, Hershman LLP
3102 Oak Lawn Ave., Suite 700
Dallas, Etexas 75219

Counsel for Defendant Highland Capital Management, L.P.

Robert S. Brady, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Paul V. Shalhoub, Esq.
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, N.Y. 10019-6099

Counsel for Defendant George V. Hager

Joseph J. McMahon, Jr.
Office of U.S. Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519



R. Bruce McNew

2

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------x
In re:                                      :    Civ. Act. No. 04-CV-157 (SLR)
                                            :    Related to
GENESIS HEALTH VENTURES, INC.,              :    Case No. 00-2692 (JHW)
et al.,                                     :    (Jointly Administered)
                Debtors,                    :
                                            :
-------------------------------------------x
-------------------------------------------x
RICHARD HASKELL, et al.,                    :
                                            :
                Plaintiffs,                 :
                                            :
        v.                                  :    Adv. Pro. No. 04-53375 (JHW)
                                            :
GOLDMAN, SACHS & CO., et al.,               :
                                            :
                Defendants.                 :
                                            :
-------------------------------------------x
```

## MELLON BANK, N.A.'S SUPPLEMENTAL
## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

**TO THE HONORABLE JUDITH H. WIZMUR:**

Defendant Mellon Bank, N.A. ("Mellon") submits this supplemental memorandum in support of Defendants' Joint Motion to Dismiss Plaintiffs' Complaint (the "Joint Motion"), specifically with respect to dismissal of the Complaint in its entirety as against Mellon.

## PRELIMINARY STATEMENT

This action is a blatant, renewed attempt by Plaintiffs, former subordinated debenture holders of Genesis Health Ventures, Inc. ("Genesis"), to reorder the priorities

among creditors and effectively revoke the confirmed Plan[1] years after its effective date. Having had a full and fair opportunity to contest the Plan on numerous occasions, Plaintiffs now seek to take one more bite out of the proverbial apple and evade the necessary finality of the Confirmation Order and the provisions and intent of § 1144 of the Bankruptcy Code, by cloaking this new challenge in the guise of tort claims, aimed at the very same core of facts underlying the valuation of Genesis which they previously challenged.

As set forth in the Joint Motion and Defendants' joint reply memorandum in further support thereof (the "Reply"), Plaintiffs' Complaint must be dismissed on numerous grounds including, among others, § 1144, res judicata, collateral estoppel, the finality of the Plan and Confirmation Order and the Court's inherent authority to enjoin a collateral attack on its orders and proceedings, and the failure to state a claim upon which relief may be granted. In particular, Plaintiffs' glaring failure to address the holding in In re Public Service Co. of New Hampshire, 43 F.3d 763 (1st Cir. 1995), is telling. As the Court of Appeals there held in strikingly similar circumstances:

> [T]his case can be disposed of based on a single, relatively narrow circumstance: the attacks now made ... were in part made in the reorganization proceeding itself; and, to the extent that they were not made there, they could and (if meritorious) should have been made there.
>
> *       *       *
>
> [W]e think it evident that allowing such an attack would disrupt Congress' detailed scheme for approval of ... reorganizations, and would frustrate the proper administration of the Bankruptcy Code.

---

[1] Capitalized or abbreviated terms not otherwise defined herein shall have the meanings ascribed to them in the Joint Motion.

1-NY/1798626.7

2

Id. at 767-8.  In determining that "the courts have authority to fashion appropriate limitations on [such] collateral attacks," Id. at 767 n.2, the Court further stated:

> In acting to protect its prior proceedings, the bankruptcy court acts in an equitable capacity.  Later suits that threaten to undermine a bankruptcy judgment are not merely the concern of the individual litigants; the willingness of future claimants and creditors to compromise in chapter 11 proceedings depends on giving the reorganization court's approval a due measure of finality.  And in determining how much finality is due, equitable considerations and policy concerns can properly justify results that are not literally compelled by statutory language.

