UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------  :
IN RE:                                             :
                                                   :
GENESIS HEALTH VENTURES, INC., et al.,             :   C.A. No. 05-CV-427 (KAJ)
                                                   :   Related to Case No. 00-02692 (JHW)
            Debtors,                               :   (Jointly Administered)
                                                   :
-------------------------------------------------  :
RICHARD HASKEL, et al.                             :
                                                   :   Adv. Pro. No.: 04-53375 (JHW)
            Plaintiffs-Appellants,                 :
                                                   :
      v.                                           :
                                                   :
GOLDMAN, SACHS & CO., et al.,                      :
                                                   :
            Defendants-Apellees.                   :
-------------------------------------------------  :
```

CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective February 20, 2006, the new address and contact information for Taylor & McNew, LLP will be as follows:

> Taylor & McNew, LLP
> 2710 Centerville Road, Suite 210
> Wilmington, DE 19808
> Telephone: (302) 655-9200
> Facsimile: (302) 655-9361
> E-mail: mcnew@taylormcnew.com
> Website: www.taylormcnew.com

Dated: March 3, 2006

R. Bruce McNew (# 967)
Taylor & McNew, LLP
2710 Centerville Road, Suite 210
Wilmington, DE 19808
Telephone: (302) 655-9200
Facsimile: (302) 655-9361
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of March, 2006, he caused a true and correct copy of the foregoing **Change of Address** to be served upon the following counsel by hand delivery:

Steven K. Kortanek, Esquire
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
**Counsel for Defendant Goldman Sachs & Co.**

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899
**Counsel for Defendant Mellon Bank NA**

Russell C. Silberglied, Esquire
Richards, Layton & Finger, P.A.
P.O. Box 551
Wilmington, DE 19899
**Counsel for Defendant Neighborcare, Inc.**

Daniel K. Hogan, Esquire
1701 Shallcross Avenue, Suite C
Wilmington, DE 19806
**Counsel for Defendant Highland Capital Management, L.L.P.**

Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
**Counsel for Defendant George V. Hager**

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
**Counsel for Creditor Committee**


Joseph J. McMahon, Jr.
Office of U.S. Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
**Trustee**


March 3, 2005

R. Bruce McNew, Esquire (# 967)
Taylor & McNew, LLP
2710 Centerville Road, Suite 210
Wilmington, Delaware 19808
(302) 655-9200