IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| GENESIS HEALTH VENTURES, INC., et ) | |
| al., ) | Bankr. Case No. 00-2692 |
| ) | |
| Debtors. ) | |
| _____ ) | |
| RICHARD HASKELL, et al., ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Civil Action No. 05-427-KAJ |
| ) | |
| GOLDMAN, SACHS & CO., et al., ) | |
| ) | |
| Appellees. ) | |

ORDER

For the reasons set forth in the Memorandum Opinion of today's date in this matter,

IT IS HEREBY ORDERED that the decision of the Bankruptcy Court that Plaintiffs' claims against Genesis are barred by 11 U.S.C. § 1144 is AFFIRMED. However, the Bankruptcy Court's decision that the claims against the other creditors are barred by res judicata and collateral estoppel is VACATED, and this case is REMANDED for further proceedings consistent with this opinion, including consideration of whether § 1144 bars relief against all Defendants.



UNITED STATES DISTRICT JUDGE

March 29, 2006
Wilmington, Delaware