Id. at 768.  These precise factors apply here and mandate that the Court exercise its inherent authority to dismiss Plaintiffs' collateral attack on the Plan.

This supplemental memorandum, however, will not repeat the points that are fully detailed in the Defendants' Joint Motion and Reply.  Instead, this memorandum will focus on the manifest lack of merit of the three claims asserted by Plaintiffs as against Mellon specifically, as follows:

- Plaintiffs' fraud claim utterly fails to satisfy the specificity requirement of Fed. R. Civ. P. 9(b) in alleging no specific actionable conduct by any identified Mellon officer or employee.

- Plaintiffs' fraud claim also fails to adequately allege scienter on the part of Mellon, which demonstrably had no motive to commit any of the alleged misconduct.

- The conspiracy to commit fraud claim similarly fails because of, among other grounds, a lack of specificity.

- Mellon clearly owed no duty to Plaintiffs, and thus, the gross negligence claim is legally insufficient.

Plaintiffs' transparent attempt to add another "deep pocket" by essentially relying solely on Mellon's position as administrative agent for the Senior Lenders cannot support

1-NY/1798626.7                                   3

any of their claims. Each of the three claims asserted by Plaintiffs against Mellon fails to state a claim upon which relief may be granted and must be dismissed.

## RELEVANT FACTS

Prior to the filing of Genesis' bankruptcy petition, Genesis, Mellon, as administrative agent, and certain lenders entered into that certain Fourth Amended and Restated Credit Agreement dated as of August 20, 1999, as amended (the "Prepetition Credit Agreement"). At confirmation of Genesis' Plan, in excess of $1.3 billion was due and outstanding under the Prepetition Credit Agreement. In addition, during Genesis' bankruptcy case, Genesis, Mellon, as administrative agent, and certain lenders entered into that certain Credit and Guaranty Agreement dated as of June 22, 2000, as amended (the "DIP Agreement"), whereby Genesis was provided with debtor-in-possession financing up to a maximum amount of $250,000,000. Thus, Mellon acted as administrative agent under Genesis' prepetition and post-petition loan agreements.

It is undisputed that prior to the Confirmation Hearing on Genesis' Plan, Mellon had sold and assigned its entire claim against Genesis under the Prepetition Credit Agreement at a discount. Consequently, Mellon received no equity of the reorganized company upon the effectiveness of the Plan, although it continued to act as the administrative agent for the Senior Lenders through the confirmation proceedings and the consummation of the Plan.

Further, contrary to Plaintiffs' contention (Plaintiffs' Memorandum in Opposition to Motion to Dismiss (the "Opposition Memo") at 4), their assertion of claims against Mellon does affect the interests of all the Senior Lenders, not merely those named as

I-NY/1798626.7                                        4

defendants herein. Under the Prepetition Credit Agreement, Mellon is expressly entitled to indemnification for all such claims from the Senior Lenders <u>unless</u> and <u>until</u> a final judgment is entered finding that the alleged damages "were the result <u>solely</u> of the gross negligence or willful misconduct" of Mellon. <u>See</u> Prepetition Credit Agreement § 12.12 (emphasis added), the relevant excerpt of which is annexed hereto as Exhibit A.[2] The DIP Agreement also provides for Mellon's indemnification by the Senior Lenders thereunder. <u>See</u> DIP Agreement § 8.06, the relevant excerpt of which is annexed hereto as Exhibit B. Similarly, Mellon is entitled to indemnification from Genesis for such claims <u>unless</u> and <u>until</u> a final judgment is entered determining that the alleged damages "resulted from the gross negligence or willful misconduct" of Mellon. <u>See</u> Exhibit B, § 10.06. This indemnification obligation survived confirmation of the Plan pursuant to the Court's Final Order dated July 18, 2000, approving the DIP Agreement (the "Final DIP Order"). <u>See</u> Final DIP Order ¶ 24, the relevant excerpt of which is annexed hereto as Exhibit C. The Court expressly recognized this indemnification obligation in its Opinion on Confirmation. <u>See</u> <u>In re Genesis Health Ventures, Inc.</u>, 266 B.R. 591, 604 n.13 (Bankr. D. Del. 2001), <u>appeal</u> <u>dismissed</u>, 280 B.R. 339 (D. Del. 2002).

       Although not relevant for purposes of this motion, Plaintiffs' assertion that Mellon received no release under the Plan (Opposition Memo at 3) is equally erroneous. The amendment to Section 10.06 of the Plan deleted the reference to all Senior Lenders but expressly retained the reference to "Mellon Bank, N.A., as administrative agent

---

[2] Section 12.12 of the Prepetition Credit Agreement was expressly referenced in the Response of Mellon Bank, N.A. As Agent, To the Objection of the GMS Group LLC and Charles L. Grimes to Confirmation of the Debtors' Joint Plan of Reorganization, dated August 24, 2001. Accordingly, the Court may take judicial notice thereof. <u>See, e.g.</u>, <u>In re Indian Palms Assocs.</u>, 61 F.3d 197, 205-06 (3d Cir. 1995); <u>Baldwin v. Local 343, Int'l Bhd. of Teamsters</u>, 562 F. Supp. 36, 38 (D.N.J. 1982); 3 <u>Weinstein's Federal Evidence</u>, § 201.12[3] (2d Ed. 2004).

under" the Genesis and Multicare loan agreements. <u>See</u> Opposition Memo, Exhibit 3. In fact, in its Opinion on Confirmation, the Court, while directing the elimination of the release for other Senior Lenders, clearly recognized the propriety of and approved the release for Mellon. 266 B.R. at 608-09.

<h2 style="text-align:center"><u>THE COMPLAINT</u></h2>

The Complaint asserts three causes of action against each of the Defendants, including Mellon: fraud, conspiracy to commit fraud and gross negligence. However, with respect to Mellon specifically, the Complaint is utterly devoid of any specificity whatsoever. Indeed, in the 86-page Complaint there is but one fleeting reference and in Plaintiffs' 77-page Opposition Memo there is absolutely no reference to any identified Mellon officer or employee, much less any specific misconduct by such officer or employee.

Plaintiffs' sole reference to a Mellon officer merely alleges that Sherman White, a former Mellon officer, "suggested" Beverly Anderson's name for the position of independent restructuring officer. <u>See</u> Complaint ¶ 74. As set forth below, this minimal reference is both irrelevant and insufficient to support any claim against Mellon.

<h2 style="text-align:center"><u>ARGUMENT</u></h2>

<h3 style="text-align:center">I. PLAINTIFFS' FRAUD CLAIM FAILS TO SATISFY<br>THE RULE 9(b) SPECIFICITY REQUIREMENT</h3>

A.    <u>Plaintiffs Failed to Allege Any Specific Misconduct By Any Identified<br>Mellon Officer.</u>

Fed. R. Civ. P. 9(b) provides that "[i]n all averments of fraud or mistake, the circumstances constituting fraud or mistake shall be stated with particularity." To

establish a fraud claim pursuant to Rule 9(b), Plaintiffs must establish with specificity and precision the "who, what, when, where, and how" of their fraud allegations; vague or conclusory allegations are not sufficient to meet Rule 9(b)'s requirements of specificity in pleading. See, e.g., Liafail, Inc. v. Learning 2000, Inc., No. C.A. 01-599 GMS, No. C.A. 01-678 GMS, 2002 WL 31667861, at *4 (D. Del. Nov. 25, 2002); see also Grant v. Kingswood Apts., No. Civ. A. 01-1523, 2001 WL 1178796, at *1-2 (E.D. Pa. Oct. 2, 2001); York Linings v. Roach, No. Civ. A. 19849, 1999 WL 608850, at *2 (Del. Ch. July 28, 1999) (the circumstances that must be stated with particularity include "the identity of the person making the misrepresentation and what he obtained thereby").

There is not a single allegation of a specific fraudulent act or statement by any Mellon officer or employee in either the Complaint or the Opposition Memo. The sole allegation in the Complaint, to the effect that Sherman White, a former officer of Mellon, "suggested" Beverly Anderson for the position of independent restructuring officer for Genesis (Complaint ¶ 74), can hardly form the basis of a fraud claim, much less satisfy the specificity requirement of 9(b).

Indeed, the purported issue of Beverly Anderson's independence is a patent red herring. The only possible relevance is to the question of the fairness of the management and related contracts that existed between Genesis and Multicare. However, the ultimate compromise that modified the pricing of such contracts -- a direct result of the adversarial process between the polar-opposite interests separately championed by the Genesis Creditors Committee and Multicare Creditors Committee -- best demonstrates the fairness of the process. Moreover, Plaintiffs had a full and fair opportunity at discovery and to be heard. The independence of Beverly Anderson was expressly and fully raised in the Multicare Creditors Committee's motion for appointment of a trustee that was filed

months before confirmation of the Plan.[3]  <u>See</u> Appendix to Joint Motion, Exhibit AA.

In failing to otherwise identify any Mellon officer in the Complaint or the Opposition Memo, much less any actionable conduct by such officer, Plaintiffs clearly cannot satisfy the specificity mandated under Rule 9(b).

**B.     <u>Plaintiffs' "Group Pleading" Does Not Suffice Under Rule 9(b).</u>**

In alleging their fraud claim against Mellon, Plaintiffs lump Mellon together with the other Defendants, relying on its status as administrative agent for the Senior Lenders to somehow establish that it acted as a co-conspirator in a fraudulent scheme to effect a greater equity distribution under the Plan -- a distribution in which it did not share.  In addition to the palpable lack of logic to this allegation, and contrary to Plaintiffs' contention that they need not identify specific names and acts of a Mellon officer (<u>see</u> Opposition Memo at 70), without such specificity, the claim is legally insufficient.

Generally pled allegations of fraud against a group of defendants do not suffice. Rule 9(b) requires that fraud be pled with specificity and particularity as to <u>each</u> defendant, thereby permitting each defendant to be on notice of the charges against it. <u>See, e.g.</u>, <u>Naporano Iron & Metal Co. v. Am. Crane Corp.</u>, 79 F. Supp. 2d 494, 511 (D.N.J. 1999) ("A plaintiff must plead fraud with particularity with respect to each defendant, thereby informing each defendant of the nature of its alleged participation in the fraud."); <u>De Lage Landen Fin. Servs., Inc. v. Cardservice Int'l, Inc.</u>, No. Civ. A. 00-2355, 2001 WL 799870, at *3 (E.D. Pa. July 12, 2001); <u>see also</u> <u>Mills v. Polar Molecular</u>

---

[3]  Plaintiffs were well aware of this motion and the alleged Beverly Anderson "independence" issue. GMS was a member of the Genesis Creditors Committee.  <u>See</u> Joint Motion at 26.  It is not surprising that the Multicare Creditors Committee alleged that Ms. Anderson's loyalty favored Genesis, while Plaintiffs now allege that her loyalties lay with Multicare.  In any event, Plaintiffs cannot offer this issue as a "newly discovered" fact.

Corp., 12 F.3d 1170, 1175 (2d Cir. 1993) (complaint insufficient where it failed to link alleged fraudulent statements to particular directors).

Each of the cases cited by Plaintiffs is inapposite. First, Bernstein v. Kelso & Co., 231 A.D.2d 314, 320 (N.Y. App. Div. 1997), is a fraud case applying New York law, not federal law.[4] In addition, Bernstein involved an alleged fraud that was "peculiarly within the knowledge" of a group of management defendants. Id. at 320-1. Similarly, in Airline Reporting Corp. v. Belfon, No. Civ. 2003-146, 2004 WL 903800, at *3-4 (D. V.I. April 24, 2004), the three employee defendants were controlling persons of a small corporation and were the only ones who "would know who participated in the alleged fraud." In contrast, at no time did Mellon serve as management for Genesis, which operated as a debtor-in-possession under §§ 1107 and 1108 of the Bankruptcy Code.

MBIA Ins. Corp. v. Royal Indem. Co., 221 F.R.D. 419, 422 (D. Del. 2004), is similarly inapposite. There, the defendants were small "closely related entities" and with a "shared controlling officer." Id. Therefore, relaxation of Rule 9(b)'s particularity standard was justified because:

> '[i]n the case of a small corporation, where the boundaries between the corporate entity and the individual director are often permeable, it cannot be said as a general rule that allegations sufficiently directed against the corporate entity, fail to detail, for purposes of Rule 9(b),' the actions of closely related entities and their shared controlling officer. Id. (internal quotations omitted).

In Duggan v. Terzakis, 275 F. Supp. 2d 968, 973 (N.D. Ill. 2003), each of the defendants was put on notice although "lumped together," because of the "substantial overlapping

---

[4] Moreover, the lower court erroneously decided factual issues in granting the motion to dismiss. Id. at 321.